# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * | |
| --- | --- | --- |
| v. | * | CRIMINAL NO. DKC-20-139 |
| ANDRE RICARDO BRISCOE, aka "Poo" | * | |
| Defendant. | * | |

*******

## GOVERNMENT EXHIBIT LIST

### Preliminary Hearing

| Exhibit No. | Description | Page Numbers | Identified/ Admitted |
| --- | --- | --- | --- |
| 1 | Affidavit in Support of Criminal Complaint and Arrest Warrant | 001 – 013 | |
| 2 | Defendant Post-Arrest Interview Transcript (DRAFT) | 001 - 053 | |