IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case No: DKC 20-0139 |
| ANDRE BRISCOE, | * | |
| Defendant. | * | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of Motion to Strike the Criminal Information filed at ECF 10 was served by ECF on Assistant United States Attorneys Michael Hanlon and Dana Brusca on June 8, 2020.

I HEREBY CERTIFY that a copy of Defendant's Motion to Dismiss All Counts for Failure to Indict Within the Statute of Limitations filed at ECF 11 was served by ECF on Assistant United States Attorneys Michael Hanlon and Dana Brusca on June 22, 2020.

Respectfully submitted,

-s-

_____
Teresa Whalen
Law Office of Teresa Whalen
801 Wayne Ave., Ste. 400
Silver Spring, MD 20910
301-728-2905

I HEREBY CERTIFY that a copy of this Certificate of Service was served by ECF on Assistant United States Attorneys Michael Hanlon and Dana Brusca on June 23, 2020.

Teresa Whalen_____