**CHAMBERS OF**
**RICHARD D. BENNETT**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DIVISION**

U.S. COURTHOUSE - CHAMBERS 5D
101 W. LOMBARD STREET
BALTIMORE, MD 21201
TEL: 410-962-3190
FAX: 410-962-3177

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2020 AUG 12 PM 12:0
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

August 12, 2020

## LETTER ORDER

To Counsel of Record:   *United States of America v. Andre Briscoe,*
Criminal Action No. RDB-20-139

Dear Counsel:

This will confirm the telephone conference of today with respect to scheduling. The briefing schedule is as follows:

| Tuesday, August 18, 2020, 4:30 p.m. | Government's Response to Defendant's Motions to Dismiss (ECF Nos. 11, 24) and Government's Reply to its Motion to Exclude Time (ECF No. 23) |
|---|---|
| Thursday, August 20, 2020, 10:30 a.m. | Defendant's Response to Government's Reply in Support of its Motion to Exclude Time (ECF No. 23) |

**The Court will schedule a Zoom proceeding with the Chesapeake Detention Facility for the week of Monday, August 24, 2020.** Counsel will be notified as soon as the Court confirms the hearing date.

Notwithstanding the informal nature of this letter, it is an Order of this Court and the Clerk is directed to docket it as such.

Sincerely,

*Richard D. Bennett*
Richard D. Bennett
United States District Judge