IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Criminal No. 1:119-cr-00140-PWG |
| JUSTIN ANTOINE | * | |

\* \* \*

### DEFENDANTS OBJECTION TO GOVERNMENT'S MOTION TO EXCLUDE TIME FROM THE SPEEDY TRIAL ACT

Comes now the defendant, Andre Briscoe, by and through undersigned counsel, and notes his objection to Government's Motion to Exclude Time from the Speedy Trial Act.

Respectfully submitted,

*Teresa Whalen*
_____
Teresa Whalen, Esquire
Federal Bar No.: 25245
801 Wayne Avenue, Suite 400
Silver Spring, Maryland 20910
(301) 588-1980; (301) 728-2905

*William B. Purpura*
_____
William B. Purpura
8 E. Mulberry Street
Baltimore, Maryland 21202
(410) 727-8550

1