IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. RDB-20-0139 |
| ANDRE RICARDO BRISCOE | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **SCHEDULING ORDER**

The Court having conducted a telephone conference with counsel and considering scheduling factors which may be affected by the COVID-19 Virus and the Pandemic, counsel for the Government and the Defendant have agreed to the following schedule:

| | |
|---|---|
| Defense Penalty Mitigation to U.S. Attorney | June 25, 2021 |
| Non-Capital Defense Motions | June 25, 2021 |
| Government's Non-Capital Defense Motions | July 9, 2021 |
| Replies by Defense Counsel | July 23, 2021 |
| Government Notification to Court indicating if they wish to Seek the Death Penalty | August 6, 2021 |
| Motions Hearing on Non-Capital Motions | September 17, 2021 (11 a.m.) |
| Filing of Capital Motions by Defense Counsel | October 8, 2021 |
| Government's Response to Capital Motions | October 29, 2021 |
| Replies by Defense Counsel | November 19, 2021 |
| Motions Hearing on Capital Motions | December 10, 2021 (11 a.m.) |
| Pretrial Conference/ Juror Questionnaire | February 18, 2022 |
| Submission of Voir Dire | April 11, 2022 |

| Jury Trial (2 weeks) | May 23, 2022 |
| Mitigation (2 weeks) | June 6, 2022 |

January 27, 2021
    Date

      /s/
Richard D. Bennett
United States District Judge