IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. RDB-20-139 |
| | * | |
| ANDRE RICARDO BRISCOE, | * | |
| aka "Poo" | * | |
| | * | |
| Defendant. | * | |

*******

## MOTION TO EXTEND FILING TIME FOR RESPONSES

The United States of America, by its undersigned counsel, hereby moves this Court to extend the time by which the government must file its response to the defendant's motions. ECF Nos. 69-74. ECF 192. In support the government states the following:

1. On June 23rd, defendant Kiara Haynes was added via a Second Superseding Indictment to the two pending violations of 18 U.S.C. Section 924(j) (Counts 4 and 5) relating to the murders of Jennifer Jeffrey and her son.

2. Defendant Briscoe's motions were filed on June 25, 2021.[1] Among other motions, Defendant Briscoe moved for leave to file further motions pending the receipt of additional discovery. ECF 71.

3. On July 8, 2021, the parties requested a scheduling call to discuss whether the Court would be amenable to a revised schedule that would provide for motions and hearings dates as to both defendants.

---

[1] The government's oppositions were originally due on July 9, 2021. Before the parties had discussed and agreed upon a broader revised schedule, the government moved with consent, and the Court ordered, an extension of the government's time to file to July 19. *See* ECF 76 & 79.

4. In the revised schedule proposed to the Court by the parties, motions by both defendants would be due on August 27, 2021; the government's oppositions due on September 10, 2021; and the defendants' replies due on September 24, 2021.

5. Based on the parties' agreement to the revised motions dates proposed to the Court, the government does not believe Defendant Briscoe objects to the filing of this motion. However, as of this filing, the government has not received a response from defense counsel.

WHEREFORE, the government respectfully requests that this Honorable Court extend the time by which the government must respond to the defendant's pending motions, ECF Nos. 69-74, and any motions subsequently filed by the Defendant filed on or before August 27, 2021, to September 10, 2021, and further extend the date by which the defendant must file his replies by September 24, 2021.

                                                      Respectfully submitted,

                                                      Jonathan F. Lenzner
                                                      Acting United States Attorney

By:      /s/
          Dana J. Brusca
          Assistant United States Attorney