**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**RICHARD D. BENNETT**<br>**UNITED STATES DISTRICT JUDGE**<br>**NORTHERN DIVISION** | **U.S. COURTHOUSE - CHAMBERS 5D**<br>**101 W. LOMBARD STREET**<br>**BALTIMORE, MD 21201**<br>**TEL: 410-962-3190**<br>**FAX: 410-962-3177** |

January 19, 2022

**LETTER ORDER**

To Counsel of Record:     *United States v. Briscoe*
                          Criminal Action No. RDB-20-139

Dear Counsel:

Today, this Court conducted the first day of a two-day Motions Hearing on several pending motions. For the reasons set forth on the record, it is hereby ORDERED this 19th day of January, 2022, that:

1. Defendant Briscoe's Motion Requesting that the United States Provide Notice of Rule 404(b) Evidence It Intends to Use at Trial (ECF No. 70) is MOOT;

2. Defendant Briscoe's Motion for Leave to File Additional Motions (ECF No. 71) is MOOT;

3. Defendant Briscoe's Motion to Suppress Evidence Seized Following Law Enforcement Search of Cell Phone (ECF No. 74) is MOOT;

4. Defendant Briscoe's Motion to Sever Defendants (ECF No. 96) is MOOT;

5. The motions hearing will continue on **Thursday, January 20, 2022 at 11:00 a.m.** in Courtroom 5D.

Notwithstanding the informal nature of this letter, it is an Order of this Court and the Clerk is directed to docket it as such.

Sincerely,

*/s/ Richard D. Bennett*

Richard D. Bennett
United States District Judge