CHAMBERS OF                                    U.S. COURTHOUSE - CHAMBERS 5D
RICHARD D. BENNETT                             101 W. LOMBARD STREET
UNITED STATES DISTRICT JUDGE                   BALTIMORE, MD 21201
NORTHERN DIVISION                              TEL: 410-962-3190
                                               FAX: 410-962-3177

March 10, 2022

## LETTER ORDER

To Counsel of Record: *USA v. Andre Ricardo Briscoe*
Criminal Action No. RDB-20-0139

Dear Counsel:

This will confirm the results of the off-the-record scheduling conference held today in this case. The parties shall submit their proposed voir dire by April 11, 2022. The parties are encouraged to submit a joint proposal and to note any areas of disagreement in separate submissions. The parties shall file their submissions on the docket and email them in Word format to Chambers. Motions *in limine* are due by April 7, 2022 at noon. Responses to motions *in limine* are due by April 21, 2022 at noon. On May 5, 2022 at 11:00 a.m. in Courtroom 5D, this Court will hold a hearing on any motions *in limine*.

On May 16, 2022 at 1:00 p.m. in Courtroom 5D, this Court will conduct an on-the-record final Pretrial Conference. In advance of the Pretrial Conference, the parties should submit to the Court their witness lists and a list of any other names they wish to have read to the venire during voir dire. In addition, the Government shall submit its proposed jury instructions in advance of the Pretrial Conference.

By April 29, 2022, the Government shall provide the Defendant with a list of the recorded calls it intends to introduce in its case in chief along with any transcripts that have been prepared to aid the jury in understanding them. By May 5, 2022, the Government shall provide the Defendant and the Court with its draft trial exhibits. By May 13, 2022, the parties shall exchange witness lists. Finally, the Government has agreed that it will produce all material covered by the Jencks Act, 18 U.S.C. § 3500, to the Defendant by May 13, 2022. The jury trial in this case remains set for May 23, 2022 at 9:30 a.m. in Courtroom 5D.

Notwithstanding the informal nature of this letter, it is an Order of this Court and the Clerk is directed to docket it as such.

Sincerely,

_____/s/_____
Richard D. Bennett
United States District Judge