IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     *

v.     *     Criminal No. RDB-20-0139

ANDRE RICARDO BRISCOE,     *

Defendant.     *

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

By agreement of the parties and as stated on the record during the first day of the jury trial in this case, it is HEREBY ORDERED this 23rd day of May, 2022 that Count Two of the Third Superseding Indictment (ECF No. 114) is amended by striking the words "100 grams or more of."

_____
Richard D. Bennett
United States District Judge