IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

USDC- BALTIMORE
'22 JUN 8 PM 4:37

UNITED STATES OF AMERICA       :
                               :
v.                             :
                               :   CRIMINAL NO. RDB-20-139
ANDRE BRISCOE,                 :
                               :
                               :
Defendant.                     :

ooOoo

**VERDICT FORM**

1. **Count One:** Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances

    A. How do you find the defendant ANDRE BRISCOE as to Count One of the indictment, conspiracy to distribute and possess with the intent to distribute heroin?

    Guilty ✓           Not Guilty _____

    B. If you have found defendant ANDRE BRISCOE guilty of Count One, what quantity of heroin do you find was reasonably foreseeable to him as part of the conspiracy? (Check only one.)

    | Quantity of Heroin | |
    |---|---|
    | Less than 100 grams | |
    | 100 grams or more | ✓ |

2. **Count Two:** Possession with Intent to Distribute Controlled Substances

    A. How do you find the defendant ANDRE BRISCOE as to Count Two of the indictment, possession with the intent to distribute heroin?

    Guilty ✓           Not Guilty _____

**IF YOU ANSWERED "GUILTY" TO COUNT TWO, DISREGARD PART B AND MOVE TO COUNT THREE. IF YOU ANSWERED "NOT GUILTY" TO COUNT TWO, PROCEED TO PART B OF THIS QUESTION.**

1

B. If you have found the defendant ANDRE BRISCOE not guilty of Count Two of the indictment, possession with the intent to distribute heroin, how do you find the defendant ANDRE BRISCOE as to the lesser included offense of attempted possession with intent to distribute heroin?

Guilty_____        Not Guilty_____

3. **Count Three:** Possession of a Firearm or Ammunition by a Prohibited Person

A. How do you find the defendant ANDRE BRISCOE as to Count Three of the indictment, possession of a firearm or ammunition by a convicted felon?

Guilty ✓        Not Guilty_____

4. **Count Four:** Discharge of a Firearm in Furtherance of a Drug Trafficking Crime or Crime of Violence Resulting in the Death of Jennifer Jeffrey

A. Do you find that the defendant ANDRE BRISCOE discharged a firearm during and in relation to a drug trafficking crime, resulting in the death of Jennifer Jeffrey?

Guilty ✓        Not Guilty_____

B. Do you find that the defendant ANDRE BRISCOE discharged a firearm during and in relation to a robbery affecting commerce, resulting in the death of Jennifer Jeffrey?

Guilty ✓        Not Guilty_____

5. **Count Five:** Discharge of a Firearm in Furtherance of a Drug Trafficking Crime or Crime of Violence Resulting in the Death of K.B.

A. Do you find that the defendant ANDRE BRISCOE discharged a firearm during and in relation to a drug trafficking crime, resulting in the death of K.B.?

Guilty ✓        Not Guilty_____

B. Do you find that the defendant ANDRE BRISCOE discharged a firearm during and in relation to a robbery affecting commerce, resulting in the death of K.B.?

Guilty ✓        Not Guilty_____

**IF YOU FIND THE DEFENDANT GUILTY OF COUNT FIVE, ANSWER PARTS C THROUGH H BELOW. IF YOU FIND THE DEFENDANT NOT GUILTY OF COUNT FIVE, DISREGARD PARTS C THROUGH H.**

    C. Do you find that K.B. was under the age of 14 years old at the time of his death?

        Yes ✓                                     No _____

    D. Do you find that the defendant ANDRE BRISCOE was 18 years or older at the time of the offense?

        Yes ✓                                     No _____

    E. Do you find that the defendant ANDRE BRISCOE intentionally killed K.B.?

        Yes ✓                                     No _____

    F. Do you find that the defendant ANDRE BRISCOE intentionally inflicted serious bodily injury that resulted in the death of K.B.?

        Yes ✓                                     No _____

    G. Do you find that the defendant ANDRE BRISCOE intentionally participated in an act, intending that lethal force be used, contemplating that the life of K.B. would be taken, and that K.B. died as a result?

        Yes ✓                                     No _____

    H. Do you find that the defendant ANDRE BRISCOE intentionally engaged in an act of violence, knowing that the act created a grave risk of death to K.B., such that the participation constituted a reckless disregard of human life and K.B. died as a result?

        Yes ✓                                     No _____

6. **Count Six:**    Killing a Witness to Prevent Communication to Law Enforcement

    A. How do you find the defendant ANDRE BRISCOE as to Count Six, killing a witness to prevent communication to law enforcement?

        Guilty ✓                                Not Guilty _____

**IF YOU FIND THE DEFENDANT GUILTY OF COUNT SIX, ANSWER PARTS B THROUGH G BELOW. IF YOU FIND THE DEFENDANT NOT GUILTY OF COUNT SIX, DISREGARD PARTS B THROUGH G.**

    B. Do you find that K.B. was under the age of 14 years old at the time of his death?

        Yes ✓                                     No _____

C. Do you find that the defendant ANDRE BRISCOE was 18 years or older at the time of the offense?

    Yes ✓               No ____

D. Do you find that the defendant ANDRE BRISCOE intentionally killed K.B.?

    Yes ✓               No ____

E. Do you find that the defendant ANDRE BRISCOE intentionally inflicted serious bodily injury that resulted in the death of K.B.?

    Yes ✓               No ____

F. Do you find that the defendant ANDRE BRISCOE intentionally participated in an act, intending that lethal force be used, contemplating that the life of K.B. would be taken, and that K.B. died as a result?

    Yes ✓               No ____

G. Do you find that the defendant ANDRE BRISCOE intentionally engaged in an act of violence, knowing that the act created a grave risk of death to K.B., such that the participation constituted a reckless disregard of human life and K.B. died as a result?

    Yes ✓               No ____

The foregoing constitutes the unanimous verdict of the jury.

06/08/22
DATE

SIGNATURE REDACTED
FOREPERSON