```
  1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
  2                      NORTHERN DIVISION

  3   UNITED STATES OF AMERICA,)  CRIMINAL CASE NO.
             Plaintiff,        )  RDB-20-139
  4                            )
          vs.                  )
  5                            )  JURY TRIAL DAY 4
      ANDRE RICARDO BRISCOE,   )  ALFRED HARRIS, III
  6          Defendant.        )  EXCERPT DIRECT TESTIMONY
      _____ )
  7

  8          EXCERPT DIRECT TRANSCRIPT OF ALFRED HARRIS, III
                BEFORE THE HONORABLE RICHARD D. BENNETT
  9                 UNITED STATES DISTRICT JUDGE
                      THURSDAY, MAY 26, 2022
 10                    BALTIMORE, MARYLAND

 11   For the Plaintiff:
        Dana Brusca, AUSA
 12
        Paul Budlow, AUSA
 13

 14   For the Defendant:
        Teresa Whalen, Esq.
 15
        William Purpura, Esq.
 16

 17   Also Present:  Javon Weaver, Special Agent ATF

 18     Jeffrey Kelly, Special Agent, FBI

 19     Andrew Murray, Paralegal

 20     Robert Cadle, Paralegal

 21        (Computer-aided transcription of stenotype notes.)

 22   _____

 23                       Reported by:

 24              Melissa L. Clark, RPR
              Federal Official Court Reporter
 25           101 W. Lombard Street, 4th Floor
                Baltimore, Maryland  21201
                     410-962-4474
```

```
 1              P R O C E E D I N G S
 2         ALFRED HARRIS, III, having been duly sworn, was
 3    examined and testified as follows:
 4         THE CLERK:  While speaking clearly into the
 5    microphone, can you please state and spell your full name for
 6    the record.
 7         THE WITNESS:  Alfred Harris, III.  A-l-f-r-e-d,
 8    H-a-r-r-i-s, III.
 9         THE CLERK:  Thank you.
10         THE COURT:  Thank you.  Mr. Harris, have you been
11    fully vaccinated, sir?
12         THE WITNESS:  Yes.
13         THE COURT:  All right.  Then under the rules of our
14    court, if you could pull your mask down while testifying you
15    can.  Just wear it out in the public areas, and you can take
16    the mask off completely if you want, and we'll proceed
17    accordingly under the local rules of court.
18         Ms. Brusca?
19         MS. BRUSCA:  Thank you, Your Honor.
20              D I R E C T   E X A M I N A T I O N
21    BY MS. BRUSCA:
22    Q.   Good afternoon, Mr. Harris.
23    A.   How you doing?
24    Q.   Mr. Harris, how old are you, sir?
25    A.   Fifty-nine.
```

```
 1    Q.   And where were you born?

 2    A.   Cambridge, Maryland.

 3    Q.   Are you married?

 4    A.   Yes.

 5    Q.   When did you get married?

 6    A.   I got married 2009.

 7    Q.   And how far did you go in school?

 8    A.   Got a GED.  I went to the 11th grade.

 9    Q.   To the 11th grade, you said?

10    A.   Yes.

11    Q.   And Mr. Harris, I want to start by asking you a few

12    questions about your family.

13    A.   Uh-huh.

14    Q.   Mr. Harris, you got to -- you just have to say yes, sorry

15    about that.

16    A.   Yes.

17    Q.   So what was your father's name?

18    A.   Alfred Harris, Jr.

19    Q.   And what about your mother?

20    A.   Lillian Harris.

21    Q.   And how many brothers and sisters do you have?

22    A.   There's six of us altogether.

23    Q.   And what are their names?

24    A.   Well, my oldest brother name is Andre Briscoe.  Then you

25    got Wane Briscoe.  Then you got Roseann Briscoe.  Then you got
```

```
 1      Lisa Harris, Alfred Harris, and Terrill Harris, Sr.
 2      Q.   That's a big family.
 3      A.   Yes.
 4      Q.   I'm going to put on the screen Exhibit 17.8 and I'm going
 5      to put the same exhibit up on the stadium -- the stand over
 6      there.  Just give me one moment.
 7           Can you see it on the screen, Mr. Harris?
 8      A.   Yes.
 9      Q.   Okay.  We'll just leave this.
10           So Mr. Harris, can you show us on the screen where you
11      are on this chart?
12      A.   Right here.  I'm the --
13      Q.   You can actually draw on the screen if you want.
14                THE COURT:  You can take your finger and just circle
15      it, sir.  There you go.
16                THE WITNESS:  I'm right there.
17      BY MS. BRUSCA:
18      Q.   Good ahead and draw right on it.  And do you have any
19      nicknames in your family, Mr. Harris?
20      A.   Yeah, they call me Uncle BooBoo.
21      Q.   Is there a reason for that?
22      A.   It's just a name I grew up with.  I mean, I don't know
23      who gave it to me.  I just know that's what I had when I was
24      growing up.  I just kept it.
25      Q.   Now, on this --
```

```
 1    A.    Only person who calls me that is my family, though.
 2    Q.    On this second line here next to you, these are all of
 3    the siblings that you just named; is that right?
 4    A.    Yes.
 5    Q.    Is there one exception, this person in the middle here?
 6    A.    Yes.
 7    Q.    Who is --
 8    A.    That's my brother's wife.
 9    Q.    And what's her name?
10    A.    Louise Martin.
11    Q.    And what's her nickname?
12    A.    They call her Boug.
13    Q.    Boug?
14    A.    Uh-huh.
15    Q.    How did she get that one?
16    A.    I don't know.
17    Q.    On the third line here, who are each of these folks
18    listed on the chart?
19    A.    Where at?
20    Q.    You take them one by one if you start --
21    A.    On what line?
22    Q.    On this bottom line.
23    A.    On the bottom, okay.  Terrill.
24    Q.    Yes, go ahead.
25    A.    Terrill Harris, Jr., Fatman.
```

```
1     Q.   And how is he related to you?

2     A.   My nephew.

3     Q.   And then what about next to Terrill Harris, Jr.?

4     A.   Tony Harris, nephew.

5     Q.   And what about next to Tony?

6     A.   Tonya Harris, niece.

7     Q.   And how are Terrill Harris, Jr., Tony Harris, and Tonya

8     Harris --

9     A.   Yeah, my brother Terrill's kids.

10    Q.   With Ms. Martin?

11    A.   Yes.

12    Q.   And Tony and Tonya?

13    A.   They twins.

14    Q.   Okay.  Thank you.

15         What about next to Tonya here?

16    A.   George.

17    Q.   And how is he related to you?

18    A.   Nephew.

19    Q.   And next to George?

20    A.   Wane.

21    Q.   Wane.  What's Wane's next name?

22    A.   Briscoe, nephew.

23    Q.   Does Wane have a nickname in your family?

24    A.   Yeah, they call him Junior.

25    Q.   This is going to be an obvious one, but why is that one?
```

```
1    A.    Huh?

2    Q.    Why is that one?

3    A.    Because of his name.  He's a junior.

4    Q.    And what about further to the right here?

5    A.    Andre Jr.

6    Q.    And what's Andre's last name?

7    A.    Poo, Briscoe.

8    Q.    So what's his full name for me?

9    A.    Andre Briscoe, Jr.

10   Q.    And does he have a nickname?

11   A.    Yeah, we call him Poo.

12   Q.    Do you see Mr. Briscoe, Jr. in the courtroom?

13   A.    Yes.

14   Q.    What is he wearing?  Can you describe it for us?

15         MR. PURPURA:  We'll stipulate he's identified --

16         THE COURT:  The record will reflect the witness has

17   identified the Defendant, Andre Briscoe, Jr.

18         MS. BRUSCA:  Thank you.

19   BY MS. BRUSCA:

20   Q.  Mr. Harris, you said that you were born in Cambridge; is

21   that right?

22   A.  Yes.

23   Q.  And where -- the folks on this chart that we just went

24   through, the children of Lillian Harris and your nieces and

25   nephews, where do they live, generally speaking, now?
```

```
1    A.   Well, now you're talking about now?

2    Q.   Uh-huh.

3    A.   Cambridge.

4    Q.   And have they always lived in Cambridge since they were

5    born?

6    A.   No.

7    Q.   Where --

8    A.   Baltimore.

9    Q.   Just -- I'm sorry, you got to wait for me to finish the

10   question.

11   A.   I'm sorry.

12   Q.   It's okay.

13        You said they lived in Baltimore?

14   A.   Yes.

15   Q.   And for members of your family, are Baltimore and

16   Cambridge, sort of, like -- is there fluctuation between the

17   members of the family going back and forth?

18   A.   Yes.

19   Q.   Where does your mother live?

20   A.   My mother lives in Cambridge.

21   Q.   And that's Lillian Harris?

22   A.   Yes.

23   Q.   And has she lived there -- how long?

24   A.   I don't know.  On and off.  You know, we all live there

25   on and off all our life.  We lived in New Jersey, too.
```

1    Q.   In New Jersey, too?

2    A.   Uh-huh.

3    Q.   When did you come back from New Jersey?

4    A.   I came back -- I came back in '82, '83, around that time.

5    Q.   All right.  And are you and your family close?

6    A.   Yes.

7    Q.   How about you and your nieces and nephews?  Do you

8    actually have more nieces and nephews than are listed on

9    Exhibits 17.8?

10    A.   I have a whole lot more.

11    Q.   Okay.  Focusing on the ones who are on this chart, are

12    you close with those nieces and nephews?

13    A.   Yes.

14    Q.   How often do you think you see them?

15    A.   Well, when I was there, I seen them almost every day.

16    Q.   And when you say when you were there, where are you

17    living now, if you can just give us a city?

18    A.   In Baltimore.

19    Q.   In Baltimore?

20    A.   Uh-huh.

21    Q.   When was the last time that you were in Cambridge

22    regularly?

23    A.   Probably last year.  Well, no, sometime this year.

24    Q.   2022?

25    A.   Yes.

1    Q.   So let me take you back to 2015.  Where were you living

2    in 2015?

3    A.   Salisbury, Maryland.

4    Q.   And was that, like, in what time of year?  Spring or

5    summer or fall?

6    A.   Yes.

7    Q.   All of those?

8    A.   Uh-huh.

9    Q.   Okay.  And sorry just, again, you just have to say yes.

10   I know it's --

11   A.   Yes.

12   Q.   Thank you.

13        So back in 2015, were you working?

14   A.   Yes.

15   Q.   What were you doing?

16   A.   I was hanging chickens at a chicken plant.

17   Q.   And where was the chicken plant located?

18   A.   In Cordova, Maryland.

19   Q.   Where is Cordova?

20   A.   It's in Calvert County, Easton, Maryland.

21   Q.   Near Easton, Maryland?

22   A.   Uh-huh.

23   Q.   So I'm going to ask you about Cordova in a second, but I

24   want to focus on the chicken plant for one second.  Were you

25   working directly for the chicken plant?

```
 1    A.   I was working -- no, at that particular time, I was

 2    working for an agency.

 3    Q.   Like a temp agency?

 4    A.   Yes.

 5    Q.   And did they send you only to the chicken plant or

 6    various locations?

 7    A.   They send you various locations, but they mostly send me

 8    there because I knew what I was doing.

 9    Q.   Okay.  So at that time, you said that you were living in

10    Salisbury?

11    A.   Yes.

12    Q.   And you were working in Cordova, which is near Easton?

13    A.   Yes.

14    Q.   How far was it from Salisbury to Cordova?

15    A.   Probably about 35 miles.

16    Q.   And so about how long of a drive would that be?

17    A.   Probably take me about 45, 50 minutes.

18    Q.   All right.  I'm going to put up Government's Exhibit 15.5

19    and can you see on this map -- let me know if you need me to

20    make it bigger --

21    A.   Uh-huh.

22    Q.   -- where Easton is.

23    A.   Yes, I see it.

24    Q.   Go ahead and circle it, please.

25    A.   (Witness complies.)
```

```
 1    Q.   And then where is Salisbury?
 2    A.   (Witness complies.)
 3    Q.   And so how would you get from Salisbury to Easton and
 4    back?
 5    A.   Take 50 all the way down.
 6    Q.   Can you just draw with your finger.  Where it is on the
 7    map so we can see it?  And right where that blue dot is, kind
 8    of, at the corner of the L, there is a gray area.  What's the
 9    gray area?
10    A.   Gray?
11    Q.   Right here.
12    A.   That's Cambridge.  It looks like Cambridge to me.
13    Q.   Yeah.  It's not labeled on the map, but that's where
14    Cambridge should be?
15    A.   Yes.
16    Q.   So as you would drive to and from work, how often would
17    you stop in Cambridge?
18    A.   Every day.
19    Q.   Why?
20    A.   I just stop and holla at my nephews.  I holla at my
21    mother, talk to my family.
22    Q.   And during that period when you were stopping in
23    Cambridge every day, which of the nieces and nephews who are
24    up on that chart, which ones lived in Cambridge?
25    A.   Terrill, Fatman, Tony Harris, Tonya Harris, George
```

1    Briscoe, Wane, Poo.

2    Q.   And when you stopped in Cambridge, would you see those

3    guys as well?

4    A.   Yeah, most of the day, yeah.  Yes.

5    Q.   I'm going to show you Exhibit 15.6.  Now that it's a

6    little bit closer in, can you tell what area is shown on

7    Government's Exhibit 15.6?

8    A.   520 Greenwood Avenue.

9    Q.   That's up here by the red dot?

10   A.   Yes.

11   Q.   And what city is this?

12   A.   That is Cambridge.

13   Q.   And so, like, how long does it take to drive from one end

14   of Cambridge to the other?

15   A.   About ten minutes.

16   Q.   Are there ever -- is that with stoplights?

17   A.   I mean, it's with stoplights.  It's only -- it's not

18   really that big.  I mean, depends on basically where you

19   going.  You can go from one county to the next real quick.

20   It's not that big.

21   Q.   I'm going to show you Exhibit 15.7.  Can you see that or

22   do you want me to make it a little bit bigger?

23   A.   I see it.

24   Q.   Up in the top left is Greenwood Ave.  Where were your --

25   where was your niece Tonya Harris living?

```
 1    A.    She was living on Greenwood Avenue.  I guess it's 520.

 2    Q.    Okay.  And she was right in that area as well?

 3    A.    Yes.

 4    Q.    And what about your nephew, Tony Harris?

 5    A.    He lived up the street a little bit on Cosby Avenue.

 6    Q.    Is that right where my cursor is?

 7    A.    Yes.

 8    Q.    And then what about Wane Briscoe and George Briscoe,

 9    where were they?

10    A.    Well, George was living at -- he was living in the

11    projects, too, but he lived down the 600 block.

12    Q.    Okay.  And when you say "the projects," what do you mean?

13    Which part of Cambridge?

14    A.    What part?

15    Q.    Yes.

16    A.    It's like where Tonya live, it's a whole lot of projects

17    and she lived on the 600 side.

18    Q.    Okay.

19    A.    He lived on the 600 side.

20    Q.    George did?

21    A.    Yes.

22    Q.    And what about Wane Briscoe, Jr. who went by Junior?

23    A.    He lived over there by -- let me see.  I know the name.

24    He lived over there by the hospital.  I forgot the name of the

25    street.
```

```
1    Q.   At the high school you said?

2    A.   By the hospital.

3    Q.   Oh, by the hospital, okay.  It might not be shown on this

4    map.  It might be off one of the edges.

5         And what about your mother, where did she live?

6    A.   She lived on -- at that particular time, she lived on

7    Charles Street.

8    Q.   Charles and was there another one that she lived on

9    before Charles or after?  One of them had a fire, I think;

10   didn't they?

11   A.   Oh, yeah.  She lived on Race Street.  House caught on

12   fire.

13   Q.   And was there one on Hughlett as well?

14   A.   Yes.

15   Q.   Do you remember which one of those in 2015 she lived at?

16   A.   I think it was Hughlett.  Quite sure it was Hughlett.

17   Q.   And just -- you don't have to point it out because I

18   don't think it's on this map, but what area of Cambridge is

19   that in?  North?  South?  East?  West?  So it's top, bottom,

20   left, right.

21   A.   It would be -- Hughlett would be close to High Street,

22   Pine Street, right around this area right here where I

23   circled.

24   Q.   Great.  Now, you said that you were close with your

25   nieces and nephews in 2015?
```

```
 1    A.   Yes.
 2    Q.   Why do you think that you were close?
 3    A.   Why?
 4    Q.   Yes.
 5    A.   I mean, we family.
 6    Q.   Had you, yourself, had some trouble with the law in the
 7    past?
 8    A.   Yes.
 9    Q.   Like quite a few times actually?
10    A.   Yes.
11    Q.   When was the most recent time that you got in trouble?
12    A.   2010.
13    Q.   2010?
14    A.   Yes.
15    Q.   What happened in 2010?
16    A.   I had took the TVs out of Walmart.
17    Q.   What do you mean you took them out of Walmart?
18    A.   I just walked out the door with them.
19    Q.   Like on your cart?
20    A.   Yes.
21    Q.   And you were charged and convicted for that?
22    A.   Yes.
23    Q.   How long were you in jail, if at all, do you remember?
24    A.   Well, I stayed in jail probably about 15 months.
25    Q.   And was that the only time you had a run-in with law
```

```
 1    enforcement?
 2    A.   No.   I guess it was -- what was it?   I guess it was 2000
 3    what?   I can't remember what the date is, but I violated my
 4    parole, put it that way, because I didn't pay restitution for
 5    the TVs.
 6    Q.   For the 2010 conviction?
 7    A.   Yeah.
 8    Q.   And before that time, had you been convicted for things
 9    like theft before?
10    A.   Yes.
11    Q.   And in 2015, were you also -- were you using any kind of
12    drugs?
13    A.   Yes.
14    Q.   What kind of drugs?
15    A.   Heroin.
16    Q.   And how often were you using heroin in 2015?
17    A.   Regularly.
18    Q.   I'm sorry?
19    A.   I said on and off, you know, regularly.
20    Q.   Was it like -- can you give a --
21    A.   About every other day or something like that, whenever I
22    could get it.
23    Q.   Okay.   Had you been using heroin for a while before that,
24    before 2015?
25    A.   On and off.
```

```
 1    Q.   Are you using heroin now?

 2    A.   No.

 3    Q.   When did you stop?

 4    A.   About 15 months ago.

 5    Q.   Before you stopped 15 months ago, had you ever overdosed

 6    on heroin?

 7    A.   Yes, I did.

 8    Q.   How many times was that?

 9    A.   About three times.

10    Q.   Do you remember what years you overdosed?

11    A.   I think it was 2015, and it might have been -- it might

12    have been 2017, 2018, something like that.  I can't remember

13    all of the dates.  It's been a long time.

14    Q.   But you're okay, obviously?

15    A.   Yes.

16    Q.   Okay.  So when you were -- turn back now to when you were

17    working at the chicken plant.  When you would stop in

18    Cambridge and see your family, check in on your mother, did

19    you also sometimes pick up some heroin?

20    A.   Yes.

21    Q.   And who did you pick up the heroin from?

22    A.   I picked up sometimes from my nephew Poo, sometimes my

23    nephew Fatman, sometimes Tony.

24    Q.   So you said sometimes from your nephew Poo.  That's Andre

25    Briscoe, Jr.?
```

```
 1    A.   Yes.

 2    Q.   Sometimes from Tony?

 3    A.   Tony.

 4    Q.   And sometimes from?

 5    A.   Fatman.

 6    Q.   How about Tonya?

 7    A.   No.

 8    Q.   And how about Wane Briscoe, Jr.?

 9    A.   No, not really.  He ain't mess with that too much.

10    Q.   I didn't hear the end of it.

11    A.   No.

12    Q.   Not very often?

13    A.   No.

14    Q.   When you would get heroin from Fatman and Tony and the

15    Defendant, did you pay for it?

16    A.   No, they just gave it to me for free.

17    Q.   And how much would they give you?

18    A.   Sometimes a half a gram, about a 50.

19    Q.   About $50 worth?

20    A.   Yes.

21    Q.   And you said that was about half a gram?

22    A.   Yes.

23    Q.   When you would get heroin from your nephews, was it at

24    any particular location?

25    A.   Probably -- most of the time probably was in Kizzy's --
```

```
1    Kizzy's house or sometimes Tonya's house.
2    Q.   And was it -- when you say Kizzy's house, Kizzy is not on
3    this board?
4    A.   No.
5    Q.   Who is Kizzy?
6    A.   It used to be Andre's girlfriend, Poo's girlfriend.
7    Q.   Do you know Kizzy's real name, her Government name?
8    A.   No, I can't remember her name.  Let me see.  Let me see.
9    Q.   That's fine.  We can go with Kizzy.  That's fine if you
10   don't remember.
11   A.   I should know it.
12   Q.   And you said that she used to be Andre's girlfriend, the
13   Defendant?
14   A.   Yes.
15   Q.   Was she also, earlier, dating a different member of your
16   family?
17   A.   My brother.
18   Q.   Which one?
19   A.   Terrill.
20   Q.   Harris, Sr.?
21   A.   Yes.
22   Q.   And when was that in time?
23   A.   They was on and off.
24   Q.   So have you and your family known Kizzy for a long time?
25   A.   Yeah, we knew her for a while.  I mean, she came into
```

1    contact because my Aunt Margie, I think, one of her daughters

2    adopt her mother.  Some kind of way she came into our family

3    in the '70s, some kind of way, and she just stayed and her

4    mother -- her mother name is Wanda Parilla.  Wanda had Kizzy

5    and then she just always been around.

6    Q.    And we're looking at that map.  I'm not going to pull it

7    up, but where did Kizzy live in Cambridge?

8    A.    She live in the 600 block of Greenwood Avenue.

9    Q.    Right near where Tonya Harris was?

10   A.    It's down the street from Tonya.  It's over there closer

11   to Cosby Avenue.

12   Q.    Closer to where Tony was in between?

13   A.    Uh-huh.

14   Q.    All right.  So you said that your nephews had heroin,

15   including the Defendants Tony and Terrill Harris, Jr., Fatman?

16   A.    Uh-huh.

17   Q.    What were they doing for income, those three guys at the

18   time?

19   A.    Selling heroin.

20   Q.    Did they have any other source of income that you know

21   of, income that you know of?

22   A.    Not that I know of.

23   Q.    And how did you know that they were selling heroin, apart

24   from the fact that they gave you some?

25   A.    I used to see them.

```
 1    Q.   When you say "see them," see them doing what?
 2    A.   Selling it on the phone or people walking down the street
 3    ask.
 4         MR. PURPURA:  Your Honor, objection, 602 basis of --
 5    602, basis of knowledge.  And we're talking about three
 6    people, so they individually --
 7         THE COURT:  The objection is sustained.  Strike that
 8    and clarify the question.
 9         MS. BRUSCA:  Sure, Your Honor.
10         THE COURT:  And basis of his knowledge.
11         MS. BRUSCA:  Sure.
12    BY MS. BRUSCA:
13    Q.   Let's take it one by one.  You said you used to -- did
14    you see the Defendant, Andrew Briscoe, Jr. selling heroin?
15    A.   Yes, I did.
16    Q.   And you saw him -- when you said you saw him selling
17    heroin --
18         MR. PURPURA:  Objection, Judge.  611(c) leading
19    right now.  Also relevant -- and also --
20         THE COURT:  That's overruled.
21         MR. PURPURA:  401 relevancy unless we have a time --
22         THE COURT:  It's certainly 401 relevance and on 602,
23    she's ask -- under Rule 602, the right rule you cited, your
24    objection is overruled.  He's stated specifically what he saw.
25    The objection is overruled.
```

```
 1              MR. PURPURA:  Timeframe?

 2              THE COURT:  The question was what he saw and he said

 3     what he saw.  The objection is overruled.

 4     BY MS. BRUSCA:

 5     Q.  And we'll clarify, Mr. Harris.  We're talking about in

 6     the spring of 2015; is that right?

 7     A.  Yes.

 8     Q.  When you were working at the chicken plant?

 9     A.  Yes.

10     Q.  You're stopping every day in Cambridge?

11     A.  Yes.

12     Q.  Or just about every day in Cambridge?

13     A.  Yes.

14     Q.  Okay.  So you saw the Defendant selling heroin.  How did

15     you know it was heroin?

16     A.  I know what it looked like.

17     Q.  And what did it look like?

18     A.  It was gray.

19     Q.  It was gray?

20     A.  Yes, it was grayish.

21     Q.  Was it like a powder or rock?

22     A.  Some of it was powder, some of it was rock form.

23     Q.  And what kind of packaging was it?

24     A.  It was in a big glass -- it was in a big plastic bag.

25     Q.  And was it always gray or was it sometimes other colors?
```

```
 1    A.   It was sometimes other colors, maybe beige.
 2    Q.   I'm sorry.  I know I'm asking you questions fast and
 3    you're answering them fast, but just let me finish.
 4    A.   Okay.
 5    Q.   Thank you.  It will just make it easier on the court
 6    reporter.
 7         And did you actually see the Defendant hand little
 8    packages to people who would use it?
 9    A.   Yes.
10    Q.   And you said that you heard him on the phone.  What did
11    you hear the Defendant saying on the phone?
12    A.   Telling them what he had and how much it cost.
13    Q.   And did you both see your nephew Tony Harris doing
14    similar activity?
15    A.   Yes, I did.
16    Q.   And what about your nephew Terrill Harris, Fatman?
17    A.   Yes, I did.
18    Q.   And when -- you said most of this activity was taking
19    place at Kizzy's house or at Tonya's house?
20    A.   Yes.
21    Q.   Was it actually in Tonya's house?
22    A.   Sometimes outside her house, sometimes in the house.
23    Q.   And did you also know -- how did you -- and you said
24    sometimes you got heroin from your three nephews as well?
25    A.   Yes.
```

```
 1    Q.   And you used it?

 2    A.   Yes.

 3    Q.   And what effect did it have on you?

 4    A.   It was all right.  Sometimes it was good, sometimes it

 5    was bad.

 6    Q.   And by trying it, did you know if it was heroin?

 7    A.   Yes.

 8    Q.   Because you had used it before?

 9    A.   Yes.

10    Q.   For many years?

11    A.   Yes.

12              MR. PURPURA:  Objection.

13              THE COURT:  Overruled.

14    BY MS. BRUSCA:

15    Q.   Now, do you know if any of the three of your nephews who

16    we've been talking about were the selling heroin together?

17    A.   Sometimes -- well, most of the -- yes, I done see them

18    selling it, Andre and Tony.

19    Q.   And do you have any idea when they were purchasing it

20    if -- how they would purchase it, if one person gave money or

21    the other or you don't know?

22    A.   Well, I guess they -- man, they --

23              MR. PURPURA:  Objection.

24              THE WITNESS:  They gave --

25              THE COURT:  One second, please.  Why don't we stop
```

1     for the day rather than my continuing to --

2              **MS. BRUSCA:**  Sure.

3              **THE COURT:**  -- overrule objections.  I'll allow you

4     to put all of this on the record, Mr. Purpura.  We're going to

5     just make sure this is included on the record.  This is

6     admissible evidence and I've so ruled, but there is no reason

7     to -- this is the perfect point to stop and then we'll deal

8     with this evidentiary issue.

9          Mr. Harris, you're excused until tomorrow.  You are

10    absolutely not to discuss your testimony -- sir, stay one

11    minute.  You are not to discuss your testimony with anybody

12    this evening in any way, shape, or form, and you'll be back on

13    the witness stand tomorrow morning and we're going to start at

14    10 o'clock, okay?

15             **THE WITNESS:**  All right.

16             **THE COURT:**  All right.  Thank you very much.

17         (Witness excused.)

18             **THE COURT:**  Ladies and gentlemen, we're going to --

19    you're going to be excused now.  We're going to start promptly

20    at 10 o'clock tomorrow and I'll deal with the evidentiary

21    issues and allow Mr. Purpura to put his objection, in more

22    detail, on the record which I've overruled.

23         So with that, you're overruled, and I'll stay up here on

24    the bench.

25         (Jury excused 4:52 p.m.)

1          **THE COURT:**  All right.  With that, Mr. Purpura, go

2    ahead and state your basis of your objection on the record.

3          I'm sorry, I thought he was already out.

4          Yes, go right ahead.

5          **MR. PURPURA:**  Just that I know the Court realizes

6    that up to this point, I think there's been one objection by

7    me on all of the other witnesses so far.  The reason I'm being

8    more cautious with this particular witness is because his

9    memory is critical in this particular case.  So when counsel

10   leads him on issues or when he says "I guess," I'm objecting

11   at that point.

12         **THE COURT:**  Well, that's perfectly fair.  One, I

13   don't think it's overly leading, but secondarily, under

14   Rule 602, he clearly testified as to what he saw.  You

15   objected -- you objected when he specifically answered a

16   question saying what he saw, and he said he saw his nephew

17   Andre Briscoe and two other nephews selling heroin.  And

18   Counts 1 and 2 of this indictment, this superseding indictment

19   relate to conspiracy to distribute with intent to distribute

20   heroin, as well as Count 2, possession with intent to

21   distribute heroin.

22         **MR. PURPURA:**  Judge, I understand what you're

23   saying.  I'm not going to belabor this whatsoever.  I objected

24   in the beginning when all three were lumped together.  I

25   thought they should be separated, and the Court indicated they

1  should be separated.

2          **THE COURT:**  Yes.

3          **MR. PURPURA:**  My last objection was when Mr. Harris

4  was asked a question about whether Andre and Tony were working

5  together, he hesitated.  Then he said, "I guess."  And I

6  objected to the fact that he guessed, and I was going to

7  object to that and basis of knowledge, because he has to

8  explain that before he can --

9          **THE COURT:**  Well, we can go into more detail.  Just

10  so the record is abundantly clear, this witness has

11  specifically testified as to observing the Defendant, Andre

12  Briscoe, selling heroin.  He's personally testified to seeing

13  it and watching him.  He has also personally testified to

14  buying heroin from the Defendant, as well as two other nephews

15  just at the end of his testimony, and he's personally

16  testified as to using it and saying it's the same effect.  He

17  bought heroin from his nephew, the Defendant, as well as two

18  other nephews.  And that's where we are on this, and in terms

19  of his knowledge of the details of the -- those acts would

20  clearly be the furtherance of a conspiracy.

21          In terms of his knowledge of the depth of the conspiracy,

22  you are certainly free to argue tomorrow morning as to that,

23  and the Government is admonished that you go slowly, step by

24  step.

25          **MS. BRUSCA:**  Understood, Your Honor.

1     **THE COURT:**  You understand?  You just don't lump it
2     in with a question.  Have him just roll and answer.  And Mr.
3     Budlow, I'm certain, can discuss that with you, Ms. Brusca,
4     you go step by step, very carefully --
5          **MS. BRUSCA:**  Sure.
6          **THE COURT:**  -- with respect to this witness, but
7     there's been no prejudice -- there is no violation of Rule 602
8     or 611.  Perhaps you're leading, but 602, he's testified to
9     what he saw, and he's testified to what he did, and he's
10    testified actually using the heroin.
11         **MR. PURPURA:**  I'm agreeing.  I agree.
12         **THE COURT:**  You know, I'm not upset with you,
13    Mr. Purpura, but I don't understand why we're getting these
14    objections.  I don't -- I've actually made sure I've looked at
15    the indictment again, because Counts 1 and 2 relate to
16    conspiracy to possess with intent to distribute heroin, and
17    Count 2 relates to a heroin charge, so -- and this is to --
18    and it is essentially in terms of the timeframe reference of
19    2015, and the events of the murder of Jennifer Jeffrey and
20    K.B., so that's where we are on that.
21         What is the -- while we're dealing with the evidentiary
22    issue, you said that you -- there is another matter that I
23    think we could, perhaps, at least try to address now, and that
24    is the matter of -- you had another objection you wanted to
25    raise at the conclusion of this testimony or what?

1          **MR. PURPURA:**  I do not have another objection

2     whatsoever as to his testimony, Your Honor.  I just -- I'm

3     indicating to the Court that I know that tomorrow the

4     Government is going to play some clips from MCTC, that's

5     Maryland Correctional Training Center, involving Mr. Briscoe

6     and Mr. Harris.  I know, based on the Court's ruling, that I'm

7     limited to those clips themselves.

8          **THE COURT:**  That's right.

9          **MR. PURPURA:**  I have no objection to those clips

10     themselves.

11          **THE COURT:**  Well, you preserved any objection you

12     previously had made.  That's what I'm trying to do.  In

13     fairness to you, I'm trying to carefully go through this.

14          **MR. PURPURA:**  My point is this:  That based on

15     however Mr. Harris answers tomorrow, it may open up an area

16     which is, I think, very much connected to what the Government

17     has given, in their clips, and will be part of that.  So I'm

18     just letting the Court know in advance --

19          **THE COURT:**  And just so the record is clear on

20     that -- and that's fine, Mr. Purpura, you're communicating

21     pretty well on this, both of us.  The point is that I have

22     previously ruled here on this with respect to the hearing on

23     May the 10th, and for reasons set forth on the record as well

24     as memorialized in my opinion, Paper No. 187 that was filed on

25     May the 11th, the Government had sought to admit certain

1     statements of the -- out-of-court statements of the Defendant,

2     and I have ruled that within the parameters of Rule

3     801(d)(2)(A) of the Federal Rules of Evidence, statements of a

4     party opponent are not hearsay.

5          On the other hand, it is consistent with the Fourth

6     Circuit's ruling in *United States versus Wilkerson* at 84 F.3d

7     692, a Fourth Circuit opinion in 1996.  I have held and ruled

8     that the rules did not, however, provide an exception for

9     self-serving exculpatory statements made by a party which are

10    being sought for the admission of that same party, and indeed

11    in oral argument on May 10th and in my opinion on May 11th, as

12    I memorialized my rulings, the -- you had previously argued --

13    counsel for the Defendant had previously argued that Rule 106

14    of the Federal Rules of Evidence, with respect to essentially

15    a rule of completeness, that the Fourth Circuit has made clear

16    that the document of completeness does not -- in the language

17    of the *Wilkerson* opinion in the Fourth Circuit, "Does not

18    render admissible the evidence which is otherwise inadmissible

19    under the hearsay rule."

20         And my colleague, Judge Grimm, who the record reflects I

21    have great -- for whom I have great respect and has actually

22    taught evidence at one of the local law schools, in his

23    opinion in *United States versus Bailey* at 322 F. Supp. 3d 661,

24    noted that Rule 106 should never come into play unless

25    misleading evidence has been introduced that requires

1    clarification or explanation, otherwise there is no unfairness

2    that needs correction, and he cited the *Wilkerson* case in his

3    opinion, the 2017 opinion in *Bailey* so that the rule of

4    completeness would not apply.  So there are certain parameters

5    of that, and I'm trying to lay those out in case that's what

6    you're addressing --

7              **MS. BRUSCA:**  And, Your Honor, if I may -- oh, sure.

8    Sorry.

9              **THE COURT:**  There are certain parameters of that and

10   they are the parameters of this essential question.  That's

11   essentially the issue that you've raised again.  First of all,

12   you have preserved, for the record, this issue completely

13   without question on the record, but I'm just going over the

14   parameters, Mr. Purpura, because I understand that there are

15   some parameters of that, and that *Wilkerson* -- the *Wilkerson*

16   case, as well as Judge Grimm's very apt summary of it, lay out

17   the parameters, and it doesn't mean it's absolute, there are

18   some parameters to it, and I'm perfectly willing to address

19   that and we'll see how it plays out tomorrow.

20        Yes, Ms. Brusca?

21              **MS. BRUSCA:**  I apologize --

22              **THE COURT:**  That's okay.

23              **MS. BRUSCA:**  -- for not letting you finish.

24        I just wanted to put on the record that we have provided,

25   far in advance, the clips that we intend to play, and

 1    Mr. Purpura has now twice indicated there is a specific

 2    portion that he may, sort of, object to maybe, but he has

 3    declined to --

 4         **MR. PURPURA:**  No.

 5         **MS. BRUSCA:**  He's declined to identify the portion

 6    for the Government.

 7         **MR. PURPURA:**  That's not -- maybe Ms. Brusca

 8    misunderstood me because I do talk fast.

 9         **THE COURT:**  Well, I've never criticized anybody for

10    that.

11         Did you get that, Ms. Clark?  Did you pick that up, that

12    I never --

13         (Laughter.)

14         **THE REPORTER:**  I got it, Judge.

15         **MS. BRUSCA:**  I'm sorry, maybe I misunderstood.

16         **MR. PURPURA:**  Your clips -- the Court's right about

17    my objection, but the clips you're playing, I'm not going

18    to --

19         **MS. BRUSCA:**  Right.

20         **MR. PURPURA:**  -- object to those clips at all.  What

21    I'm suggesting is there may -- depending on the testimony and

22    how the clips come out for completeness to show that right

23    picture --

24         **THE COURT:**  I understand.

25         **MR. PURPURA:**  -- there may be another portion which

1  then becomes relevant that I will not play but I may want to

2  question the witness about.

3       **THE COURT:**  All right.  And as to that, it would be

4  helpful, I think -- that's fine.  In terms of where we may be

5  going on an evidentiary issue tomorrow morning is that if --

6  I'm not sure -- how extensive are those clips, Ms. Brusca?

7  How much?

8       **MS. BRUSCA:**  They're each, I think, between one and

9  two minutes.

10      **THE COURT:**  The point is that I think we have all of

11 these, but in the abundance of caution, let's make sure that

12 this evening we get those, so I can look at those tomorrow

13 morning and be ready to deal with that in terms of what the

14 parameters of *Wilkerson* and *Bailey* are, because I understand

15 your point, and I've already ruled on it.  But I understand

16 Mr. Purpura's point is that the parameters are not absolute

17 depending upon whether or not there is some misleading aspect

18 that comes into play, and he's free to argue that, and I

19 wanted to make sure I'm well prepared to deal with that.

20      Does that sound workable to the Government?

21      MR. BUDLOW:  Your Honor?

22      **THE COURT:**  Go ahead, Mr. Budlow.

23      **MR. BUDLOW:**  I just have one quick question.  It

24 does sound workable and we'll be happy to identify those and

25 provide them again.  It would also be helpful if we knew which

1    clips or which sections of the transcript Mr. Purpura thinks

2    are relevant in response to what we're planning on doing.  We

3    just can't analyze it, because I understand it's been --

4         **THE COURT:**  I understand.

5         **MR. PURPURA:**  Well, that's -- I'm sorry, that's what

6    cross-examination is about.

7         **THE COURT:**  And that's up to him to do that.  I'm

8    not going to -- but my point is that we'll deal with it as

9    best we can ahead of time, and it would be helpful, at least,

10   to see what is it the Government intends to play as to which

11   Mr. Harris will -- at the extent to which that may or may not

12   open the door.  And again, we'll have to wait and see what his

13   testimony is.  That's a perfectly fair request from the

14   defense, and I'm not going to require Mr. Purpura to identify

15   particular clips to which he's referring, but I think that's a

16   fair way to do it.

17        **MR. PURPURA:**  What I would be willing to do, in

18   advance, would be to give to your law clerk my thoughts or my

19   contemplating clips that I may want to reference --

20        **THE COURT:**  Well, I don't want to have any ex parte

21   review by me --

22        **MR. PURPURA:**  I was going to have it so you could

23   have it in advance, that's all.

24        **THE COURT:**  Well, I prefer not to have -- maybe give

25   an advisory opinion to you about what you can and can't

 1      cross-examine on.  We'll have to do the best we can do and --
 2              **MR. PURPURA:**  Fine.
 3              **THE COURT:**  The Government's not going to be
 4      hamstrung by that, and we'll anticipate it and we'll see where
 5      we are, because I've already -- the key case -- the key case
 6      is clearly *Wilkerson*.  And in terms of guidance to the Court,
 7      the only other colleague I know that's dealt with this is
 8      Judge Grimm and *Bailey*.  I think we've got the case law and it
 9      is what it is, and my ruling is what it is, but it wasn't --
10      it's a pretty solid ruling, I think, but my point is I
11      understand that it is not absolute, because it does have the
12      caveat in terms of whether or not the Court believes there is
13      some misleading aspect to something, and clearly that was
14      addressed by Judge Grimm in the *Bailey* case.
15          So to the extent that I can get some of that ahead of
16      time -- and Mr. Demetriou, you know, if he has to spend the
17      night here, he will.
18          (Laughter.)
19              **THE COURT:**  I'm teasing.  We're laughing in the
20      Court.
21          Did I go too quickly on that, Ms. Clark?  Are you okay on
22      that?  You good?
23              **THE REPORTER:**  I got it.
24              **THE COURT:**  You good?  Okay.
25          Anything else from the point of view of the Government?

1           **MS. BRUSCA:**  No, Your Honor.

2           **THE COURT:**  All right.  Good.  Thank you.

3      Anything else from the point of the defense?

4           **MR. PURPURA:**  Thank you, Judge.

5           **THE COURT:**  Okay.  Good enough.  Well, thank you all

6      very much, and with that, this Court stands adjourned for the

7      day.

8           **THE CLERK:**  All rise.  This Court stands adjourned.

9      (Proceedings concluded 5:05 p.m.)

10

11

12           I, Melissa L. Clark, RPR, do hereby certify that

13      the foregoing is a correct transcript from the stenographic

14      record of proceedings in the above-entitled matter.

15

16                  _____/S/_____
                         Melissa L. Clark
17                    Official Court Reporter

18

19

20

21

22

23

24

25

**$**

**$50** [1] - 19:19

**'**

**'70s** [1] - 21:3
**'82** [1] - 9:4
**'83** [1] - 9:4

**/**

**/S** [1] - 37:16

**1**

**1** [2] - 27:18, 29:15
**10** [2] - 26:14, 26:20
**101** [1] - 1:24
**106** [2] - 31:13, 31:24
**10th** [2] - 30:23, 31:11
**11th** [4] - 3:8, 3:9, 30:25, 31:11
**15** [3] - 16:24, 18:4, 18:5
**15.5** [1] - 11:18
**15.6** [2] - 13:5, 13:7
**15.7** [1] - 13:21
**17.8** [2] - 4:4, 9:9
**187** [1] - 30:24
**1996** [1] - 31:7

**2**

**2** [4] - 27:18, 27:20, 29:15, 29:17
**2000** [1] - 17:2
**2009** [1] - 3:6
**2010** [4] - 16:12, 16:13, 16:15, 17:6
**2015** [11] - 10:1, 10:2, 10:13, 15:15, 15:25, 17:11, 17:16, 17:24, 18:11, 23:6, 29:19
**2017** [2] - 18:12, 32:3
**2018** [1] - 18:12
**2022** [2] - 1:9, 9:24
**21201** [1] - 1:25
**26** [1] - 1:9

**3**

**322** [1] - 31:23
**35** [1] - 11:15
**3d** [1] - 31:23

**4**

**4** [1] - 1:5
**401** [2] - 22:21, 22:22

**410-962-4474** [1] - 1:25
**45** [1] - 11:17
**4:52** [1] - 26:25
**4th** [1] - 1:24

**5**

**50** [3] - 11:17, 12:5, 19:18
**520** [2] - 13:8, 14:1
**5:05** [1] - 37:9

**6**

**600** [4] - 14:11, 14:17, 14:19, 21:8
**602** [7] - 22:4, 22:5, 22:22, 22:23, 27:14, 29:7, 29:8
**611** [1] - 29:8
**611(c** [1] - 22:18
**661** [1] - 31:23
**692** [1] - 31:7

**8**

**801(d)(2)(A** [1] - 31:3
**84** [1] - 31:6

**A**

**above-entitled** [1] - 37:14
**absolute** [3] - 32:17, 34:16, 36:11
**absolutely** [1] - 26:10
**abundance** [1] - 34:11
**abundantly** [1] - 28:10
**accordingly** [1] - 2:17
**activity** [2] - 24:14, 24:18
**acts** [1] - 28:19
**address** [2] - 29:23, 32:18
**addressed** [1] - 36:14
**addressing** [1] - 32:6
**adjourned** [2] - 37:6, 37:8
**admissible** [2] - 26:6, 31:18
**admission** [1] - 31:10
**admit** [1] - 30:25
**admonished** [1] - 28:23
**adopt** [1] - 21:2
**advance** [4] - 30:18, 32:25, 35:18, 35:23
**advisory** [1] - 35:25
**afternoon** [1] - 2:22

**agency** [1] - 11:2, 11:3
**Agent** [2] - 1:16, 1:17
**ago** [2] - 18:4, 18:5
**agree** [1] - 29:11
**agreeing** [1] - 29:11
**ahead** [8] - 4:18, 5:24, 11:24, 27:2, 27:4, 34:22, 35:9, 36:15
**aided** [1] - 1:21
**ain't** [1] - 19:9
**ALFRED** [4] - 1:5, 1:7, 2:2, 2:7
**Alfred** [3] - 2:7, 3:18, 4:1
**allow** [2] - 26:3, 26:21
**almost** [1] - 9:15
**altogether** [1] - 3:22
**AMERICA** [1] - 1:3
**analyze** [1] - 35:3
**Andre** [9] - 3:24, 7:5, 7:9, 7:17, 18:24, 25:18, 27:17, 28:4, 28:11
**ANDRE** [1] - 1:5
**Andre's** [3] - 7:6, 20:6, 20:12
**Andrew** [2] - 1:18, 22:14
**answer** [1] - 29:2
**answered** [1] - 27:15
**answering** [1] - 24:3
**answers** [1] - 30:15
**anticipate** [1] - 36:4
**apart** [1] - 21:23
**apologize** [1] - 32:21
**apply** [1] - 32:4
**apt** [1] - 32:16
**area** [7] - 12:8, 12:9, 13:6, 14:2, 15:18, 15:22, 30:15
**areas** [1] - 30:15
**argue** [2] - 28:22, 34:18
**argued** [2] - 31:12, 31:13
**argument** [1] - 31:11
**aspect** [2] - 34:17, 36:13
**ATF** [1] - 1:16
**Aunt** [1] - 21:1
**AUSA** [2] - 1:11, 1:12
**Ave** [1] - 13:24
**Avenue** [5] - 13:8, 14:1, 14:5, 21:8, 21:11

**B**

**bad** [1] - 25:5
**bag** [1] - 23:24

**Bailey** [5] - 31:23, 32:3, 34:14, 36:8, 36:14
**Baltimore** [6] - 1:25, 8:8, 8:13, 8:15, 9:18, 9:19
**BALTIMORE** [1] - 1:9
**based** [2] - 30:6, 30:14
**basis** [5] - 22:4, 22:5, 22:10, 27:2, 28:7
**becomes** [1] - 34:1
**BEFORE** [1] - 1:8
**beginning** [1] - 27:24
**beige** [1] - 24:1
**belabor** [1] - 27:23
**believes** [1] - 36:12
**bench** [1] - 26:24
**BENNETT** [1] - 1:8
**best** [2] - 35:9, 36:1
**between** [3] - 8:16, 21:12, 34:8
**big** [5] - 4:2, 13:18, 13:20, 23:24
**bigger** [2] - 11:20, 13:22
**bit** [3] - 13:6, 13:22, 14:5
**block** [2] - 14:11, 21:8
**blue** [1] - 12:7
**board** [1] - 20:3
**BooBoo** [1] - 4:20
**born** [3] - 3:1, 7:20, 8:5
**bottom** [3] - 5:22, 5:23, 15:19
**Boug** [2] - 5:12, 5:13
**bought** [1] - 28:17
**BRISCOE** [1] - 1:5
**Briscoe** [8] - 3:24, 3:25, 6:22, 7:7, 7:9, 7:12, 7:17, 13:1, 14:8, 14:22, 18:25, 19:8, 22:14, 27:17, 28:12, 30:5
**brother** [3] - 3:24, 6:9, 20:17
**brother's** [1] - 5:8
**brothers** [1] - 3:21
**BRUSCA** [21] - 2:19, 2:21, 4:17, 7:18, 7:19, 22:9, 22:11, 22:12, 23:4, 25:14, 26:2, 28:25, 29:5, 32:7, 32:21, 32:23, 33:5, 33:15, 33:19, 34:8, 37:1
**Brusca** [6] - 1:11, 2:18, 29:3, 32:20, 33:7, 34:6
**BUDLOW** [1] - 34:21,

**34:23
Budlow** [3] - 1:12, 29:3, 34:22
**buying** [1] - 28:14
**BY** [6] - 2:21, 4:17, 7:19, 22:12, 23:4, 25:14

**C**

**Cadle** [1] - 1:19
**Calvert** [1] - 10:20
**Cambridge** [22] - 3:2, 7:20, 8:3, 8:4, 8:16, 8:20, 9:21, 12:12, 12:14, 12:17, 12:23, 12:24, 13:2, 13:12, 13:14, 14:13, 15:18, 18:18, 21:7, 23:10, 23:12
**carefully** [2] - 29:4, 30:13
**cart** [1] - 16:19
**CASE** [1] - 1:3
**case** [8] - 27:9, 32:2, 32:5, 32:16, 36:5, 36:8, 36:14
**caught** [1] - 15:11
**caution** [1] - 34:11
**cautious** [1] - 27:8
**caveat** [1] - 36:12
**Center** [1] - 30:5
**certain** [4] - 29:3, 30:25, 32:4, 32:9
**certainly** [2] - 22:22, 28:22
**certify** [1] - 37:12
**charge** [1] - 29:17
**charged** [1] - 16:21
**Charles** [3] - 15:7, 15:8, 15:9
**chart** [5] - 4:11, 5:18, 7:23, 9:11, 12:24
**check** [1] - 18:18
**chicken** [7] - 10:16, 10:17, 10:24, 10:25, 11:5, 18:17, 23:8
**chickens** [1] - 10:16
**children** [1] - 7:24
**circle** [2] - 4:14, 11:24
**circled** [1] - 15:23
**Circuit** [3] - 31:7, 31:15, 31:17
**Circuit's** [1] - 31:6
**cited** [2] - 22:23, 32:2
**city** [2] - 9:17, 13:11
**clarification** [1] - 32:1
**clarify** [2] - 22:8, 23:5
**Clark** [5] - 1:23, 33:11, 36:21, 37:12, 37:16

**clear** [3] - 28:10, 30:19, 31:15
**clearly** [5] - 2:4, 27:14, 28:20, 36:6, 36:13
**clerk** [1] - 35:18
**CLERK** [3] - 2:4, 2:9, 37:8
**clips** [13] - 30:4, 30:7, 30:9, 30:17, 32:25, 33:16, 33:17, 33:20, 33:22, 34:6, 35:1, 35:15, 35:19
**close** [5] - 9:5, 9:12, 15:21, 15:24, 16:2
**closer** [3] - 13:6, 21:10, 21:12
**colleague** [2] - 31:20, 36:7
**colors** [2] - 23:25, 24:1
**communicating** [1] - 30:20
**completely** [2] - 2:16, 32:12
**completeness** [4] - 31:15, 31:16, 32:4, 33:22
**complies** [1] - 11:25, 12:2
**computer** [1] - 1:21
**computer-aided** [1] - 1:21
**concluded** [1] - 37:9
**conclusion** [1] - 29:25
**connected** [1] - 30:16
**consistent** [1] - 31:5
**conspiracy** [4] - 27:19, 28:20, 28:21, 29:16
**contact** [1] - 21:1
**contemplating** [1] - 35:19
**continuing** [1] - 26:1
**convicted** [2] - 16:21, 17:8
**conviction** [1] - 17:6
**Cordova** [5] - 10:18, 10:19, 10:23, 11:12, 11:14
**corner** [1] - 12:8
**correct** [1] - 37:13
**correction** [1] - 32:2
**Correctional** [1] - 30:5
**Cosby** [2] - 14:5, 21:11
**cost** [1] - 24:12
**counsel** [2] - 27:9, 31:13
**Count** [2] - 27:20, 29:17

**Counts** [2] - 27:18, 29:15
**County** [1] - 10:20
**county** [1] - 13:19
**Court** [11] - 1:24, 27:5, 27:25, 30:3, 30:18, 36:6, 36:12, 36:20, 37:6, 37:8, 37:17
**COURT** [41] - 1:1, 2:10, 2:13, 4:14, 7:16, 22:7, 22:10, 22:20, 22:22, 23:2, 25:13, 25:25, 26:3, 26:16, 26:18, 27:1, 27:12, 28:2, 28:9, 29:1, 29:6, 29:12, 30:8, 30:11, 30:19, 32:9, 32:22, 33:9, 33:24, 34:3, 34:10, 34:22, 35:4, 35:7, 35:20, 35:24, 36:3, 36:19, 36:24, 37:2, 37:5
**court** [4] - 2:14, 2:17, 24:5, 31:1
**Court's** [2] - 30:6, 33:16
**courtroom** [1] - 7:12
**CRIMINAL** [1] - 1:3
**critical** [1] - 27:9
**criticized** [1] - 33:9
**cross** [2] - 35:6, 36:1
**cross-examination** [1] - 35:6
**cross-examine** [1] - 36:1
**cursor** [1] - 14:6

**D**

**Dana** [1] - 1:11
**date** [1] - 17:3
**dates** [1] - 18:13
**dating** [1] - 20:15
**daughters** [1] - 21:1
**DAY** [1] - 1:5
**deal** [5] - 26:7, 26:20, 34:13, 34:19, 35:8
**dealing** [1] - 29:21
**dealt** [1] - 36:7
**declined** [2] - 33:3, 33:5
**Defendant** [14] - 1:6, 1:13, 7:17, 19:15, 20:13, 22:14, 23:14, 24:7, 24:11, 28:11, 28:14, 28:17, 31:1, 31:13
**Defendants** [1] - 21:15

**defense** [2] - 35:14, 37:3
**Demetriou** [1] - 36:16
**depth** [1] - 28:21
**describe** [1] - 7:14
**detail** [2] - 26:22, 28:9
**details** [1] - 28:19
**different** [1] - 20:15
**DIRECT** [2] - 1:6, 1:7
**directly** [1] - 10:25
**discuss** [3] - 26:10, 26:11, 29:3
**distribute** [4] - 27:19, 27:21, 29:16
**DISTRICT** [3] - 1:1, 1:1, 1:8
**DIVISION** [1] - 1:2
**document** [1] - 31:16
**done** [1] - 25:17
**door** [2] - 16:18, 35:12
**dot** [2] - 12:7, 13:9
**down** [5] - 2:14, 12:5, 14:11, 21:10, 22:2
**draw** [3] - 4:13, 4:18, 12:6
**drive** [3] - 11:16, 12:16, 13:13
**drugs** [2] - 17:12, 17:14
**duly** [1] - 2:2
**during** [1] - 12:22

**E**

**easier** [1] - 24:5
**east** [1] - 15:19
**Easton** [5] - 10:20, 10:21, 11:12, 11:22, 12:3
**edges** [1] - 15:4
**effect** [2] - 25:3, 28:16
**end** [3] - 13:13, 19:10, 28:15
**enforcement** [1] - 17:1
**entitled** [1] - 37:14
**Esq** [2] - 1:14, 1:15
**essential** [1] - 32:10
**essentially** [3] - 29:18, 31:14, 32:11
**evening** [2] - 26:12, 34:12
**events** [1] - 29:19
**Evidence** [2] - 31:3, 31:14
**evidence** [4] - 26:6, 31:18, 31:22, 31:25
**evidentiary** [4] - 26:8, 26:20, 29:21, 34:5
**ex** [1] - 35:20
**examination** [1] - 35:6

**examine** [1] - 36:1
**examined** [1] - 2:3
**exception** [2] - 5:5, 31:8
**EXCERPT** [2] - 1:6, 1:7
**exculpatory** [1] - 31:9
**excused** [4] - 26:9, 26:17, 26:19, 26:25
**Exhibit** [5] - 4:4, 11:18, 13:5, 13:7, 13:21
**exhibit** [1] - 4:5
**Exhibits** [1] - 9:9
**explain** [1] - 28:8
**explanation** [1] - 32:1
**extensive** [1] - 34:6
**extent** [2] - 35:11, 36:15

**F**

**F.3d** [1] - 31:6
**fact** [2] - 21:24, 28:6
**fair** [3] - 27:12, 35:13, 35:16
**fairness** [1] - 30:13
**fall** [1] - 10:5
**family** [14] - 3:12, 4:2, 4:19, 5:1, 6:23, 8:15, 8:17, 9:5, 12:21, 16:5, 18:18, 20:16, 20:24, 21:2
**far** [4] - 3:7, 11:14, 27:7, 32:25
**fast** [3] - 24:2, 24:3, 33:8
**father's** [1] - 3:17
**Fatman** [7] - 5:25, 12:25, 18:23, 19:5, 19:14, 21:15, 24:16
**FBI** [1] - 1:17
**Federal** [3] - 1:24, 31:3, 31:14
**few** [2] - 3:11, 16:9
**Fifty** [1] - 2:25
**Fifty-nine** [1] - 2:25
**filed** [1] - 30:24
**fine** [5] - 20:9, 30:20, 34:4, 36:2
**finger** [2] - 4:14, 12:6
**finish** [3] - 8:9, 24:3, 32:23
**fire** [2] - 15:9, 15:12
**first** [1] - 32:11
**Floor** [1] - 1:24
**fluctuation** [1] - 8:16
**focus** [1] - 10:24
**focusing** [1] - 9:11
**folks** [2] - 5:17, 7:23

**follows** [1] - 2:3
**FOR** [1] - 1:1
**foregoing** [1] - 37:13
**forgot** [1] - 14:24
**form** [2] - 23:22, 26:12
**forth** [2] - 8:17, 30:23
**Fourth** [4] - 31:5, 31:7, 31:15, 31:17
**free** [3] - 19:16, 28:22, 34:18
**full** [2] - 2:5, 7:8
**fully** [1] - 2:11
**furtherance** [1] - 28:20

**G**

**GED** [1] - 3:8
**generally** [1] - 7:25
**gentlemen** [1] - 26:18
**George** [6] - 6:16, 6:19, 12:25, 14:8, 14:10, 14:20
**girlfriend** [3] - 20:6, 20:12
**given** [1] - 30:17
**glass** [1] - 23:24
**Government** [9] - 20:7, 28:23, 30:4, 30:16, 30:25, 33:6, 34:20, 35:10, 36:25
**Government's** [3] - 11:18, 13:7, 36:3
**grade** [2] - 3:8, 3:9
**gram** [2] - 19:18, 19:21
**gray** [6] - 12:8, 12:9, 12:10, 23:18, 23:19, 23:25
**grayish** [1] - 23:20
**great** [2] - 15:24, 31:21
**Greenwood** [4] - 13:8, 13:24, 14:1, 21:8
**grew** [1] - 4:22
**Grimm** [3] - 31:20, 36:8, 36:14
**Grimm's** [1] - 32:16
**growing** [1] - 4:24
**guess** [6] - 14:1, 17:2, 25:22, 27:10, 28:5
**guessed** [1] - 28:6
**guidance** [1] - 36:6
**guys** [2] - 13:3, 21:17

**H**

**half** [2] - 19:18, 19:21
**hamstrung** [1] - 36:4
**hand** [2] - 24:7, 31:5

hanging [1] - 10:16
happy [1] - 34:24
HARRIS [4] - 1:5, 1:7, 2:2, 2:8
Harris [38] - 2:7, 2:10, 2:22, 2:24, 3:11, 3:14, 3:18, 3:20, 4:1, 4:7, 4:10, 5:25, 6:3, 6:4, 6:6, 6:7, 6:8, 7:20, 7:24, 8:21, 12:25, 13:25, 14:4, 20:20, 21:9, 21:15, 23:5, 24:13, 24:16, 26:9, 28:3, 30:6, 30:15, 35:11
harris [1] - 4:19
hear [2] - 19:10, 24:11
heard [1] - 24:10
hearing [1] - 30:22
hearsay [2] - 31:4, 31:19
held [1] - 31:7
helpful [3] - 34:4, 34:25, 35:9
hereby [1] - 37:12
heroin [28] - 17:15, 17:16, 17:23, 18:1, 18:6, 18:19, 18:21, 19:14, 19:23, 21:14, 21:19, 21:23, 22:14, 22:17, 23:14, 23:15, 24:24, 25:6, 25:16, 27:17, 27:20, 27:21, 28:12, 28:14, 28:17, 29:10, 29:16, 29:17
hesitated [1] - 28:5
high [1] - 15:1
High [1] - 15:21
holla [2] - 12:20
Honor [8] - 2:19, 22:4, 22:9, 28:25, 30:2, 32:7, 34:21, 37:1
HONORABLE [1] - 1:8
hospital [3] - 14:24, 15:2, 15:3
house [9] - 15:11, 20:1, 20:2, 24:19, 24:21, 24:22
Hughlett [4] - 15:13, 15:16, 15:21

**I**

idea [1] - 25:19
identified [2] - 7:15, 7:17
identify [3] - 33:5, 34:24, 35:14
Ill [5] - 1:5, 1:7, 2:2, 2:7, 2:8

IN [1] - 1:1
inadmissible [1] - 31:18
included [1] - 26:5
including [1] - 21:15
income [3] - 21:17, 21:20, 21:21
indeed [1] - 31:10
indicated [2] - 27:25, 33:1
indicating [1] - 30:3
indictment [3] - 27:18, 29:15
individually [1] - 22:6
intend [1] - 32:25
intends [1] - 35:10
intent [3] - 27:19, 27:20, 29:16
introduced [1] - 31:25
involving [1] - 30:5
issue [5] - 26:8, 29:22, 32:11, 32:12, 34:5
issues [2] - 26:21, 27:10

**J**

jail [2] - 16:23, 16:24
Javon [1] - 1:16
Jeffrey [2] - 1:17, 29:19
Jennifer [1] - 29:19
Jersey [3] - 8:25, 9:1, 9:3
Jr [13] - 3:18, 5:25, 6:3, 6:7, 7:5, 7:9, 7:12, 7:17, 14:22, 18:25, 19:8, 21:15, 22:14
judge [1] - 27:22
Judge [7] - 22:18, 31:20, 32:16, 33:14, 36:8, 36:14, 37:4
JUDGE [1] - 1:8
Junior [2] - 6:24, 14:22
junior [1] - 7:3
JURY [1] - 1:5
Jury [1] - 26:25

**K**

K.B [1] - 29:20
Kelly [1] - 1:17
kept [1] - 4:24
key [2] - 36:5
kids [1] - 6:9
kind [6] - 12:7, 17:11, 17:14, 21:2, 21:3, 23:23

Kizzy [6] - 20:2, 20:5, 20:9, 20:24, 21:4, 21:7
Kizzy's [5] - 19:25, 20:1, 20:2, 20:7, 24:19
knowledge [5] - 22:5, 22:10, 28:7, 28:19, 28:21
known [1] - 20:24

**L**

labeled [1] - 12:13
ladies [1] - 26:18
language [1] - 31:16
last [4] - 7:6, 9:21, 9:23, 28:3
laughing [1] - 36:19
laughter [1] - 33:13
Laughter [1] - 36:18
law [5] - 16:6, 16:25, 31:22, 35:18, 36:8
lay [2] - 32:5, 32:16
leading [3] - 22:18, 27:13, 29:8
leads [1] - 27:10
least [2] - 29:23, 35:9
leave [1] - 4:9
left [2] - 13:24, 15:20
letting [2] - 30:18, 32:23
life [1] - 8:25
Lillian [3] - 3:20, 7:24, 8:21
limited [1] - 30:7
line [4] - 5:2, 5:17, 5:21, 5:22
Lisa [1] - 4:1
listed [2] - 5:18, 9:8
live [7] - 7:25, 8:19, 8:24, 14:16, 15:5, 21:7, 21:8
lived [16] - 8:4, 8:13, 8:23, 8:25, 12:24, 14:5, 14:11, 14:17, 14:19, 14:23, 14:24, 15:6, 15:8, 15:11, 15:15
lives [1] - 8:20
living [7] - 9:17, 10:1, 11:9, 13:25, 14:1, 14:10
local [2] - 2:17, 31:22
located [1] - 10:17
location [1] - 19:24
locations [2] - 11:6, 11:7
Lombard [1] - 1:24
look [2] - 23:17, 34:12

looked [2] - 23:16, 29:14
looking [1] - 21:6
looks [1] - 12:12
Louise [1] - 5:10
lump [1] - 29:1
lumped [1] - 27:24

**M**

man [1] - 25:22
map [6] - 11:19, 12:7, 12:13, 15:4, 15:18, 21:6
Margie [1] - 21:1
married [3] - 3:3, 3:5, 3:6
Martin [1] - 5:10
martin [1] - 6:10
MARYLAND [2] - 1:1, 1:9
Maryland [7] - 1:25, 3:2, 10:3, 10:18, 10:20, 10:21, 30:5
mask [2] - 2:14, 2:16
matter [3] - 29:22, 29:24, 37:14
MAY [1] - 1:9
MCTC [1] - 30:4
mean [8] - 4:22, 13:17, 13:18, 14:12, 16:5, 16:17, 20:25, 32:17
melissa [1] - 1:23
Melissa [2] - 37:12, 37:16
member [1] - 20:15
members [2] - 8:15, 8:17
memorialized [2] - 30:24, 31:12
memory [1] - 27:9
mess [1] - 19:9
microphone [1] - 2:5
middle [1] - 5:5
might [4] - 15:3, 15:4, 18:11
miles [1] - 11:15
minute [1] - 26:11
minutes [2] - 11:17, 13:15, 34:9
misleading [1] - 31:25, 34:17, 36:13
misunderstood [2] - 33:8, 33:15
moment [1] - 4:6
money [1] - 35:20
months [2] - 16:24, 18:4, 18:5
morning [4] - 26:13, 28:22, 34:5, 34:13

most [5] - 13:4, 16:11, 19:25, 24:18, 25:17
mostly [1] - 11:7
mother [9] - 3:19, 8:19, 8:20, 12:21, 15:5, 18:18, 21:2, 21:4
MR [26] - 7:15, 22:4, 22:18, 22:21, 23:1, 25:12, 25:23, 27:5, 27:22, 28:3, 29:11, 30:1, 30:9, 30:14, 33:4, 33:7, 33:16, 33:20, 33:25, 34:21, 34:23, 35:5, 35:17, 35:22, 36:2, 37:4
MS [21] - 2:19, 2:21, 4:17, 7:18, 7:19, 22:9, 22:11, 22:12, 23:4, 25:14, 26:2, 28:25, 29:5, 32:7, 32:21, 32:23, 33:5, 33:15, 33:19, 34:8, 37:1
murder [1] - 29:19
Murray [1] - 1:18

**N**

name [15] - 2:5, 3:17, 3:24, 4:22, 5:9, 6:21, 7:3, 7:6, 7:8, 14:23, 14:24, 20:7, 20:8, 21:4
named [1] - 5:3
names [1] - 3:23
near [3] - 10:21, 11:12, 21:9
need [1] - 11:19
needs [1] - 32:2
nephew [12] - 6:2, 6:4, 6:18, 6:22, 14:4, 18:22, 18:23, 18:24, 24:13, 24:16, 27:16, 28:17
nephews [14] - 7:25, 9:7, 9:8, 9:12, 12:20, 12:23, 15:25, 19:23, 21:14, 24:24, 25:15, 27:17, 28:14, 28:18
never [3] - 31:24, 33:9, 33:12
New [3] - 8:25, 9:1, 9:3
next [7] - 5:2, 6:3, 6:5, 6:15, 6:19, 6:21, 13:19
nickname [3] - 5:11, 6:23, 7:10
nicknames [1] - 4:19
niece [2] - 6:6, 13:25

**nieces** [6] - 7:24, 9:7, 9:8, 9:12, 12:23, 15:25
**night** [1] - 36:17
**nine** [1] - 2:25
**NO** [1] - 1:3
**north** [1] - 15:19
**NORTHERN** [1] - 1:2
**noted** [1] - 31:24
**notes** [1] - 1:21

**O**

**o'clock** [2] - 26:14, 26:20
**object** [3] - 28:7, 33:2, 33:20
**objected** [4] - 27:15, 27:23, 28:6
**objecting** [1] - 27:10
**objection** [16] - 22:4, 22:7, 22:24, 22:25, 23:3, 25:12, 25:23, 26:21, 27:2, 27:6, 28:3, 29:24, 30:1, 30:9, 30:11, 33:17
**Objection** [1] - 22:18
**objections** [2] - 26:3, 29:14
**observing** [1] - 28:11
**obvious** [1] - 6:25
**obviously** [1] - 18:14
**OF** [3] - 1:1, 1:3, 1:7
**Official** [2] - 1:24, 37:17
**often** [4] - 9:14, 12:16, 17:16, 19:12
**old** [1] - 2:24
**oldest** [1] - 3:24
**one** [28] - 4:6, 5:5, 5:15, 5:20, 6:25, 7:2, 10:24, 13:13, 13:19, 15:4, 15:8, 15:9, 15:13, 15:15, 20:18, 21:1, 22:13, 25:20, 25:25, 26:10, 27:6, 27:12, 31:22, 34:8, 34:23
**ones** [2] - 9:11, 12:24
**open** [2] - 30:15, 35:12
**opinion** [8] - 30:24, 31:7, 31:11, 31:17, 31:23, 32:3, 35:25
**opponent** [1] - 31:4
**oral** [1] - 31:11
**otherwise** [2] - 31:18, 32:1
**out-of-court** [1] - 31:1
**outside** [1] - 24:22

**overdosed** [2] - 18:5, 18:10
**overly** [1] - 27:13
**overrule** [1] - 26:3
**overruled** [7] - 22:20, 22:24, 22:25, 23:3, 25:13, 26:22, 26:23

**P**

**p.m** [2] - 26:25, 37:9
**packages** [1] - 24:8
**packaging** [1] - 23:23
**Paper** [1] - 30:24
**Paralegal** [2] - 1:18, 1:19
**parameters** [10] - 31:2, 32:4, 32:9, 32:10, 32:14, 32:15, 32:17, 32:18, 34:14, 34:16
**Parilla** [1] - 21:4
**parole** [1] - 17:4
**part** [3] - 14:13, 14:14, 30:17
**parte** [1] - 35:20
**particular** [6] - 11:1, 15:6, 19:24, 27:8, 27:9, 35:15
**party** [3] - 31:4, 31:9, 31:10
**past** [1] - 16:7
**Paul** [1] - 1:12
**pay** [2] - 17:4, 19:15
**people** [3] - 22:2, 22:6, 24:8
**perfect** [1] - 26:7
**perfectly** [3] - 27:12, 32:18, 35:13
**perhaps** [2] - 29:8, 29:23
**period** [1] - 12:22
**person** [3] - 5:1, 5:5, 5:20
**personally** [3] - 28:12, 28:13, 28:15
**phone** [3] - 22:2, 24:10, 24:11
**pick** [3] - 18:19, 18:21, 33:11
**picked** [1] - 18:22
**picture** [1] - 33:23
**Pine** [1] - 15:22
**place** [1] - 24:19
**Plaintiff** [2] - 1:3, 1:10
**planning** [1] - 35:2
**plant** [7] - 10:16, 10:17, 10:24, 10:25, 11:5, 18:17, 23:8
**plastic** [1] - 23:24

**play** [6] - 30:4, 31:24, 32:25, 34:1, 34:18, 35:10
**playing** [1] - 33:17
**plays** [1] - 32:19
**point** [13] - 15:17, 26:7, 27:6, 27:11, 30:14, 30:21, 34:10, 34:15, 34:16, 35:8, 36:10, 36:25, 37:3
**Poo** [5] - 7:7, 7:11, 13:1, 18:22, 18:24
**Poo's** [1] - 20:6
**portion** [3] - 33:2, 33:5, 33:25
**possess** [1] - 29:16
**possession** [1] - 27:20
**powder** [2] - 23:21, 23:22
**prefer** [1] - 35:24
**prejudice** [1] - 29:7
**prepared** [1] - 34:19
**Present** [1] - 1:16
**preserved** [2] - 30:11, 32:12
**pretty** [2] - 30:21, 36:10
**previously** [4] - 30:12, 30:22, 31:12, 31:13
**proceed** [1] - 2:16
**Proceedings** [1] - 37:9
**proceedings** [1] - 37:14
**projects** [3] - 14:11, 14:12, 14:16
**promptly** [1] - 26:19
**provide** [2] - 31:8, 34:25
**provided** [1] - 32:24
**public** [1] - 2:15
**pull** [2] - 2:14, 21:6
**purchase** [1] - 25:20
**purchasing** [1] - 25:19
**Purpura** [10] - 1:15, 26:4, 26:21, 27:1, 29:13, 30:20, 32:14, 33:1, 35:1, 35:14
**PURPURA** [24] - 7:15, 22:4, 22:18, 22:21, 23:1, 25:12, 25:23, 27:5, 27:22, 28:3, 29:11, 30:1, 30:9, 30:14, 33:4, 33:7, 33:16, 33:20, 33:25, 35:5, 35:17, 35:22, 36:2, 37:4
**Purpura's** [1] - 34:16
**put** [7] - 4:4, 4:5,

11:18, 17:4, 26:4, 26:21, 32:24

**Q**

**questions** [2] - 3:12, 24:2
**quick** [2] - 13:19, 34:23
**quickly** [1] - 36:21
**quite** [2] - 15:16, 16:9

**R**

**Race** [1] - 15:11
**raise** [1] - 29:25
**raised** [1] - 32:11
**rather** [1] - 26:1
**RDB-20-139** [1] - 1:3
**ready** [1] - 34:13
**real** [2] - 13:19, 20:7
**realizes** [1] - 27:5
**really** [2] - 13:18, 19:9
**reason** [3] - 4:21, 26:6, 27:7
**reasons** [1] - 30:23
**recent** [1] - 16:11
**record** [14] - 2:6, 7:16, 26:4, 26:5, 26:22, 27:2, 28:10, 30:19, 30:23, 31:20, 32:12, 32:13, 32:24, 37:14
**red** [1] - 13:9
**reference** [2] - 29:18, 35:19
**referring** [1] - 35:15
**reflect** [1] - 7:16
**reflects** [1] - 31:20
**regularly** [3] - 9:22, 17:17, 17:19
**relate** [2] - 27:19, 29:15
**related** [2] - 6:1, 6:17
**relates** [1] - 29:17
**relevance** [1] - 22:22
**relevancy** [1] - 22:22
**relevant** [3] - 22:19, 34:1, 35:2
**remember** [7] - 15:15, 16:23, 17:3, 18:10, 18:12, 20:8, 20:10
**render** [1] - 31:18
**Reported** [1] - 1:22
**reporter** [1] - 24:6
**REPORTER** [2] - 33:14, 36:23
**Reporter** [2] - 1:24, 37:17
**request** [1] - 35:13
**require** [1] - 35:14

**requires** [1] - 31:25
**respect** [2] - 29:6, 30:22, 31:14, 31:21
**response** [1] - 35:2
**restitution** [1] - 17:4
**review** [1] - 35:21
**RICARDO** [1] - 1:5
**RICHARD** [1] - 1:8
**rise** [1] - 37:8
**Robert** [1] - 1:19
**rock** [2] - 23:21, 23:22
**roll** [1] - 29:2
**Roseann** [1] - 3:25
**RPR** [2] - 1:23, 37:12
**Rule** [6] - 22:23, 27:14, 29:7, 31:2, 31:13, 31:24
**rule** [4] - 22:23, 31:15, 31:19, 32:3
**ruled** [5] - 26:6, 30:22, 31:2, 31:7, 34:15
**Rules** [1] - 31:3, 31:14
**rules** [3] - 2:13, 2:17, 31:8
**ruling** [4] - 30:6, 31:6, 36:9, 36:10
**rulings** [1] - 31:12
**run** [1] - 16:25
**run-in** [1] - 16:25

**S**

**Salisbury** [5] - 10:3, 11:10, 11:14, 12:1, 12:3
**saw** [10] - 22:16, 22:24, 23:2, 23:3, 23:14, 27:14, 27:16, 29:9
**school** [2] - 3:7, 15:1
**schools** [1] - 31:22
**screen** [4] - 4:4, 4:7, 4:10, 4:13
**second** [4] - 5:2, 10:23, 10:24, 25:25
**secondarily** [1] - 27:13
**sections** [1] - 35:1
**see** [24] - 4:7, 7:12, 9:14, 11:19, 11:23, 12:7, 13:2, 13:21, 13:23, 14:23, 18:18, 20:8, 21:25, 22:1, 22:14, 24:7, 24:13, 25:17, 32:19, 35:10, 35:12, 36:4
**seeing** [1] - 28:12
**self** [1] - 31:9
**self-serving** [1] - 31:9
**selling** [10] - 21:19,

21:23, 22:2, 22:14, 22:16, 23:14, 25:16, 25:18, 27:17, 28:12
**send** [3] - 11:5, 11:7
**separated** [2] - 27:25, 28:1
**serving** [1] - 31:9
**set** [1] - 30:23
**shape** [1] - 26:12
**show** [4] - 4:10, 13:5, 13:21, 33:22
**shown** [2] - 13:6, 15:3
**siblings** [1] - 5:3
**side** [2] - 14:17, 14:19
**similar** [1] - 24:14
**sisters** [1] - 3:21
**six** [1] - 3:22
**slowly** [1] - 28:23
**solid** [1] - 36:10
**sometime** [1] - 9:23
**sometimes** [17] - 18:19, 18:22, 18:23, 18:24, 19:2, 19:4, 19:18, 20:1, 23:25, 24:1, 24:22, 24:24, 25:4, 25:17
**Sorry** [1] - 32:8
**sorry** [9] - 3:14, 8:9, 8:11, 10:9, 17:18, 24:2, 27:3, 33:15, 35:5
**sort** [2] - 8:16, 33:2
**sought** [2] - 30:25, 31:10
**sound** [2] - 34:20, 34:24
**source** [1] - 21:20
**south** [1] - 15:19
**speaking** [2] - 2:4, 7:25
**Special** [2] - 1:16, 1:17
**specific** [1] - 33:1
**specifically** [3] - 22:24, 27:15, 28:11
**spell** [1] - 2:5
**spend** [1] - 36:16
**spring** [2] - 10:4, 23:6
**Sr** [2] - 4:1, 20:20
**stadium** [1] - 4:5
**stand** [2] - 4:5, 26:13
**stands** [2] - 37:6, 37:8
**start** [4] - 3:11, 5:20, 26:13, 26:19
**state** [2] - 2:5, 27:2
**statements** [4] - 31:1, 31:3, 31:9
**STATES** [3] - 1:1, 1:3, 1:8
**States** [2] - 31:6,

31:23
**stay** [2] - 26:10, 26:23
**stayed** [2] - 16:24, 21:3
**stenographic** [1] - 37:13
**stenotype** [1] - 1:21
**step** [4] - 28:23, 28:24, 29:4
**stipulate** [1] - 7:15
**stop** [6] - 12:17, 12:20, 18:3, 18:17, 25:25, 26:7
**stoplights** [2] - 13:16, 13:17
**stopped** [2] - 13:2, 18:5
**stopping** [2] - 12:22, 23:10
**Street** [5] - 1:24, 15:7, 15:11, 15:21, 15:22
**street** [4] - 14:5, 14:25, 21:10, 22:2
**strike** [1] - 22:7
**suggesting** [1] - 33:21
**summary** [1] - 32:16
**summer** [1] - 10:5
**superseding** [1] - 27:18
**Supp** [1] - 31:23
**sustained** [1] - 22:7
**sworn** [1] - 2:2

**T**

**taught** [1] - 31:22
**teasing** [1] - 36:19
**temp** [1] - 11:3
**ten** [1] - 13:15
**Teresa** [1] - 1:14
**terms** [7] - 28:18, 28:21, 29:18, 34:4, 34:13, 36:6, 36:12
**Terrill** [9] - 4:1, 5:23, 5:25, 6:3, 6:7, 12:25, 20:19, 21:15, 24:16
**Terrill's** [1] - 6:9
**testified** [9] - 2:3, 27:14, 28:11, 28:12, 28:13, 28:16, 29:8, 29:9, 29:10
**testifying** [1] - 2:14
**TESTIMONY** [1] - 1:6
**testimony** [7] - 26:10, 26:11, 28:15, 29:25, 30:2, 33:21, 35:13
**THE** [53] - 1:1, 1:1, 1:8, 2:4, 2:7, 2:9, 2:10, 2:12, 2:13, 4:14, 4:16, 7:16,

22:7, 22:10, 22:20, 22:22, 23:2, 25:13, 25:24, 25:25, 26:3, 26:15, 26:16, 26:18, 27:1, 27:12, 28:2, 28:9, 29:1, 29:6, 29:12, 30:8, 30:11, 30:19, 32:9, 32:22, 33:9, 33:14, 33:24, 34:3, 34:10, 34:22, 35:4, 35:7, 35:20, 35:24, 36:3, 36:19, 36:23, 36:24, 37:2, 37:5, 37:8
**theft** [1] - 17:9
**themselves** [2] - 30:7, 30:10
**thinks** [1] - 35:1
**third** [1] - 5:17
**thoughts** [1] - 35:18
**three** [6] - 18:9, 21:17, 22:5, 24:24, 25:15, 27:24
**THURSDAY** [1] - 1:9
**timeframe** [2] - 23:1, 29:18
**together** [3] - 25:16, 27:24, 28:5
**tomorrow** [9] - 26:9, 26:13, 26:20, 28:22, 30:3, 30:15, 32:19, 34:5, 34:12
**Tony** [15] - 6:4, 6:5, 6:7, 6:12, 12:25, 14:4, 18:23, 19:2, 19:3, 19:14, 21:12, 21:15, 24:13, 25:18, 28:4
**Tonya** [10] - 6:6, 6:7, 6:12, 6:15, 12:25, 13:25, 14:16, 19:6, 21:9, 21:10
**Tonya's** [3] - 20:1, 24:19, 24:21
**took** [2] - 16:16, 16:17
**top** [2] - 13:24, 15:19
**Training** [1] - 30:5
**transcript** [2] - 35:1, 37:13
**TRANSCRIPT** [1] - 1:7
**transcription** [1] - 1:21
**TRIAL** [1] - 1:5
**trouble** [2] - 16:6, 16:11
**try** [1] - 29:23
**trying** [4] - 25:6, 30:12, 30:13, 32:5
**turn** [1] - 18:16
**TVs** [2] - 16:16, 17:5

**twice** [1] - 33:1
**twins** [1] - 6:13
**two** [4] - 27:17, 28:14, 28:17, 34:9

**U**

**Uncle** [1] - 4:20
**under** [5] - 2:13, 2:17, 22:23, 27:13, 31:19
**understood** [1] - 28:25
**unfairness** [1] - 32:1
**United** [2] - 31:6, 31:23
**UNITED** [3] - 1:1, 1:3, 1:8
**unless** [2] - 22:21, 31:24
**up** [17] - 4:5, 4:22, 4:24, 11:18, 12:24, 13:9, 13:24, 14:5, 18:19, 18:21, 18:22, 21:7, 26:23, 27:6, 30:15, 33:11, 35:7
**upset** [1] - 29:12

**V**

**vaccinated** [1] - 2:11
**various** [2] - 11:6, 11:7
**versus** [2] - 31:6, 31:23
**view** [1] - 36:25
**violated** [1] - 17:3
**violation** [1] - 29:7
**vs** [1] - 1:4

**W**

**wait** [2] - 8:9, 35:12
**walked** [1] - 16:18
**walking** [1] - 22:2
**Walmart** [2] - 16:16, 16:17
**Wanda** [2] - 21:4
**Wane** [8] - 3:25, 6:20, 6:21, 6:23, 13:1, 14:8, 14:22, 19:8
**Wane's** [1] - 6:21
**watching** [1] - 28:13
**wear** [1] - 2:15
**wearing** [1] - 7:14
**Weaver** [1] - 1:16
**west** [1] - 15:19
**Whalen** [1] - 1:14
**whatsoever** [2] - 27:23, 30:2
**whole** [2] - 9:10, 14:16

**wife** [1] - 5:8
**Wilkerson** [7] - 31:6, 31:17, 32:2, 32:15, 34:14, 36:6
**William** [1] - 1:15
**willing** [2] - 32:18, 35:17
**Witness** [2] - 11:25, 26:17
**witness** [7] - 7:16, 12:2, 26:13, 27:8, 28:10, 29:6, 34:2
**WITNESS** [5] - 2:7, 2:12, 4:16, 25:24, 26:15
**witnesses** [1] - 27:7
**workable** [2] - 34:20, 34:24
**worth** [1] - 19:19

**Y**

**year** [3] - 9:23, 10:4
**years** [2] - 18:10, 25:10
**yourself** [1] - 16:6