```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
 2                     NORTHERN DIVISION

 3    UNITED STATES OF AMERICA,)   CRIMINAL CASE NO.
            Plaintiff,        )   RDB-20-139
 4                            )
         vs.                  )
 5                            )   JURY TRIAL DAY 2
      ANDRE RICARDO BRISCOE,   )   OPENING STATEMENT – GOVERNMENT
 6         Defendant.         )   OPENING STATEMENT – DEFENDANT
      _____)   (EXCERPTS)
 7
                    EXCERPT TRANSCRIPT OF PROCEEDINGS
 8          BEFORE THE HONORABLE RICHARD D. BENNETT
                  UNITED STATES DISTRICT JUDGE
 9                  TUESDAY, MAY 24, 2022
                    BALTIMORE, MARYLAND
10
         For the Plaintiff:
11          Dana Brusca, AUSA

12          Paul Budlow, AUSA

13
         For the Defendant:
14          Teresa Whalen, Esq.

15          William Purpura, Esq.

16
      Also Present:  Javon Weaver, Special Agent ATF
17
            Jeffrey Kelly, Special Agent, FBI
18
            Andrew Murray, Paralegal
19
            Robert Cadle, Paralegal
20

21          (Computer-aided transcription of stenotype notes.)

22    _____

                        Reported by:
23
                    Melissa L. Clark, RPR
24            Federal Official Court Reporter
              101 W. Lombard Street, 4th Floor
25              Baltimore, Maryland  21201
                      410-962-4474
```

```
 1                    P R O C E E D I N G S
 2          MR. BUDLOW:  All right.  Good morning, again.
 3    Ladies and gentlemen, May 27th, 2015 started off as a
 4    beautiful day in southwest Baltimore.  It was sunny.  It was
 5    going to be a warm spring day.  K "Tone Tone" B was not going
 6    to go outside and play with his friends that day because it
 7    was a Wednesday.  He was home sick from school.
 8          At about 9:30 that morning his mother, Jennifer Jeffrey,
 9    got a phone call from the neighbor, Linda Laverne Pittman.
10    Ms. Pittman said she needed change for a 20, so Jennifer sent
11    her son, Tone Tone, next door to get change for Ms. Pittman.
12    They met in the yard between the little row home, and Tone
13    Tone gave her the change, and Ms. Pittman gave him the $20
14    bill.  And she looked at him and he was wearing nothing by
15    pants, no shoes, no socks, and no shirt.  And she said, What
16    are you doing home from school?  And he said, Ms. Laverne, I
17    don't feel good.  She said, Okay.  Well, you go back in the
18    house dressed like that.  And Ms. Pittman remembers that
19    morning, because it was the last time she ever saw Tone Tone
20    alive.
21          Ladies and gentlemen, this case is about the robbery and
22    murders of Jennifer Jeffrey, 31, and her son K.B., Jr., 7.
23          The evidence will show that Jennifer was a mother, a
24    sister, a niece, an aunt, a friend, and Jennifer was a drug
25    dealer.  And you're going to hear a lot about Jennifer's drug
```

1    dealing in this case.  It's what led to her murder, to both of

2    their murders.  Jen's supplier got locked up.  She was sitting

3    on his drugs.  She was vulnerable, the Defendant knew it, so

4    the Defendant, Andre Briscoe, with the help of his girlfriend,

5    Kiara Haynes, decided to rob Jen of her drugs, but Jen knew

6    the Defendant, and he didn't want witnesses.  So Haynes got

7    him a gun, and on the morning of May 27th -- I'm -- yes, on

8    the morning of Wednesday, May 27th, 2015, the Defendant went

9    to Jen's house and he shot her and killed her, but Tone Tone

10   was home because he was home from school sick, so he shot and

11   killed Tone Tone, too, a contact wound to his head, and stole

12   the drugs.

13        Ladies and gentlemen, not a single eyewitness is going to

14   come into this courtroom and say to you, I saw the Defendant,

15   Andre Briscoe, shoot Jennifer or Tone Tone.  But you will

16   learn about the Defendant and Jen's activity, their drug

17   activity in the months, weeks, and days before the murders,

18   and you'll learn about the Defendant's activity, the

19   Defendant's whereabouts the night before the murder, right

20   after the murders and you'll learn about the statements that

21   he made to multiple people admitting to the murders.  And you

22   will know after you've heard that evidence that the Defendant

23   killed Jen and Tone Tone.

24        My co-counsel, Dana Brusca, and I represent the

25   Government in this case.  And along with Special Agent Jeff

1    Kelly of the FBI, Special Agent Javon Weaver of the ATF, we

2    will present the evidence in this case to you over the next

3    couple of weeks.  And over the next couple of weeks, you're

4    going to hear some descriptions of family members doing drugs,

5    some family members selling drugs, some family members having

6    sex together.  And you're going to hear graphic descriptions

7    of a terrible, terrible crime, and you're going to see some

8    photographs of that.  And you'll listen to all of that

9    evidence and you'll view those images and you'll evaluate the

10    evidence in this case dispassionately, not with emotion.  Not

11    based on emotion but based on facts, logic, common sense.

12    That's why you were chosen.  Facts, logic, and common sense.

13         Now, let's back up.  This entire sad and somewhat sordid

14    story started and occurred in a very short period of time in

15    early 2015.  Over the next couple of weeks, you're going to

16    hear the following evidence, that the Defendant is part of a

17    big family that mostly lived in Cambridge.  And many of the

18    people in his family are involved with drugs, some sold drugs,

19    some used drugs, some were addicted to drugs, heroin, cocaine,

20    whatever.

21         And you'll learn that in February of 2015, the Defendant

22    met a cousin that he didn't really know from Baltimore named

23    Kiara Haynes, and they hit it off right away.  They began

24    dating.  His second cousin.  They began a sexual relationship.

25    And Kiara then starts hanging out in Cambridge and hanging out

1  with the Defendant.  I mean, she introduces her really good

2  friend to the Defendant.  Her really good friend, Jennifer

3  Jeffrey, lived in that house.  That's right, the same person

4  who agreed to rob and kill Jennifer Jeffrey was her good

5  friend, Kiara Haynes.  And you will learn that Kiara and Jen

6  had an intense, on-again, off-again relationship.  And in

7  February, March of 2015, it was on.  And so you'll learn that

8  Kiara introduced Jen to her new group of family and cousins in

9  Cambridge, including the Defendant, Andre Briscoe, who you'll

10  learn goes by the nickname of Poo.

11      She also introduced, Kiara did, Jen to other members of

12  the Defendant's family, and this chart, that took me forever

13  to set up, is just simply a family tree.  Kiara Haynes and the

14  Defendant, their grandmothers are sisters, so they're second

15  cousins.

16      Poo, the Defendant, also introduced Jen and Kiara to Tony

17  Harris, his first cousin.  You'll hear about everybody on that

18  chart at some point.  You'll hear from many of those people.

19  Jen and Tony -- the Defendant's first cousin, Jen and Tony

20  become an item.  They lived a little over an hour apart, but

21  they visited each other regularly.  They were going Baltimore

22  to Cambridge, Cambridge to Baltimore -- and remember this is

23  all happening over a very short period of time, just a matter

24  of months.

25      At some point during that intense early part of their

1    relationship, Tony needed drugs, and he knew that Jen could

2    get him drugs, so Jen became his plug.  That's a term that you

3    will hear.  That was his source.  Jen became his supplier.

4    Jen also became the Defendant's supplier.

5        So Jen and Tony are driving back and forth from Cambridge

6    to Baltimore through their relationship.  They're having sex,

7    they're exchanging drugs.  The Defendant and Kiara, at the

8    same time, are in a relationship.  They're going back and

9    forth.  And all of that time, Jen is supplying drugs to Tony

10   and Jen is supplying drugs to the Defendant.

11       Eventually, Kiara Haynes and Jen had a falling out, a

12   fight.  Money, men, jealousy, mainly jealousy and that was the

13   situation in May 2015 when Jen's supplier got locked up, and

14   she had his drugs, and she was exposed.

15       She's basically in the home alone with Tone Tone.  She

16   had a younger niece and her young daughter that lived with

17   her, too.  So she was vulnerable.  And one of the people who

18   knew that she was vulnerable was the Defendant, the person --

19   one of the few people she was providing drugs to.

20       That's when the Defendant decided to rob Jen.  He saw an

21   opportunity and he took it, and he told people.  He told his

22   first cousin Junior, Wane Briscoe.  He told Kiara.  He told

23   Kiara and Kiara agreed, and Kiara said, I'll get you the gun.

24   Her good friend.  Jen's good friend Kiara said, I'll get the

25   gun.

1          So the night before the murders -- now, it's Tuesday, May

2     the 26th, 2015, the Defendant and Kiara are together and they

3     went and got the gun.  You will hear a recorded call that

4     Kiara made to her nephew who was in jail and her nephew who

5     was not in jail, a three-way call, where Kiara says she needs

6     a gun, and she says she needs the gun for her fam, for her

7     blood because her fam wants to rob a woman who is sitting on

8     drugs.  Jen.

9          Kiara tells the nephew she needs the gun right away and

10    they will return it with their cut, 30 grams of the drugs.  So

11    they go and they get the gun.  It's a .45-caliber loaded

12    semiautomatic handgun.  They go back to Kiara's house.  Kiara

13    goes into her house.  The Defendant walks the one-third of a

14    mile from Kiara's house to Jen's house, and he goes inside and

15    he spends the night.

16         Now, Jen and Tone Tone weren't alone that night.  They

17    were with Jen's niece, Brianna Street, who you will hear from

18    today most likely.  Brianna was 19 at the time and she had a

19    baby daughter.  They were in the house.  They see Poo or she

20    sees Poo, the Defendant, when he comes over that night.

21         So again, Tuesday night, May 26th, the Defendant comes

22    over, spends the night.  The gun is back at Kiara's.

23    5:00 a.m., a jealous Kiara comes over to the house, knocking

24    on the door, banging for Poo to come out, screaming.  Poo and

25    Jen in the bedroom, they don't make any noise.  They act like

```
1      they're not there.  Brianna goes downstairs.  She says, Oh,

2      they're not here.  Kiara doesn't believe them, but she leaves,

3      5:00 a.m. roughly.

4           The next morning, the Defendant goes back to Kiara's to

5      get the gun.  Brianna Street leaves around 10:30 in the

6      morning.  When she left, Jen was alive.  Tone Tone was alive.

7      Then at 11:41 a.m. -- you'll hear that many times, 11:41 a.m.,

8      May 27, 2015, there is a call, a phone call between the

9      Defendant and Jen.  It lasts about two minutes.

10          Ladies and gentlemen, that is the last time anyone ever

11     heard from Jennifer Jeffrey again.  That was her last call.

12     There were no incoming, no outcoming calls afterwards.  There

13     were no outgoing text messages.  There was no Facebook

14     activity.  Nobody ever heard from Jen again.

15          And at that same moment -- so let's say the call was two

16     minutes -- around 11:43, the Defendant's phone is silent.  For

17     over an hour, no activity on the Defendant's phone.  It was

18     not used again until after Jen and Tone Tone were dead.

19          So what happened when the Defendant's phone went off the

20     grid is this:  The Defendant walked to Jen's.  It's about a

21     third of a mile away.  He went to get the drugs, but he knew

22     that Jen knew him, and that's why he needed the gun.  He

23     walked into the kitchen where Jen was making breakfast,

24     probably for him, and he shot Jen in the chest, in the back of

25     her wrist, in the shoulder, and then to make sure she was
```

1     dead, in the back of the head.

2         He walked upstairs.  Tone was in the front bedroom, on

3     the bed, watching TV, breakfast on a pillow next to him, his

4     hand over his head, and the Defendant stood over top of him

5     and shot him in the face, in the shoulder, and then a contact

6     wound to the left side of his head.  He stole the drugs and he

7     left.

8         He went back to Kiara's house, a third of a mile, phone

9     is on.  First phone call, Junior, it's done.  It's done.  And

10    then, Come get me.  He needs to get out of town.  He keeps

11    calling Wane.  He keeps calling for the ride, but meanwhile he

12    heads to east Baltimore to his other girlfriend's house,

13    Tiffany Jackson.

14        He shows up at Tiffany's house frantic, sweaty, angry and

15    the first thing he does is change his clothes, puts them in a

16    bag, then he left with that bag.  He's pacing.  He's muttering

17    to himself, and he's calling his family for a ride to get out

18    of Baltimore, and he won't answer any questions.  He won't

19    explain his conduct.  He won't say anything to Tiffany about

20    how he's acting.

21        His family shows up and he flees to Cambridge later that

22    night.  The heroin users in the family tested the drugs for

23    him that he stole.  The drug dealers in the family helped him

24    move the drugs in Cambridge.  But it wasn't just the drugs

25    that the Defendant brought back to Cambridge with him, he

brought his thoughts, even the thoughts that he couldn't

control, and so he was haunted by what he did, haunted by the

killings of Jennifer and Tone Tone, and he confessed to his

family multiple times.  Sometimes his confessions were

reflective, like when he said, God is going to punish me.

Sometimes he bragged when he said, I killed the bitch.  And

sometimes he was matter of fact, I did it.  I did it.

Now, this evidence -- this is the evidence that we will

prove to you over the next couple of weeks, but obviously this

wasn't all known right after the murders in 2015.  The

witnesses who knew about the robbery, the witnesses who helped

the Defendant flee, the witnesses who tested the drugs, the

witnesses who stole the drugs from the Defendant, they were

all the Defendant's family.  And so in 2015, despite knowing

those confessions, knowing about the drugs, knowing what he

did, none of them came forward.  And they were contacted by

the Baltimore Police Department, and they were not honest

about what they did and they were definitely not honest about

what they knew.  So you might expect when Baltimore police

department worked this case in 2015, they didn't learn much

from these witnesses.  None of them knew anything.  None of

them saw anything.

You'll hear about Baltimore Police Department's

investigation in May and June of 2015, throughout the summer

of 2015, which is a very busy summer for the Baltimore Police

1    Department, but over time the case languished.  Not much

2    happened in the fall of 2015.  Not much happened in 2016.  And

3    then in 2017, the ATF and the FBI started working this case.

4    And over the next two weeks, you're going to learn a lot about

5    what they learned about the Defendant, about his family, and

6    about Kiara Haynes.

7        I want to briefly go through the charges with you so that

8    you know what's coming.  Judge Bennett has just explained them

9    to you and given you a brief overview.  I just want to remind

10   you again of what the charges are.  There are six counts that

11   you're going to be presented.  The first one is conspiracy to

12   distribute heroin.  The key aspect for conspiracy is an

13   unlawful agreement between two or more people, and you will

14   get more detailed instructions about all of these, including

15   the elements at the end of the case.

16       The Defendant is also charged with possession with the

17   intent to distribute.  Now, that is really what it sounds

18   like, it's the knowing possession of drugs with the intent to

19   give them away or sell them, to distribute them in any way.

20       Count 3 charges the Defendant with being a felon in

21   possession of a handgun, another name of a crime that really

22   describes what it is.  You'll hear about a felony conviction.

23   You'll be asked to determine whether the Defendant was in

24   knowing possession of a firearm and whether that firearm

25   traveled across state lines at any time.

1      Counts 4 and 5 are the murder counts in this case.

2   They'll have a different name.  Did the Defendant discharge a

3   firearm causing the death of two individuals in the course of

4   either a drug-trafficking offense or a robbery which, of

5   course, both happened in this case, drug trafficking and the

6   robbery.  So basically that charge is going to ask you to

7   consider if the Defendant committed either a drug trafficking

8   offense or a robbery and he shot and killed Jen and Tone Tone

9   during.

10      And Count 6 charges the Defendant with witness

11   tampering.  This is the killing of K.B., Tone Tone, to prevent

12   his communication to a federal law enforcement officer.

13      Now, here is how you're going to know that the Defendant

14   is responsible, is the person that killed Jen and Tone Tone,

15   four things for today that I want you to keep in mind that I'm

16   going to talk about:  That last call, the Defendant's phone

17   activity and location, the Defendant's confessions, and the

18   Defendant's statements to the police investigators.

19      So that 11:41 call that I told you about, the Defendant

20   and Jen talked for nearly two minutes and then the Defendant's

21   phone goes dark, but that's the last time that anybody ever

22   heard from Jen.  And you'll hear no text messages, no

23   Facebook, no other activity.  Nobody ever heard from her.

24      But more than that, her brother will tell you that he had

25   arranged for Jen to come give him a ride that day, but she

1    never showed up.  And Brianna Street will tell you that when

2    she left, Jen kind of harangued her, gave her $80 and a card,

3    Green Dot.  Said, I want you to load $80 on this card and send

4    me a text message with a picture of the card so, if you do, so

5    she'd be able to use it, and then she asked her to do it a

6    second time.

7        So Brianna, understanding she was being pressured, did it

8    on the way to work, and when she got to work, she sent the

9    text message almost right away.  Never heard a response.  Jen

10   never responded to that text message.  Of course, now we know

11   why.

12       Ladies and gentlemen, you're going to hear that Jen spoke

13   to her friends and family every day, regularly.  She always

14   returned text messages and she kept her promises.  But after

15   11:41 a.m., May 27th, 2015, when she spoke to the Defendant,

16   nobody ever heard from her again.

17        Two, cell phone records.  So the cell phone records will

18   show you the general location of the Defendant's phone.  It

19   will also show you that his phone stopped making calls for

20   that roughly little bit over an hour time period right after

21   he spoke to Jen.

22       Now, this is a busy slide and I just want to orient you

23   to it.  So these two dots right here, the red dot is Jen's

24   house, the blue dot is Kiara's house.  You will see evidence

25   that the Defendant's phone was at Kiara's house the night --

1   early in the night before the murder, that they went to east

2   Baltimore to this area to the right of the screen which is

3   where Tiffany Jackson lived.  She made a phone call to her

4   nephew to get a gun, and that they drove to this area in

5   between heading back west where they stopped, got the gun, and

6   drove back to Kiara's house.

7        Again, the red dot is Jen's house.  The blue dot is

8   Kiara's.  Remember I told you earlier, the Defendant went to

9   Jen's.  And you will learn that that evening his phone was

10  using the cell towers at Jen's house all night.  The next

11  morning, the Defendant is back to Kiara Haynes.  This is where

12  the phone is at 11:41 when he calls Jen and then goes silent.

13  And then fast-forward to about noon after he's been to Jen's

14  and back, this is where the phone is when it turns back on and

15  makes its first call in over an hour to Junior where he says,

16  It's done.

17       From there, you'll see the Defendant's phone move that

18  day to east Baltimore where Tiffany Jackson lives, where he

19  waited for his family, and then by a few hours later in the

20  early morning hours of the next day, he's fled to Cambridge

21  with his family.

22       Three, the confessions.  You've heard about them a

23  little bit already.  God is going to punish me.  I did it.  I

24  killed the bitch.  I did do it.  But there is more, because

25  when he was asked, Why did you kill the kid?  Because he saw

1    me.  No witnesses.

2         So you'll hear from witnesses that will testify about

3    the drug dealing, the Defendant's plan to rob Jen, his

4    multiple admissions, because Tone Tone could recognize him.

5    But you'll also hear that the Defendant gave statements to the

6    Baltimore Police Department and the ATF, and in those

7    statements, he fully admitted to being a drug dealer.  More,

8    he fully admitted to dealing drugs with Jen, to getting his

9    drugs, his heroin, from Jen.  And he admitted to knowing that

10   Jen's supplier was locked up, and she was collecting bail

11   money for him.  He knew she was vulnerable.

12        And he also lied to investigators.  So to the Baltimore

13   Police Department, he said that he had stopped getting drugs

14   from Jen before the murders, but you'll hear a jail call with

15   the Defendant -- the Defendant and Jen, and her supplier who

16   was in jail the night before the murders, where they're

17   talking about continuing to work together.  And then when he's

18   interviewed by the ATF, he denies even spending the night at

19   Jen's house the night before.  And so what do those two things

20   have in common?  The Defendant has provided false statements

21   distancing himself from Jen right at the end.

22        So the evidence in this case will show you that after

23   talking to the Defendant, who was a ten-minute walk away, Jen

24   was never heard from again, and it was the Defendant who

25   showed up at Tiffany Jackson's house that same night, sweaty

1    and frantic, unwilling to say what was going on, and with a

2    bag of drugs, and it was the Defendant who fled to Cambridge,

3    and how the Defendant lied to detectives about Jennifer's --

4    about his contact with Jennifer right before the murders, and

5    how the Defendant who, despite just having spent the night at

6    Jen's house and having communicated with her regularly for

7    weeks prior to her murders, never called her or contacted her

8    again.

9        11:41, he didn't just drop off the grid for an hour, he

10   never called Jennifer again.  He also knew the police were

11   looking for him, went to Cambridge, never reached out.  He

12   never reached out to Jen's family, and you'll learn it was the

13   Defendant who admitted multiple times that he killed Jen and

14   Tone Tone.

15       Ladies and gentlemen, the evidence will show that it was

16   the Defendant who had the motive, the means, and the

17   opportunity, but also the guilty conscience.  And when this

18   case is over, you'll know it was the Defendant who killed Jen

19   to steal drugs, and it was the Defendant who committed the

20   cowardly act to kill Tone Tone to make sure there were no

21   witnesses.

22       Thank you.

23           **THE COURT:**  Thank you very much, Mr. Budlow.

24       And with that, we'll now hear from Ms. Whalen on behalf

25   of the Defendant.

1        Ms. Whalen?

2            **MS. WHALEN:**  Take me just a moment to set up.

3            **THE COURT:**  Take your time.  Take your time.

4            **MS. WHALEN:**  Good morning, ladies and gentlemen.  My

5    name is Teresa Whalen, and with me at counsel table is William

6    Purpura and the two of us represent our client, Andre Briscoe,

7    as well as our assistant, who just passed the bar, Robert

8    Cadle.

9        Now, this was a gruesome crime without question.

10   Jennifer Jeffrey and her son should not have been killed.

11   They should not be gone from this world, and it was senseless,

12   and it did not need to happen.

13       At the end of this case, what you will know is that Kiara

14   Haynes, my client's cousin, got a gun and killed Jennifer

15   Jeffery.  The specifics about how she did it, the when exactly

16   she did it, and if she did it with another person, and who

17   that other person was will remain a mystery.

18       Now, Mr. Budlow artfully put all of the pieces together

19   and told you this is a story, and it occurred the way the

20   Government's theory is.  It's far from that.  And you will

21   see, with witness after witness, that it's far from a

22   cut-and-dry theory.

23        Now, I said it's gruesome, and it is.  You were asked in

24   voir dire whether you could set aside your emotions when you

25   see crime scene photos, autopsy photos, and those kinds of

1    things.  And let me assure you, not one person, I would

2    venture a guess, in this room, wants to look at those things.

3    And veterans like us, who have been doing this a long time,

4    don't want to look at these things, but they have to be looked

5    at, and they have to be looked at maybe more than once.  And

6    so I apologize to you right now, because we are going to look

7    at two photographs that I don't want to be the first to show

8    you, but I feel that I have to show you.

9         On the theory that the more you see something that evokes

10   emotion, anger, pity, sadness, all of those things, the more

11   you see it, the easier it is to take those emotions, recognize

12   they're there and set them aside, because it's your duty to

13   decide this case, as Mr. Budlow said, not based on those

14   emotions, but by listening and scrutinizing the facts as you

15   hear them in this courtroom.

16        The first one, again, I apologize, is Jennifer Jeffrey.

17   Gruesome, horrible.  This is how her family found her.  The

18   second one, just as bad, perhaps worse, K.B.  We're not hiding

19   from this.  We are not hiding from the gruesomeness of this,

20   because that is not the handy work of Andre Briscoe.  His tie

21   to this case is he was friends with Jennifer Jeffrey.  He

22   wanted to get a relationship with her where he could purchase

23   drugs.

24        His cousin, Kiara Haynes, got a gun, killed her or had

25   her killed.  That's his tie.  The tragedy here of the deaths

1    of these two people can really only be compounded by putting,

2    and holding accountable, the wrong person, and Andre Briscoe

3    is the wrong person.

4        You're going to hear about the police investigation.

5    They focused on -- this is Baltimore City Police now,

6    Detective Lewis.  They focused on who was the last person that

7    saw her or had anything to do with Jennifer, rightly so.  They

8    talked to Jennifer's family who, of course, as I said, found

9    their loved ones in the manner you just saw, but without it

10   being a picture.  They necessarily -- the family -- wanted to

11   get to the bottom of it and they realized that Andre Briscoe,

12   who they knew as Poo, a family name, had been there the night

13   before.  So they start posting things.  Everyone did.  It

14   wasn't just the victims' family, no.  People were posting

15   things.  There were news accounts, just regular news accounts.

16   There were Facebook postings, YouTube videos.  All of this was

17   being spread rampant, the rumors were flying, and clues did

18   start coming in to Detective Lewis.

19       Detective Lewis learned that Jennifer had been selling

20   drugs, her own drugs, the Percocets that she had a

21   prescription for, and she was also involved in selling CJ

22   Williams' drugs.  CJ had lived in the basement of her place

23   and was a drug dealer.  He was someone who had access to

24   weapons, someone who had drugs, someone whose associates were

25   also drug dealers.  And he had been arrested two weeks before

1    for a shootout, so he was incarcerated in Towson at the

2    Baltimore County Detention Center.  He was street smart and

3    dangerous.

4        At some point, Jennifer Jeffrey asked Andre Briscoe to

5    help move his drugs.  She was tasked with the responsibility

6    of gathering money that was owed to CJ Williams, and that was

7    to raise money for his bail.  She was also moving whatever

8    drugs he had to, again, get money in order to get CJ Williams

9    out of jail.

10        The night before Ms. Jeffrey -- the Government

11    believes -- was killed, there was a phone call that you will

12    hear where CJ Williams is actually checking Andre Briscoe out,

13    making sure he's trustworthy for future involvement with his

14    drugs.  Jennifer is on the line as well.

15        Andre Briscoe went to Perkins Homes.  Perkins Homes is on

16    the other side of town.  It's a project, for lack of a better

17    word, and he knew people there.  He had had a previous

18    girlfriend, Tiffany, there.  He went there to buy his own

19    heroin, his own drugs.  He was still holding out hope,

20    however, that he could work something out with CJ Williams and

21    Jennifer.

22        Now, we're not hiding from the fact that Andre Briscoe

23    was a small-time heroin dealer.  In fact, almost every single

24    person in his family that you will meet and encounter in this

25    trial were doing something with heroin.

1      Kiara Haynes was interviewed by Detective Lewis, and she

2 told him that Andre came home from Jennifer Jeffrey's and

3 later went to Perkins Homes across town, and that is what he

4 did.  Andre didn't do this.  He didn't go back to Jennifer

5 Jeffrey's as the Government claims, as the Government

6 theorizes.

7      Now, Kiara Haynes gave the performance of her life to

8 Detective Lewis.  She basically didn't acknowledge any of her

9 own conduct.  Nothing.  Absolutely nothing.  She's an

10 innocent.  In fact, she actually volunteered to come in and

11 talk to them.  It turns out her statement about what Andre

12 Briscoe did is accurate, because after detectives talked to

13 him, they didn't charge him.

14      Andre Briscoe gave a statement to Detective Lewis, and

15 you're going to hear portions of that statement or hear about

16 it.  He was calm.  He was told he could have a lawyer, said, I

17 don't want a lawyer as it was his right.  He could have

18 stopped everything right then.  He was told he didn't have to

19 talk to them.  He said, I'll talk to you.  It was his right to

20 stop everything right then and not talk, but he did talk to

21 them, and he told them that he stayed the night with Jennifer

22 Jeffrey.  That was true.

23      He told them there was no sexual relationship between

24 them, even though he stayed the night.  That was true.  There

25 is no semen.  He said that he was on the white chair.  That

1    was true.  In other words, he wasn't in bed with Ms. Jeffrey.

2    He was on a white chair in her room.  Brianna Street, the

3    roommate, saw him there.  And there was a cup.  I think it's a

4    7-Eleven cup on the floor with his print on it right next to

5    the chair.  He told them that he gave -- Jennifer had given

6    him a key in the past, allowed him to go in and out of her

7    house in the past.

8         He told them about the problems that Kiara and Jennifer

9    were having, although he didn't know all of the specifics, it

10   was some girl stuff.  He said that Kiara was really jealous.

11   Now ladies and gentlemen, that's the understatement of the

12   year.

13        Andre also told them that he had a sexual relationship

14   with Kiara Haynes, his second cousin.  And what he said was,

15   Please don't let that out.  He is being interrogated for two

16   murders, a woman and a child, and the thing that he's worried

17   about is whether his sexual relationship will become public

18   news.  He's not worried about the murders because he knows he

19   did not do them.

20        Now, he told Detective Lewis that Kiara came banging

21   over -- or over to the house banging on the door, trying to

22   get him to come outside, making all kinds of ruckus, angry,

23   spitting nails.  The next morning -- and that was true, the

24   banging on the door, the incident.  And the next morning he

25   said he returned to Kiara's house.  She was still fussing.  He

1 told Kiara Haynes to apologize to Ms. Jeffrey for the banging
2 on the door rudeness.  Then he went to Perkins Homes at some
3 point that day.

4       He gave to the detectives for them to check out Tiffany's
5 name that was at Perkins Home.  He gave to detectives the name
6 of the cousin who brought him to Baltimore.  He gave to the
7 detective Junior, the name of the person who came and picked
8 him up and took him back to Cambridge.  All of those people he
9 gave willingly to the detectives.  He said he was texting with
10 Jen and she was moving drugs for CJ Williams' bail.  He was
11 asked, Do you own a gun?  And he said, No.  Truthful.  He was
12 asked, Could you get a gun?  And he said, I probably could.
13 Now again, he's being interrogated for two homicides and he
14 says, Yeah, I probably could get a gun.  He knew he didn't get
15 a gun and he knew he didn't use a gun, so he had nothing to
16 hide.

17       When he learned of the deaths of the two from Kiara
18 Haynes in a phone call, he told Detective Lewis, he said, What
19 are you talking about?  I just seen them.  We now know that
20 Kiara Haynes already knew they were dead, and she had to call
21 Mr. Briscoe to tell him that they were dead because she knew
22 he didn't know.

23       Five years later, May 22nd, 2020, Special Agent Weaver
24 has now gotten involved in the case.  He places my client
25 under arrest for a drug charge from back in 2015.  And again,

1   he wants to talk to Mr. Briscoe about the murders.  This is

2   about murders, a little less calm now because Andre Briscoe

3   had gotten his act together.  He had a job and here are these

4   drug charges from 2015, five years earlier coming up to kick

5   him in the rear.  So he's a little less calm, but he doesn't

6   say, I want a lawyer.  Leave me alone.  He doesn't say, I

7   won't talk to you.  Instead he talks to Detective Weaver and

8   he essentially gave the exact same statement that he gave to

9   Detective Lewis.  We moved her heroin.  When I last saw her,

10  she asked me to move work, meaning heroin.

11      It is true that he said something about not spending the

12  night, but he told him he was with her and he thought he left

13  when it was dark out, not early morning.  Five years later,

14  he's acknowledging, yes, I spent all of that time with her.

15      Now, the rules -- we play by rules in the courtroom and

16  the rules are that the Government can play for you or bring

17  out what they want from a statement, but we can't.  He's not

18  guilty.  He didn't do these murders.  And through his

19  attorney, every single day he sits there and he says the same

20  thing.  He left her and he never went back to her house, his

21  truth never changed, ladies and gentlemen.

22      Now, after hours of talking with a veteran homicide

23  detectives back in 2015, no one was ever charged.  What

24  changed?  Well, an uncle.  Uncle Alfred or Uncle BooBoo they

25  call him, knows of all of the rumors about Andre and this

1    investigation.  And he tells an officer years later that he

2    heard the gossip that Andre Briscoe did these killings, and he

3    traded this rumor to get out of jail because there was a

4    warrant for his arrest.  So he says basically, Hey, I'll give

5    you this kind of information.  Will you help me so I don't go

6    back to jail?  It was his get out of free jail card.

7         Now, the ATF got involved after this.  And now the

8    Government is basing its entire case, essentially, on family

9    members, family members who say years later that my client

10   admitted something.

11        Now, the Briscoe/Haynes/Harris family, it's a very large

12   extended family.  Most of them in Cambridge, some in

13   Baltimore.  They lived in a world, I suspect, very different

14   than most of us.  And I apologize to you, Mr. Briscoe, but it

15   has to be said, drug addicts, drug dealers, alcohol issues,

16   sometimes alcohol and drugs themselves, curse all of the time,

17   gossip all of the time, accuse each other of things that they

18   didn't do, protect their own skin way before anybody else,

19   including family.

20        They changed their stories, you will learn, depending

21   upon the day they're asked and, perhaps, who is doing the

22   asking.  It's a dog-eat-dog world in this little community, I

23   suggest to you.  These are the people the Government is going

24   to ask you to rely upon to convict Andre Briscoe of these very

25   serious charges.

1        Now, I'm going to ask you to keep common sense and human
2   nature forefront, if you would, throughout this trial.  And by
3   that I mean, we take information in.  We humans take
4   information in.  Sometimes we put our own spin on it.
5   Sometimes we spit it out similar to what we first learned and
6   sometimes we don't.
7        A couple of very silly simple examples of this that I
8   share with you, one, probably all of you remember maybe a
9   teacher in second grade whispering in the ear of one child,
10  passing that same statement all the way through, and by the
11  end, it comes out totally different than what the teacher
12  actually said.
13       A second example, I think human nature we kind of look to
14  each other, we sort of look to point the finger at people,
15  maybe not rudely or being mean, but we do that.  We search for
16  some -- something to make sense.
17       An example, I'm from a very big family, one of ten kids.
18  And growing up, you couldn't keep candy in the house, so it
19  was very tightly controlled.  And one day in our family room,
20  someone took down an encyclopedia, I believe it was, and
21  opened the book, and the interior of the book had been cut
22  out, all of the pages, so it was now like a box, and inside
23  that book was candy.  Well, we're all looking around.  Who did
24  this?  Who is going to get in trouble for this?  And my
25  brother Richard, always kind of sneaky, smiled, and walked out

1    of the room.  To this day, my family tells the story that

2    Richard admitted to hollowing out that book and putting the

3    candy in there.  It became the perceived truth of the family.

4    It became the lore.  And frankly, it's already gone down to

5    the next generation if you ever talk about Richard and things

6    that he did.

7         Truth can be perceived as truth based upon who takes it

8    in, who spits it out, how many people its gone through.  I ask

9    you to keep your eye out for that during this entire trial.

10   Each of the Government's witnesses changed their version of

11   the truth, some more than others.

12        Tonya Harris, an older cousin, Tonya, she says -- in

13   2015, she doesn't say anything about murders, doesn't know

14   anything about murders, doesn't say anything about it.

15   Then on May 26, 2020 -- forgive me for a minute while I grab

16   something.  Thank you.  She says, May 26, five years later, To

17   be honest, if I knew Andre did it, I would tell you.  Straight

18   up.  Andre always had nightmares.  He told me about one in

19   which Jonice damn-near bit his blank off.  This is 2000 -- or

20   this is May 2020, five years after the murders.

21        In July, a couple months later, she says, He told me of a

22   nightmare that Jonice almost bit -- and then she changed the

23   name to Jen.  Now, what had changed in between there?  Well,

24   Andre Harris was in jail.  Special Agent Weaver had this

25   investigation going on, drugs and murder.  I'm obviously, not

1    great with PowerPoints.  That's July 20th, the nightmare is

2    Jonice, then changes to Jen.

3        Wane Briscoe, another cousin.  This is Junior who picked

4    my client up and brought him back to Cambridge in May of 2015.

5    In 2015, he doesn't make any statements about the murders at

6    all.  January 3rd, 2020, he says, I wasn't in Baltimore in May

7    or June of 2015, I never talked to Andre about the murder --

8    murders, or robbery.  Then January 3rd of 2020 ask more

9    questions about it, and he says, Andre never called me --

10   well, same date, January 3rd, Andre never told called me and

11   told me anything.  I don't know nothing about a killing in

12   Baltimore, and I am being honest.  This is how his perceived

13   truth morphed into something else.

14       On January 22nd of 2020, he said, Mr. Briscoe, Andre or

15   Poo, called from Jen's house and said he was going to rob her

16   and get money.  He said he cleaned up the crime scene and put

17   a pillow over the child's head.  Now, ladies and gentlemen, I

18   showed you the pictures.  There is no pillow over that poor

19   child's head, and you will learn that the crime scene was not

20   cleaned up.

21       Again, January 22nd, he said during the ride home Andre

22   said -- this is in the car from Baltimore to Cambridge.  Andre

23   said he shot the child because he could identify him.  He also

24   said, My aunt heard these admissions and she didn't like it,

25   and my uncle just shook his head.  Well, we now know and you

1    will hear from Uncle Terrill and Aunt Boog.  They never heard

2    Andre say anything about a killing or a robbery.  His

3    perceived truth changed.

4        And then we come to Uncle BooBoo, Alfred Harris.  On

5    June 5th of 2015 -- now, let me remind you, I've mentioned him

6    before.  He's the one that came to the police, I think it was

7    2016 and said, I got some information I want to trade to stay

8    out of jail.

9        So Alfred, on June 5th, 2015, basically you will learn

10   that Baltimore police came down to Cambridge.  They executed a

11   search warrant at Tonya's house.  They rounded up all of the

12   guys, all of the men, and talked to them about the murders.

13   They told them why they were there.  They told them that they

14   were there because they thought Andre Briscoe might have had

15   something to do with it and they start interrogating people.

16   So Alfred Harris is asked questions and he says, I knew

17   nothing until you all came, you, the police came.  He says,

18   This is the absolute first time I've ever heard about this,

19   about the murders, just a few minutes ago.  He says, I'm going

20   to run my own little investigation and find things out.  It's

21   dangerous when someone like Alfred Harris runs his own

22   investigation.

23       November 9th, 2016, he had just gotten out of the

24   hospital, I believe from an overdose.  He's a serious heroin

25   addict.  He needed bus fare and didn't even have that.  He's

1    afraid, as I said, that there is a warrant for his arrest, and

2    he's going to go back to jail.  He's 51 years old, I believe,

3    at that time and he can't do it anymore.  Plus, he needed his

4    fix.  When he came down on June 5th, he tells this officer, I

5    didn't know nothing about it, but I've been talking around.

6    Like I said, rumors were swirling.  This family was

7    speculating and trading information about what they thought

8    might have happened.

9        He said two months ago Poo said he got a gun from bitch.

10   This is 2016.  2017, he's now in jail.  He couldn't avoid it,

11   and he now says Poo admitted these crimes before June 5th,

12   2015.  Now, let's go back.  June 5th, 2015, he didn't know

13   nothing.  He didn't know anything.  And now he's telling

14   people that this was admitted to him before that date.  His

15   perceived truth changed as well.

16       Now, Alfred Harris, he got paid almost every single time

17   that he did anything with law enforcement as an informant.

18   You know what happened to that money, I'm sure.  He visited

19   Andre in jail four different times.  He wore a wire, got paid

20   to do it.  He wore a wire and his goal was to try to get

21   Andre, who he has now said has admitted all of this to him

22   years earlier.  He's trying to get him to admit something for

23   law enforcement, and he's getting paid to do that, ladies and

24   gentlemen, four different times he tried to do this, didn't

25   get what he wanted.

1    He tried to put words in Andre Briscoe's mouth on the

2    tape.  Now Andre knows after the fourth time, and he keeps

3    trying to talk about this stuff that Andre knew he didn't do.

4    He's saying, Okay, antenna's going up.  I know my family.

5    Something is going on here.  He then tells his family, his

6    father, his grandmother, and Junior in a letter, Watch out for

7    Alfred.

8    Now, the rumor was just that in 2015, that Andre Briscoe

9    had something to do with these crimes.  It solidified and

10   became the truth in this family.  The only thing that will be

11   100 percent certain at the close of this case is that Kiara

12   Haynes -- that's her photo -- got a gun, killed her best

13   friend and godson, either by her own hand or with another

14   person, but she didn't do it with Andre.

15   Detectives focused on him in 2015, but they knew Kiara

16   Haynes had the motive to kill her friend and child.  As the

17   Government told you, there is going to be a phone call that

18   you will hear about, where she is asking for a gun from her

19   cousin, Tariek Powell, and Tariek's brother Tarrell gets on

20   the phone as well.

21   She says something about fam and blood.  Tarrell was told

22   by Tariek, You should go with her to do whatever she wants to

23   do because he didn't want his gun out of sight or lost.

24   Tarrell could very well have been the fam or blood or any

25   number of other people because there's were quite a few of her

1      cousins in the area.  Fam or blood can also refer to other

2      things, and you'll hear some of this.

3           In Baltimore City, other places, too, but in Baltimore

4      City there are two gangs that may be referenced here.  There

5      is the Black Guerrilla Family, fam, BGF it's known by.  And

6      there is also the Bloods.  Now, the Bloods are pretty well

7      known for, I think, for being outside of Baltimore as well.

8      Both of those gangs are notorious gangs, murdering gangs, drug

9      dealing gangs, had been prosecuted multiple times by local and

10     federal officials.

11          She was capable of giving the performance of her life to

12     Detective Lewis about her own conduct, and then Kiara Haynes

13     gives the performance of her life to prosecutors, Grand Jury,

14     and to the officers, agents, seven statements, seven

15     statements.  Two interviews with defense investigators,

16     statements to family members.  All of those statements more

17     convincing than the last, why?  Because she was trading lies

18     to lessen her own jail time to save her skin.

19          I think it was Mark Twain who said, If you tell the

20     truth, you don't have to remember anything.  The truth doesn't

21     change, ladies and gentlemen, over time; lies do.

22          So why did Kiara Haynes want Jennifer Jeffrey dead?  She

23     was so angry at her that she blocked her on Facebook in May of

24     2015 before the murders.  She fought with her over a $20 debt,

25     and she was upset that Jennifer wanted to collect $20 from her

1    because she had purchased, without paying, a Percocet pill

2    from Jennifer.  Now, you might say, hey, people don't kill

3    over being blocked by Facebook or a $20 debt, but this was

4    Kiara Haynes.  Her anger bubbled up, so mad that she wanted to

5    pull a car over in order to fight Jennifer Jeffrey over this

6    debt.

7        Then the worse was happening because Ms. Jeffrey was sort

8    of ingratiating herself with this newfound arm of the family

9    that Kiara was so happy to be involved in, the Cambridge

10   crowd, Andre, and his cousin, Tony Harris.  So her jealousy

11   and rage starts bubbling up and boiling over.  She's so mad

12   that she put on all black and went over to Ms. Jeffrey's house

13   and went to the front door, went to the back door, and all the

14   while is talking about how she's going to kill her.  In her

15   own mind, she has to talk herself down from it.  She says

16   things like, took tissues -- or I wanted to take tissues and

17   burn the house down, didn't care who was in the house.

18        She tells Sean Gardner, her boyfriend, and later -- he's

19   in jail as well -- but boyfriend, and later husband, I

20   believe, that Killing is in my blood.  The next one to cross

21   me, I'm going to kill, she said.  He tells her, Take care of

22   that.

23        And Jennifer was the next one to cross Kiara Haynes.  She

24   had paid $50 for Andre Briscoe to come down from Cambridge to

25   hang with her, Kiara, and Jennifer instead -- excuse me, Andre

1   instead decides he's going to go over to Jennifer's house and

2   hang with her.

3       Well, the jealousy is raging at that point.  You will see

4   and hear about how she came over to the house, again, about a

5   third of a mile, not too hard to walk to, came over to the

6   house around 4:00 in the morning, as Mr. Budlow talked to you

7   about, banging on the door, screaming, ranting and raving.

8   Didn't even care that the police were going to be called,

9   couldn't get inside the house.  Well, I submit to you, ladies

10  and gentlemen, had she gotten in that night to Ms. Jeffrey's

11  and those others may have had problems even before they were

12  actually killed.

13      It was so bad that Jennifer Jeffrey pulled out -- she

14  had a little gun, pulls it out and says, She gets through that

15  door, I'm putting two bullets in her head.  That's how wild

16  this Kiara Haynes was.

17      Now, the Government assumes that a phone call at 11:41

18  from Mr. Briscoe's phone to -- no, pardon me, from Jennifer

19  Jeffrey's phone to Mr. Briscoe, that that was the last call.

20  And they also assume that that was Mr. Briscoe and Ms. Jeffrey

21  talking, but there is no proof of that.  It is just as likely

22  that Kiara Haynes wanted to finish what she started.  She went

23  over to confront her friend because she didn't get in the

24  night before -- or the early morning hours before.  She went

25  over to confront her friend.  She takes the phone.  She's now

1    going to get Mr. Briscoe on the line and she's going to get to

2    the bottom of their infidelity.

3        Interestingly, Kiara Hayes is so angry, but she was

4    wrong.  There was no sexual relationship between the two.

5    There is nothing in this case that will preclude the fact that

6    Kiara Haynes killed them right then and there at 11:41 or when

7    the call was over or came back later and killed them, because

8    we don't know exactly when Ms. Jeffrey and her son were

9    killed.

10        She's running around angry after that.  She goes to her

11   cousin, Tiera's house.  She's upset.  She's angry.  Tiera

12   takes her home.  Just as likely she walked over to confront

13   her friend in the afternoon hours as well.  She's got the gun.

14   She's got the motive to kill.

15        Now, Andre had access.  Mr. Budlow called it, the victim

16   was vulnerable.  He had access.  He had talked about a key

17   earlier to police.  He spent hours with her the night before.

18   And at some point she was asleep and her son was asleep.  He

19   could have, had he wanted to, killed her then, robbed her

20   then, rummaged through the house and gotten away with it.  But

21   he wanted a future relationship with Jennifer Jeffrey, and

22   that was in order to, in the future, get some drugs.  He told

23   Kiara Haynes to apologize for her conduct to Ms. Jeffrey.

24   Now, if you're going to kill Ms. Jeffrey, ladies and

25   gentlemen, you don't care about whether Kiara Haynes

1    apologizes or not.

2        He planned with Jennifer to get a ride with her back to

3    Cambridge.  Again, you're going to kill her?  You're going to

4    rob her?  You don't make that plan.  It makes no sense that

5    Andre Briscoe would kill the future hand that would feed him.

6    And it makes no sense, because he didn't do it.

7        It turns out the detectives didn't investigate much about

8    Kiara Haynes at all back in 2015.  They didn't look to see

9    where she was in the afternoon hours.  They didn't get her

10   phone.  They didn't get phone records to determine was she

11   telling any truth.  They didn't obtain jail calls that she had

12   with Mr. Gardner that I note -- I told you about where she's

13   talking about killing Kiara -- I mean, Jennifer, sorry.  And

14   they didn't investigate who the fam was or the blood was or

15   anyone else, for that matter, that may have wanted to kill

16   vulnerable Ms. Jeffrey.

17        Once more, the detectives had information about another

18   man, Timothy Gray.  Timothy Gray was the leader of the BGF,

19   Black Guerrilla Family gang.  Timothy Gray has admitted to

20   ordering 30 to 40 hits, and that's what he could recall.  What

21   did the detectives back in 2015 do with that?  They didn't go

22   talk to Mr. Gray.  They didn't investigate any ties at all

23   that Mr. Gray or other members of BGF, because it's a large

24   gang, had with Jennifer Jeffrey, Kiara Haynes, Sean Gardner,

25   her boyfriend, or CJ Williams who was in that shootout,

1   nothing.  Instead, they had an FBI agent ask Mr. Gray, who was

2   then incarcerated, whether he did this, and Mr. Gray did not

3   acknowledge or admit to this.

4        The most notorious murderer in this city at the time

5   says, no, and that's a wrap.  Unfortunately, when ATF took

6   over the investigation, they too only zeroed in on Andre

7   Briscoe.  They didn't look at it with fresh eyes.  Six years

8   after the information that Timothy Gray ordered this killing,

9   ATF agents -- or an ATF agent does finally go to talk to

10  Mr. Gray in person, and Mr. Gray does not acknowledge to doing

11  this hit.

12       Instead of doing more of an investigation then and just

13  not accepting the word of this guy, they tell him basically,

14  Well, it's six years later and we just had to, you know, check

15  on this lead.  Interestingly, Mr. Gray recognized a picture of

16  this man, Jaron Laws.  Jaron Laws also is -- was in jail, but

17  got out.  He was in jail for the shooting that CJ Williams was

18  involved in.  They were all involved in the shooting, and he

19  was able to make bond and get out.  So at the time of the

20  murders, Jaron Laws was on the street.

21       Mr. Gray recognized Jaron Laws.  There is no

22  investigation done as to whether Mr. Laws hooked up with Kiara

23  Haynes.  Now, Mr. Laws would have known that CJ Williams

24  probably had a gun in the house and probably still had some

25  drugs he hadn't moved in the house, and everyone knew that

1    Ms. Jeffrey was collecting bail money to get CJ out.  Well, if

2    she's collecting bail money and moving his stuff, there's

3    drugs there.  Vulnerable, oh, I'll tell you, she was

4    vulnerable, but not by Mr. Briscoe, who had all of the

5    opportunity in the world to do something.  She was vulnerable

6    by gangs.  She was vulnerable for other drug dealers.

7        The point, ladies and gentlemen, is this, scrutinize,

8    test, challenge what you hear during the entire trial.  As a

9    simple point, Mr. Budlow showed you photographs of a phone --

10   what appears to be a phone, and he talked to you about where

11   the phones were.  The assumptions made are that cell phones

12   are in an area.  That's what you will hear testimony about,

13   not who had them, not exactly where.  They can't pinpoint

14   Mr. Briscoe in any one specific place.  That's not the

15   technology.  And so there are assumptions made, theories

16   drawn.  Scrutinize and test it, please.

17       Ask yourself what was done.  Ask yourself what was not

18   done by the investigators.  What should have been done to help

19   you make this very important decision.  You're entitled to

20   hear much more, ladies and gentlemen, in the next couple of

21   weeks than you will hear.  We're confident that at the end of

22   it, you'll agree Andre Briscoe did not do this.  The only

23   thing the Government will prove beyond a reasonable doubt is

24   that Kiara Haynes got a gun and had a hand in this.

25       We will ask you at the end of this case to find Andre

1    Briscoe not guilty, because he is not guilty.  We will ask you

2    to find him not guilty because the Government couldn't prove

3    its theory.

4        Thank you.

5            **THE COURT:**  Thank you very much, Ms. Whalen.

6        And with that, we will take our late morning break now,

7    and we will then proceed with the first witness presented by

8    the Government.

9        This Court stands in recess for about ten minutes.

10           **THE CLERK:**  All rise.  This Court stands in recess.

11       (Jury exits courtroom 11:14 a.m.)

12       (Short recess taken.)

13       (Opening statement excerpts completed.)

14

15

16           I, Melissa L. Clark, RPR, do hereby certify that

17   the foregoing is a correct transcript from the stenographic

18   record of proceedings in the above-entitled matter.

19

20           _____/s/_____
                   Melissa L. Clark
21               Official Court Reporter

22

23

24

25



INITIALS KEY

K.B. = Kester Browne

## $

**$20** [4] - 2:13, 32:24, 32:25, 33:3
**$50** [1] - 33:24
**$80** [2] - 13:2, 13:3

## /

**/s** [1] - 39:20

## 1

**100** [1] - 31:11
**101** [1] - 1:24
**10:30** [1] - 8:5
**11:14** [1] - 39:11
**11:41** [8] - 8:7, 12:19, 13:15, 14:12, 16:9, 34:17, 35:6
**11:43** [1] - 8:16
**19** [1] - 7:18

## 2

**2** [1] - 1:5
**20** [1] - 2:10
**2000** [1] - 27:19
**2015** [31] - 2:3, 3:8, 4:15, 4:21, 5:7, 6:13, 7:2, 8:8, 10:10, 10:14, 10:20, 10:24, 10:25, 11:2, 13:15, 23:25, 24:4, 24:23, 27:13, 28:4, 28:5, 28:7, 29:5, 29:9, 30:12, 31:8, 31:15, 32:24, 36:8, 36:14
**2016** [4] - 11:2, 29:7, 29:23, 30:10
**2017** [2] - 11:3, 30:10
**2020** [6] - 23:23, 27:15, 27:20, 28:6, 28:8, 28:14
**2022** [1] - 1:9
**20th** [1] - 28:1
**21201** [1] - 1:25
**22nd** [3] - 23:23, 28:14, 28:21
**24** [1] - 1:9
**26** [2] - 27:15, 27:16
**26th** [2] - 7:2, 7:21
**27** [1] - 8:8
**27th** [4] - 2:3, 3:7, 3:8, 13:15

## 3

**3** [1] - 11:20
**30** [2] - 7:10, 36:20

## 

**31** [1] - 2:22
**3rd** [3] - 28:6, 28:8, 28:10

## 4

**4** [1] - 12:1
**40** [1] - 36:20
**410-962-4474** [1] - 1:25
**45-caliber** [1] - 7:11
**4:00** [1] - 34:6
**4th** [1] - 1:24

## 5

**5** [1] - 12:1
**51** [1] - 30:2
**5:00** [2] - 7:23, 8:3
**5th** [5] - 29:5, 29:9, 30:4, 30:11, 30:12

## 6

**6** [1] - 12:10

## 7

**7** [1] - 2:22
**7-Eleven** [1] - 22:4

## 9

**9:30** [1] - 2:8
**9th** [1] - 29:23

## A

**a.m** [6] - 7:23, 8:3, 8:7, 13:15, 39:11
**able** [2] - 13:5, 37:19
**above-entitled** [1] - 39:18
**absolute** [1] - 29:18
**absolutely** [1] - 21:9
**accepting** [1] - 37:13
**access** [3] - 19:23, 35:15, 35:16
**accountable** [1] - 19:2
**accounts** [1] - 19:15
**accurate** [1] - 21:12
**accuse** [1] - 25:17
**acknowledge** [3] - 21:8, 37:3, 37:10
**acknowledging** [1] - 24:14
**act** [3] - 7:25, 16:20, 24:3
**acting** [1] - 9:20
**activity** [7] - 3:16,

---

3:17, 3:18, 8:14, 8:17, 12:17, 12:23
**addict** [1] - 29:25
**addicted** [1] - 4:19
**addicts** [1] - 25:15
**admissions** [2] - 15:4, 28:24
**admit** [2] - 30:22, 37:3
**admitted** [10] - 15:7, 15:8, 15:9, 16:13, 25:10, 27:2, 30:11, 30:14, 30:21, 36:19
**admitting** [1] - 3:21
**afraid** [1] - 30:1
**afternoon** [2] - 35:13, 36:9
**afterwards** [1] - 8:12
**agent** [2] - 37:1, 37:9
**Agent** [6] - 1:16, 1:17, 3:25, 4:1, 23:23, 27:24
**agents** [2] - 32:14, 37:9
**ago** [2] - 29:19, 30:9
**agree** [1] - 38:22
**agreed** [2] - 5:4, 6:23
**agreement** [1] - 11:13
**aided** [1] - 1:21
**alcohol** [2] - 25:15, 25:16
**Alfred** [7] - 24:24, 29:4, 29:9, 29:16, 29:21, 30:16, 31:7
**alive** [2] - 2:20, 8:6
**allowed** [1] - 22:6
**almost** [4] - 13:9, 20:23, 27:22, 30:16
**alone** [3] - 6:15, 7:16, 24:6
**AMERICA** [1] - 1:3
**Andre** [46] - 3:4, 3:15, 5:9, 17:6, 18:20, 19:2, 19:11, 20:4, 20:12, 20:15, 20:22, 21:2, 21:4, 21:11, 21:14, 22:13, 24:2, 24:25, 25:2, 25:24, 27:17, 27:18, 27:24, 28:7, 28:9, 28:10, 28:14, 28:21, 28:22, 29:2, 29:14, 30:19, 30:21, 31:1, 31:2, 31:3, 31:8, 31:14, 33:10, 33:24, 33:25, 35:15, 36:5, 37:6, 38:22, 38:25
**ANDRE** [1] - 1:5
**Andrew** [1] - 1:18
**anger** [2] - 18:10, 33:4
**angry** [6] - 9:14,

---

22:22, 32:23, 35:3, 35:10, 35:11
**answer** [1] - 9:18
**antenna's** [1] - 31:4
**apart** [1] - 5:20
**apologize** [5] - 18:6, 18:16, 23:1, 25:14, 35:23
**apologizes** [1] - 36:1
**area** [4] - 14:2, 14:4, 32:1, 38:12
**arm** [1] - 33:8
**arranged** [1] - 12:25
**arrest** [3] - 23:25, 25:4, 30:1
**arrested** [1] - 19:25
**artfully** [1] - 17:18
**aside** [2] - 17:24, 18:12
**asleep** [2] - 35:18
**aspect** [1] - 11:12
**assistant** [1] - 17:7
**associates** [1] - 19:24
**assume** [2] - 34:20
**assumes** [1] - 34:17
**assumptions** [2] - 38:11, 38:15
**assure** [1] - 18:1
**ATF** [9] - 1:16, 4:1, 11:3, 15:6, 15:18, 25:7, 37:5, 37:9
**attorney** [1] - 24:19
**aunt** [2] - 2:24, 28:24
**Aunt** [1] - 29:1
**AUSA** [2] - 1:11, 1:12
**autopsy** [1] - 17:25
**avoid** [1] - 30:10

## B

**baby** [1] - 7:19
**bad** [2] - 18:18, 34:13
**bag** [3] - 9:16, 16:2
**bail** [5] - 15:10, 20:7, 23:10, 38:1, 38:2
**Baltimore** [27] - 1:25, 2:4, 4:22, 5:21, 5:22, 6:6, 9:12, 9:18, 10:17, 10:19, 10:23, 10:25, 14:2, 14:18, 15:6, 15:12, 19:5, 20:2, 23:6, 25:13, 28:6, 28:12, 28:22, 29:10, 32:3, 32:7
**BALTIMORE** [1] - 1:9
**banging** [6] - 7:24, 22:20, 22:21, 22:24, 23:1, 34:7
**bar** [1] - 17:7
**based** [4] - 4:11,

---

18:13, 27:7
**basement** [1] - 19:22
**basing** [1] - 25:8
**beautiful** [1] - 2:4
**became** [6] - 6:2, 6:3, 6:4, 27:3, 27:4, 31:10
**become** [2] - 5:20, 22:17
**bed** [2] - 9:3, 22:1
**bedroom** [2] - 7:25, 9:2
**BEFORE** [1] - 1:8
**began** [2] - 4:23, 4:24
**behalf** [1] - 16:24
**believes** [1] - 20:11
**BENNETT** [1] - 1:8
**Bennett** [1] - 11:8
**best** [1] - 31:12
**better** [1] - 20:16
**between** [7] - 2:12, 8:8, 11:13, 14:5, 21:23, 27:23, 35:4
**beyond** [1] - 38:23
**BGF** [3] - 32:5, 36:18, 36:23
**big** [2] - 4:17, 26:17
**bill** [1] - 2:14
**bit** [4] - 13:20, 14:23, 27:19, 27:22
**bitch** [3] - 10:6, 14:24, 30:9
**black** [1] - 33:12
**Black** [2] - 32:5, 36:19
**blank** [1] - 27:19
**blocked** [2] - 32:23, 33:3
**blood** [6] - 7:7, 31:21, 31:24, 32:1, 33:20, 36:14
**Bloods** [2] - 32:6
**blue** [2] - 13:24, 14:7
**boiling** [1] - 33:11
**bond** [1] - 37:19
**BooBoo** [2] - 24:24, 29:4
**Boog** [1] - 29:1
**book** [4] - 26:21, 26:23, 27:2
**bottom** [2] - 19:11, 35:2
**box** [1] - 26:22
**boyfriend** [3] - 33:18, 33:19, 36:25
**bragged** [1] - 10:6
**break** [1] - 39:6
**breakfast** [2] - 8:23, 9:3
**Brianna** [7] - 7:17,

7:18, 8:1, 8:5, 13:1, 13:7, 22:2
**brief** [1] - 11:9
**briefly** [1] - 11:7
**bring** [1] - 24:16
**Briscoe** [34] - 3:4, 3:15, 5:9, 6:22, 17:6, 18:20, 19:2, 19:11, 20:4, 20:12, 20:15, 20:22, 21:12, 21:14, 23:21, 24:1, 24:2, 25:2, 25:14, 25:24, 28:3, 28:14, 29:14, 31:8, 33:24, 34:19, 34:20, 35:1, 36:5, 37:7, 38:4, 38:14, 38:22, 39:1
**BRISCOE** [1] - 1:5
**Briscoe's** [2] - 31:1, 34:18
**Briscoe/Haynes/ Harris** [1] - 25:11
**brother** [3] - 12:24, 26:25, 31:19
**brought** [4] - 9:25, 10:1, 23:6, 28:4
**Browne** [1] - 40:3
**Brusca** [2] - 1:11, 3:24
**bubbled** [1] - 33:4
**bubbling** [1] - 33:11
**Budlow** [7] - 1:12, 16:23, 17:18, 18:13, 34:6, 35:15, 38:9
**BUDLOW** [1] - 2:2
**bullets** [1] - 34:15
**burn** [1] - 33:17
**bus** [1] - 29:25
**busy** [2] - 10:25, 13:22
**buy** [1] - 20:18

### C

**Cadle** [2] - 1:19, 17:8
**calm** [3] - 21:16, 24:2, 24:5
**Cambridge** [20] - 4:17, 4:25, 5:9, 5:22, 6:5, 9:21, 9:24, 9:25, 14:20, 16:2, 16:11, 23:8, 25:12, 28:4, 28:22, 29:10, 33:9, 33:24, 36:3
**candy** [2] - 26:18, 26:23, 27:3
**capable** [1] - 32:11
**car** [2] - 28:22, 33:5
**card** [4] - 13:2, 13:3, 13:4, 25:6
**care** [4] - 33:17, 33:21, 34:8, 35:25

**case** [21] - 2:21, 3:1, 3:25, 4:2, 4:10, 10:20, 11:1, 11:3, 11:15, 12:1, 12:5, 15:22, 16:18, 17:13, 18:13, 18:21, 23:24, 25:8, 31:11, 35:5, 38:25
**CASE** [1] - 1:3
**causing** [1] - 12:3
**cell** [4] - 13:17, 14:10, 38:11
**Center** [1] - 20:2
**certain** [1] - 31:11
**certify** [1] - 39:16
**chair** [3] - 21:25, 22:2, 22:5
**challenge** [1] - 38:8
**change** [5] - 2:10, 2:11, 2:13, 9:15, 32:21
**changed** [8] - 24:21, 24:24, 25:20, 27:10, 27:22, 27:23, 29:3, 30:15
**changes** [1] - 28:2
**charge** [3] - 12:6, 21:13, 23:25
**charged** [2] - 11:16, 24:23
**charges** [6] - 11:7, 11:10, 11:20, 12:10, 24:4, 25:25
**chart** [2] - 5:12, 5:18
**check** [2] - 23:4, 37:14
**checking** [1] - 20:12
**chest** [1] - 8:24
**child** [4] - 22:16, 26:9, 28:23, 31:16
**child's** [2] - 28:17, 28:19
**chosen** [1] - 4:12
**City** [3] - 19:5, 32:3, 32:4
**city** [1] - 37:4
**CJ** [11] - 19:21, 19:22, 20:6, 20:8, 20:12, 20:20, 23:10, 36:25, 37:17, 37:23, 38:1
**claims** [1] - 21:5
**Clark** [3] - 1:23, 39:16, 39:20
**cleaned** [2] - 28:16, 28:20
**CLERK** [1] - 39:10
**client** [4] - 17:6, 23:24, 25:9, 28:4
**client's** [1] - 17:14
**close** [1] - 31:11
**clothes** [1] - 9:15

**clues** [1] - 19:17
**co** [1] - 3:24
**co-counsel** [1] - 3:24
**cocaine** [1] - 4:19
**collect** [1] - 32:25
**collecting** [1] - 15:10, 38:1, 38:2
**coming** [3] - 11:8, 19:18, 24:4
**committed** [2] - 12:7, 16:19
**common** [4] - 4:11, 4:12, 15:20, 26:1
**communicated** [1] - 16:6
**communication** [1] - 12:12
**community** [1] - 25:22
**completed** [1] - 39:13
**compounded** [1] - 19:1
**computer** [1] - 1:21
**computer-aided** [1] - 1:21
**conduct** [4] - 9:19, 21:9, 32:12, 35:23
**confessed** [1] - 10:3
**confessions** [4] - 10:4, 10:15, 12:17, 14:22
**confident** [1] - 38:21
**confront** [3] - 34:23, 34:25, 35:12
**conscience** [1] - 16:17
**consider** [1] - 12:7
**conspiracy** [2] - 11:11, 11:12
**contact** [3] - 3:11, 9:5, 16:4
**contacted** [2] - 10:16, 16:7
**continuing** [1] - 15:17
**control** [1] - 10:2
**controlled** [1] - 26:19
**convict** [1] - 25:24
**conviction** [1] - 11:22
**convincing** [1] - 32:17
**correct** [1] - 39:17
**counsel** [2] - 3:24, 17:5
**Count** [2] - 11:20, 12:10
**counts** [2] - 11:10, 12:1
**Counts** [1] - 12:1
**County** [1] - 20:2
**couple** [7] - 4:3, 4:15, 10:9, 26:7, 27:21, 38:20

**course** [4] - 12:3, 12:5, 13:10, 19:8
**COURT** [4] - 1:1, 16:23, 17:3, 39:5
**Court** [4] - 1:24, 39:9, 39:10, 39:21
**courtroom** [4] - 3:14, 18:15, 24:15, 39:11
**cousin** [14] - 4:22, 4:24, 5:17, 5:19, 6:22, 17:14, 18:24, 22:14, 23:6, 27:12, 28:3, 31:19, 33:10, 35:11
**cousins** [3] - 5:8, 5:15, 32:1
**cowardly** [1] - 16:20
**crime** [9] - 4:7, 11:21, 17:9, 17:25, 28:16, 28:19
**crimes** [2] - 30:11, 31:9
**CRIMINAL** [1] - 1:3
**cross** [2] - 33:20, 33:23
**crowd** [1] - 33:10
**cup** [2] - 22:3, 22:4
**curse** [1] - 31:14
**cut** [3] - 7:10, 17:22, 26:21
**cut-and-dry** [1] - 17:22

### D

**damn** [1] - 27:19
**damn-near** [1] - 27:19
**Dana** [2] - 1:11, 3:24
**dangerous** [2] - 20:3, 29:21
**dark** [2] - 12:21, 24:13
**date** [2] - 28:10, 30:14
**dating** [1] - 4:24
**daughter** [2] - 6:16, 7:19
**DAY** [1] - 1:5
**days** [1] - 3:17
**dead** [5] - 8:18, 9:1, 23:20, 23:21, 23:22
**dealer** [4] - 2:25, 15:7, 19:23, 20:23
**dealers** [4] - 9:23, 19:25, 25:15, 38:6
**dealing** [4] - 3:1, 15:3, 15:8, 32:9
**death** [1] - 12:3
**deaths** [2] - 18:25, 23:17
**debt** [3] - 32:24, 33:3, 33:6

**decide** [1] - 18:13
**decided** [2] - 3:5, 6:20
**decides** [1] - 34:1
**decision** [1] - 38:19
**Defendant** [57] - 1:6, 1:13, 3:3, 3:4, 3:6, 3:8, 3:14, 3:16, 3:22, 4:16, 4:21, 5:1, 5:2, 5:9, 5:14, 5:16, 6:7, 6:10, 6:18, 6:20, 7:2, 7:13, 7:20, 7:21, 8:4, 8:9, 8:20, 9:4, 9:25, 10:12, 10:13, 11:5, 11:16, 11:20, 11:23, 12:2, 12:7, 12:10, 12:13, 12:19, 13:15, 14:8, 14:11, 15:5, 15:15, 15:20, 15:23, 15:24, 16:2, 16:3, 16:5, 16:13, 16:16, 16:18, 16:19, 16:25
**DEFENDANT** [1] - 1:6
**Defendant's** [17] - 3:18, 3:19, 5:12, 5:19, 6:4, 8:16, 8:17, 8:19, 10:14, 12:16, 12:17, 12:18, 12:20, 13:18, 13:25, 14:17, 15:3
**defense** [1] - 32:15
**definitely** [1] - 10:18
**denies** [1] - 15:18
**Department** [4] - 10:17, 11:1, 15:6, 15:13
**department** [1] - 10:20
**Department's** [1] - 10:23
**describes** [1] - 11:22
**descriptions** [2] - 4:4, 4:6
**despite** [2] - 10:14, 16:5
**detailed** [1] - 11:14
**detective** [1] - 23:7
**Detective** [11] - 19:6, 19:18, 19:19, 21:1, 21:8, 21:14, 22:20, 23:18, 24:7, 24:9, 32:12
**detectives** [10] - 16:3, 21:12, 23:4, 23:5, 23:9, 24:23, 31:15, 36:7, 36:17, 36:21
**Detention** [1] - 20:2
**determine** [2] - 11:23, 36:10
**different** [5] - 12:2, 25:13, 26:11, 30:19, 30:24

**dire** [1] - 17:24
**discharge** [1] - 12:2
**dispassionately** [1] - 4:10
**distancing** [1] - 15:21
**distribute** [3] - 11:12, 11:17, 11:19
**DISTRICT** [3] - 1:1, 1:1, 1:8
**DIVISION** [1] - 1:2
**dog** [2] - 25:22
**dog-eat-dog** [1] - 25:22
**done** [7] - 9:9, 14:16, 37:22, 38:17, 38:18
**door** [9] - 2:11, 7:24, 22:21, 22:24, 23:2, 33:13, 34:7, 34:15
**Dot** [1] - 13:3
**dot** [4] - 13:23, 13:24, 14:7
**dots** [1] - 13:23
**doubt** [1] - 38:23
**down** [7] - 26:20, 27:4, 29:10, 30:4, 33:15, 33:17, 33:24
**downstairs** [1] - 8:1
**drawn** [1] - 38:16
**dressed** [1] - 2:18
**driving** [1] - 6:5
**drop** [1] - 16:9
**drove** [2] - 14:4, 14:6
**drug** [17] - 2:24, 2:25, 3:16, 9:23, 12:4, 12:5, 12:7, 15:3, 15:7, 19:23, 19:25, 23:25, 24:4, 25:15, 32:8, 38:6
**drug-trafficking** [1] - 12:4
**drugs** [47] - 3:3, 3:5, 3:12, 4:4, 4:5, 4:18, 4:19, 6:1, 6:2, 6:7, 6:9, 6:10, 6:14, 6:19, 7:8, 7:10, 8:21, 9:6, 9:22, 9:24, 10:12, 10:13, 10:15, 11:18, 15:8, 15:9, 15:13, 16:2, 16:19, 18:23, 19:20, 19:22, 19:24, 20:5, 20:8, 20:14, 20:19, 23:10, 25:16, 27:25, 35:22, 37:25, 38:3
**dry** [1] - 17:22
**during** [5] - 5:25, 12:9, 27:9, 28:21, 38:8
**duty** [1] - 18:12

## E

**ear** [1] - 26:9
**early** [6] - 4:15, 5:25, 14:1, 14:20, 24:13, 34:24
**easier** [1] - 18:11
**east** [3] - 9:12, 14:1, 14:18
**eat** [1] - 25:22
**either** [3] - 12:4, 12:7, 31:13
**elements** [1] - 11:15
**emotion** [4] - 4:10, 4:11, 18:10
**emotions** [3] - 17:24, 18:11, 18:14
**encounter** [1] - 20:24
**encyclopedia** [1] - 26:20
**end** [6] - 11:15, 15:21, 17:13, 26:11, 38:21, 38:25
**enforcement** [3] - 12:12, 30:17, 30:23
**entire** [4] - 4:13, 25:8, 27:9, 38:8
**entitled** [2] - 38:19, 39:18
**Esq** [2] - 1:14, 1:15
**essentially** [2] - 24:8, 25:8
**evaluate** [1] - 4:9
**evening** [1] - 14:9
**eventually** [1] - 6:11
**evidence** [11] - 2:23, 3:22, 4:2, 4:9, 4:10, 4:16, 10:8, 13:24, 15:22, 16:15
**evokes** [1] - 18:9
**exact** [1] - 24:8
**exactly** [3] - 17:15, 35:8, 38:13
**example** [2] - 26:13, 26:17
**examples** [1] - 26:7
**EXCERPT** [1] - 1:7
**excerpt** [1] - 39:13
**EXCERPTS** [1] - 1:6
**exchanging** [1] - 6:7
**excuse** [1] - 33:25
**executed** [1] - 29:10
**exits** [1] - 39:11
**expect** [1] - 10:19
**explain** [1] - 9:19
**explained** [1] - 11:8
**exposed** [1] - 6:14
**extended** [1] - 25:12
**eye** [1] - 27:9

**eyes** [1] - 37:7
**eyewitness** [1] - 3:13

## F

**face** [1] - 9:5
**Facebook** [5] - 8:13, 12:23, 19:16, 32:23, 33:3
**fact** [5] - 10:7, 20:22, 20:23, 21:10, 35:5
**facts** [3] - 4:11, 4:12, 18:14
**fall** [1] - 11:2
**falling** [1] - 6:11
**false** [1] - 15:20
**fam** [7] - 7:6, 7:7, 31:21, 31:24, 32:1, 32:5, 36:14
**family** [40] - 4:4, 4:5, 4:17, 4:18, 5:8, 5:12, 5:13, 9:17, 9:21, 9:22, 9:23, 10:4, 10:14, 11:5, 13:13, 14:19, 14:21, 16:12, 18:17, 19:8, 19:10, 19:12, 19:14, 20:24, 25:8, 25:9, 25:11, 25:12, 25:19, 26:17, 26:19, 27:1, 27:3, 30:6, 31:4, 31:5, 31:10, 32:16, 33:8
**Family** [2] - 32:5, 36:19
**far** [2] - 17:20, 17:21
**fare** [1] - 29:25
**fast** [1] - 14:13
**fast-forward** [1] - 14:13
**father** [1] - 31:6
**FBI** [4] - 1:17, 4:1, 11:3, 37:1
**February** [2] - 4:21, 5:7
**federal** [2] - 12:12, 32:10
**Federal** [1] - 1:24
**feed** [1] - 36:5
**felon** [1] - 11:20
**felony** [1] - 11:22
**few** [6] - 4:19, 14:19, 29:19, 31:25
**fight** [2] - 6:12, 33:5
**finally** [1] - 37:9
**finger** [1] - 26:14
**finish** [1] - 34:22
**firearm** [1] - 11:24, 12:3
**first** [12] - 5:17, 5:19, 6:22, 9:9, 9:15,

11:11, 14:15, 18:7, 18:16, 26:5, 29:18, 39:7
**five** [5] - 23:23, 24:4, 24:13, 27:16, 27:20
**fix** [1] - 30:4
**fled** [1] - 14:20, 16:2
**flee** [1] - 10:12
**flees** [1] - 9:21
**floor** [1] - 22:4
**Floor** [1] - 1:24
**flying** [1] - 19:17
**focused** [2] - 19:5, 19:6, 31:15
**following** [1] - 4:16
**FOR** [1] - 1:1
**forefront** [1] - 26:2
**foregoing** [1] - 39:17
**forever** [1] - 5:12
**forward** [2] - 10:16, 14:13
**fought** [1] - 32:24
**four** [3] - 12:15, 30:19, 30:24
**fourth** [1] - 31:2
**frankly** [1] - 27:4
**frantic** [2] - 9:14, 16:1
**free** [1] - 25:6
**fresh** [1] - 37:7
**friend** [11] - 2:24, 5:2, 5:5, 6:24, 31:13, 31:16, 34:23, 34:25, 35:13
**friends** [3] - 2:6, 13:13, 18:21
**front** [2] - 9:2, 33:13
**fully** [2] - 15:7, 15:8
**fussing** [1] - 22:25
**future** [4] - 20:13, 35:21, 35:22, 36:5

## G

**gang** [2] - 36:19, 36:24
**gangs** [6] - 32:4, 32:8, 32:9, 38:6
**Gardner** [3] - 33:18, 36:12, 36:24
**gathering** [1] - 20:6
**general** [1] - 13:18
**generation** [1] - 27:5
**gentlemen** [16] - 2:3, 2:21, 3:13, 8:10, 13:12, 16:15, 17:4, 22:11, 24:21, 28:17, 30:24, 32:21, 34:10, 35:25, 38:7, 38:20

**girl** [1] - 22:10
**girlfriend** [2] - 3:4, 20:18
**girlfriend's** [1] - 9:12
**given** [2] - 11:9, 22:5
**goal** [1] - 30:20
**God** [2] - 10:5, 14:23
**godson** [1] - 31:13
**gossip** [2] - 25:2, 25:17
**Government** [12] - 3:25, 20:10, 21:5, 24:16, 25:8, 25:23, 31:17, 34:17, 38:23, 39:2, 39:8
**GOVERNMENT** [1] - 1:5
**Government's** [2] - 17:20, 27:10
**grab** [1] - 27:15
**grade** [1] - 26:9
**grams** [1] - 7:10
**Grand** [1] - 32:13
**grandmother** [1] - 31:6
**grandmothers** [1] - 5:14
**graphic** [1] - 4:6
**Gray** [4] - 36:18, 36:19, 37:8
**gray** [8] - 36:22, 36:23, 37:1, 37:2, 37:10, 37:15, 37:21
**great** [1] - 28:1
**Green** [1] - 13:3
**grid** [2] - 8:20, 16:9
**group** [1] - 5:8
**growing** [1] - 26:18
**gruesome** [3] - 17:9, 17:23, 18:17
**gruesomeness** [1] - 18:19
**Guerrilla** [2] - 32:5, 36:19
**guess** [1] - 18:2
**guilty** [5] - 16:17, 24:18, 39:1, 39:2
**gun** [28] - 3:7, 6:23, 6:25, 7:3, 7:6, 7:9, 7:11, 7:22, 8:5, 8:22, 14:4, 14:5, 17:14, 18:24, 23:11, 23:12, 23:14, 23:15, 30:9, 31:12, 31:18, 31:23, 34:14, 35:13, 37:24, 38:24
**guy** [1] - 37:13
**guys** [1] - 29:12

## H

**hand** [4] - 9:4, 31:13, 36:5, 38:24
**handgun** [2] - 7:12, 11:21
**handy** [1] - 18:20
**hang** [2] - 33:25, 34:2
**hanging** [2] - 4:25
**happy** [1] - 33:9
**harangued** [1] - 13:2
**hard** [1] - 34:5
**Harris** [8] - 5:17, 27:12, 27:24, 29:4, 29:16, 29:21, 30:16, 33:10
**haunted** [2] - 10:2
**Hayes** [1] - 35:3
**Haynes** [31] - 3:5, 3:6, 4:23, 5:5, 5:13, 6:11, 11:6, 14:11, 17:14, 18:24, 21:1, 21:7, 22:14, 23:1, 23:18, 23:20, 31:12, 31:16, 32:12, 32:22, 33:4, 33:23, 34:16, 34:22, 35:6, 35:23, 35:25, 36:8, 36:24, 37:23, 38:24
**head** [8] - 3:11, 9:1, 9:4, 9:6, 28:17, 28:19, 28:25, 34:15
**heading** [1] - 14:5
**heads** [1] - 9:12
**hear** [31] - 2:25, 4:4, 4:6, 4:16, 5:17, 5:18, 6:3, 7:3, 7:17, 8:7, 10:23, 11:12, 12:22, 13:12, 15:2, 15:5, 15:14, 16:24, 18:15, 19:4, 20:12, 21:15, 29:1, 31:18, 32:2, 34:4, 38:8, 38:12, 38:20, 38:21
**heard** [13] - 3:22, 8:11, 8:14, 12:22, 12:23, 13:9, 13:16, 14:22, 15:24, 25:2, 28:24, 29:1, 29:18
**help** [4] - 3:4, 20:5, 25:5, 38:18
**helped** [2] - 9:23, 10:11
**hereby** [1] - 39:16
**heroin** [10] - 4:19, 9:22, 11:12, 15:9, 20:19, 20:23, 20:25, 24:9, 24:10, 29:24
**herself** [2] - 33:8, 33:15

**hide** [1] - 23:16
**hiding** [3] - 18:18, 18:19, 20:22
**himself** [2] - 9:17, 15:21
**hit** [2] - 4:23, 37:11
**hits** [1] - 36:20
**holding** [2] - 19:2, 20:19
**hollowing** [1] - 27:2
**home** [9] - 2:7, 2:12, 2:16, 3:10, 6:15, 21:2, 28:21, 35:12
**Home** [1] - 23:5
**Homes** [4] - 20:15, 21:3, 23:2
**homicide** [1] - 24:22
**homicides** [1] - 23:13
**honest** [4] - 10:17, 10:18, 27:17, 28:12
**HONORABLE** [1] - 1:8
**hooked** [1] - 37:22
**hope** [1] - 20:19
**horrible** [1] - 18:17
**hospital** [1] - 29:24
**hour** [5] - 5:20, 8:17, 13:20, 14:15, 16:9
**hours** [7] - 14:19, 14:20, 24:22, 34:24, 35:13, 35:17, 36:9
**house** [39] - 2:18, 3:9, 5:3, 7:12, 7:13, 7:14, 7:19, 7:23, 9:8, 9:12, 9:14, 13:24, 13:25, 14:6, 14:7, 14:10, 15:19, 15:25, 16:6, 22:7, 22:21, 22:25, 24:20, 26:18, 28:15, 29:11, 33:12, 33:17, 34:1, 34:4, 34:6, 34:9, 35:11, 35:20, 37:24, 37:25
**human** [2] - 26:1, 26:13
**humans** [1] - 26:3
**husband** [1] - 33:19

## I

**identify** [1] - 28:23
**images** [1] - 4:9
**important** [1] - 38:19
**IN** [1] - 1:4
**incarcerated** [2] - 20:1, 37:2
**incident** [1] - 22:24
**including** [3] - 5:9, 11:14, 25:19
**incoming** [1] - 8:12
**individuals** [1] - 12:3

**infidelity** [1] - 35:2
**informant** [1] - 30:17
**information** [7] - 25:5, 26:3, 26:4, 29:7, 30:7, 36:17, 37:8
**ingratiating** [1] - 33:8
**INITIALS** [1] - 40:1
**innocent** [1] - 21:10
**inside** [3] - 7:14, 26:22, 34:9
**instead** [4] - 24:7, 33:25, 34:1, 37:1, 37:12
**instructions** [1] - 11:14
**intense** [2] - 5:6, 5:25
**intent** [2] - 11:17, 11:18
**interestingly** [1] - 35:3, 37:15
**interior** [1] - 26:21
**interrogated** [2] - 22:15, 23:13
**interrogating** [1] - 29:15
**interviewed** [2] - 15:18, 21:1
**interviews** [1] - 32:15
**introduced** [3] - 5:8, 5:11, 5:16
**introduces** [1] - 5:1
**investigate** [3] - 36:7, 36:14, 36:22
**investigation** [9] - 10:24, 19:4, 25:1, 27:25, 29:20, 29:22, 37:6, 37:12, 37:22
**investigators** [4] - 12:18, 15:12, 32:15, 38:18
**involved** [7] - 4:18, 19:21, 23:24, 25:7, 33:9, 37:18
**involvement** [1] - 20:13
**issues** [1] - 25:15
**item** [1] - 5:20

## J

**Jackson** [3] - 9:13, 14:3, 14:18
**Jackson's** [1] - 15:25
**jail** [18] - 7:4, 7:5, 15:14, 15:16, 20:9, 25:3, 25:6, 27:24, 29:8, 30:2, 30:10, 30:19, 32:18, 33:19, 36:11, 37:16, 37:17
**January** [5] - 28:6,

28:8, 28:10, 28:14, 28:21
**Jaron** [4] - 37:16, 37:20, 37:21
**Javon** [2] - 1:16, 4:1
**jealous** [2] - 7:23, 22:10
**jealousy** [4] - 6:12, 32:10, 34:3
**Jeff** [1] - 3:25
**Jeffery** [1] - 17:15
**Jeffrey** [26] - 1:17, 2:8, 2:22, 5:3, 5:4, 8:11, 17:10, 18:16, 18:21, 20:4, 20:10, 21:22, 22:1, 23:1, 32:22, 33:5, 33:7, 34:13, 34:20, 35:8, 35:21, 35:23, 35:24, 36:16, 36:24, 38:1
**Jeffrey's** [5] - 21:2, 21:5, 33:12, 34:10, 34:19
**Jen** [50] - 3:5, 3:23, 5:5, 5:8, 5:11, 5:16, 5:19, 6:1, 6:2, 6:3, 6:4, 6:5, 6:9, 6:10, 6:11, 6:20, 7:8, 7:16, 7:25, 8:6, 8:9, 8:14, 8:18, 8:22, 8:23, 8:24, 12:8, 12:14, 12:20, 12:22, 12:25, 13:2, 13:9, 13:12, 13:21, 14:12, 15:3, 15:8, 15:9, 15:14, 15:15, 15:21, 15:23, 16:13, 16:18, 23:10, 27:23, 28:2
**Jen's** [18] - 3:2, 3:9, 3:16, 6:13, 6:24, 7:14, 7:17, 8:20, 13:23, 14:7, 14:9, 14:10, 14:13, 15:10, 15:19, 16:6, 16:12, 28:15
**Jennifer** [38] - 2:8, 2:10, 2:22, 2:23, 2:24, 3:15, 5:2, 5:4, 8:11, 10:3, 16:4, 16:10, 17:10, 17:14, 18:16, 18:21, 19:7, 19:19, 20:4, 20:14, 20:21, 21:2, 21:4, 21:21, 22:5, 22:8, 32:22, 32:25, 33:2, 33:5, 33:23, 33:25, 34:13, 34:18, 35:21, 36:2, 36:13, 36:24
**Jennifer's** [4] - 2:25, 16:3, 19:8, 34:1

**job** [1] - 24:3
**Jonice** [3] - 27:19, 27:22, 28:2
**Jr** [1] - 2:22
**Judge** [1] - 11:8
**JUDGE** [1] - 1:8
**July** [2] - 27:21, 28:1
**June** [7] - 10:24, 28:7, 29:5, 29:9, 30:4, 30:11, 30:12
**Junior** [6] - 6:22, 9:9, 14:15, 23:7, 28:3, 31:6
**JURY** [1] - 1:5
**Jury** [2] - 32:13, 39:11

## K

**K.B** [4] - 2:22, 12:11, 18:18, 40:3
**keep** [4] - 12:15, 26:1, 26:18, 27:9
**keeps** [3] - 9:10, 9:11, 31:2
**Kelly** [2] - 1:17, 4:1
**kept** [1] - 13:14
**Kester** [1] - 40:3
**key** [3] - 11:12, 22:6, 35:16
**KEY** [1] - 40:1
**Kiara** [55] - 3:5, 4:23, 4:25, 5:5, 5:8, 5:11, 5:13, 5:16, 6:7, 6:11, 6:22, 6:23, 6:24, 7:2, 7:4, 7:5, 7:9, 7:12, 7:23, 8:2, 11:6, 14:11, 17:13, 18:24, 21:1, 21:7, 22:8, 22:10, 22:14, 22:20, 23:1, 23:17, 23:20, 31:11, 31:15, 32:12, 32:22, 33:4, 33:9, 33:23, 33:25, 34:16, 34:22, 35:3, 35:6, 35:23, 35:25, 36:8, 36:13, 36:24, 37:22, 38:24
**Kiara's** [10] - 7:12, 7:14, 7:22, 8:4, 9:8, 13:24, 13:25, 14:6, 14:8, 22:25
**kick** [1] - 24:4
**kid** [1] - 14:25
**kids** [1] - 26:17
**kill** [12] - 5:4, 14:25, 16:20, 31:16, 33:2, 33:14, 33:21, 35:14, 35:24, 36:3, 36:5, 36:15
**killed** [20] - 3:9, 3:11,

3:23, 10:6, 12:8,
12:14, 14:24, 16:13,
16:18, 17:10, 17:14,
18:24, 18:25, 20:11,
31:12, 34:12, 35:6,
35:7, 35:9, 35:19
**Killing** [1] - 33:20
**killing** [5] - 12:11,
28:11, 29:2, 36:13,
37:8
**killings** [2] - 10:3, 25:2
**kind** [4] - 13:2, 25:5,
26:13, 26:25
**kinds** [2] - 17:25,
22:22
**kitchen** [1] - 8:23
**knocking** [1] - 7:23
**knowing** [6] - 10:14,
10:15, 11:18, 11:24,
15:9
**known** [4] - 10:10,
32:5, 32:7, 37:23
**knows** [3] - 22:18,
24:25, 31:2

## L

**lack** [1] - 20:16
**ladies** [16] - 2:3, 2:21,
3:13, 8:10, 13:12,
16:15, 17:4, 22:11,
24:21, 28:17, 30:23,
32:21, 34:9, 35:24,
38:7, 38:20
**languished** [1] - 11:1
**large** [2] - 25:11,
36:23
**last** [9] - 2:19, 8:10,
8:11, 12:16, 12:21,
19:6, 24:9, 32:17,
34:19
**lasts** [1] - 8:9
**late** [1] - 39:6
**Laverne** [2] - 2:9, 2:16
**law** [3] - 12:12, 30:17,
30:23
**Laws** [4] - 37:16,
37:20, 37:21
**laws** [2] - 37:22, 37:23
**lawyer** [3] - 21:16,
21:17, 24:6
**lead** [1] - 37:15
**leader** [1] - 36:18
**learn** [14] - 3:16, 3:18,
3:20, 4:21, 5:5, 5:7,
5:10, 10:20, 11:4,
14:9, 16:12, 25:20,
28:19, 29:9
**learned** [4] - 11:5,
19:19, 23:17, 26:5

**leave** [1] - 24:6
**leaves** [2] - 8:2, 8:5
**led** [1] - 3:1
**left** [7] - 8:6, 9:6, 9:7,
9:16, 13:2, 24:12,
24:20
**less** [2] - 24:2, 24:5
**lessen** [1] - 32:18
**letter** [1] - 31:6
**Lewis** [10] - 19:6,
19:18, 19:19, 21:1,
21:8, 21:14, 22:20,
23:18, 24:9, 32:12
**lied** [2] - 15:12, 16:3
**lies** [2] - 32:17, 32:21
**life** [3] - 21:7, 32:11,
32:13
**likely** [5] - 7:18, 34:21,
35:12
**Linda** [1] - 2:9
**line** [2] - 20:14, 35:1
**lines** [1] - 11:25
**listen** [1] - 4:8
**listening** [1] - 18:14
**lived** [7] - 4:17, 5:3,
5:20, 6:16, 14:3,
19:22, 25:13
**lives** [1] - 14:18
**load** [1] - 13:3
**loaded** [1] - 7:11
**local** [1] - 32:9
**location** [2] - 12:17,
13:18
**locked** [3] - 3:2, 6:13,
15:10
**logic** [2] - 4:11, 4:12
**Lombard** [1] - 1:24
**look** [7] - 18:2, 18:4,
18:6, 26:13, 26:14,
36:8, 37:7
**looked** [3] - 2:14,
18:4, 18:5
**looking** [2] - 16:11,
26:23
**lore** [1] - 27:4
**lost** [1] - 31:23
**loved** [1] - 19:9

## M

**mad** [2] - 33:4, 33:11
**man** [2] - 36:18, 37:16
**manner** [1] - 19:9
**March** [1] - 5:7
**Mark** [1] - 32:19
**MARYLAND** [2] - 1:1,
1:9
**Maryland** [1] - 1:25
**matter** [4] - 5:23, 10:7,
36:15, 39:18

**MAY** [1] - 1:9
**mean** [4] - 5:1, 26:3,
26:15, 36:13
**meaning** [1] - 24:10
**means** [1] - 16:16
**meanwhile** [1] - 9:11
**meet** [1] - 20:24
**melissa** [1] - 1:23
**Melissa** [2] - 39:16,
39:20
**members** [8] - 4:4,
4:5, 5:11, 25:9,
32:16, 36:23
**men** [2] - 6:12, 29:12
**mentioned** [1] - 29:5
**message** [3] - 13:4,
13:9, 13:10
**messages** [3] - 8:13,
12:22, 13:14
**met** [2] - 2:12, 4:22
**might** [4] - 10:19,
29:14, 30:8, 33:2
**mile** [4] - 7:14, 8:21,
9:8, 34:5
**mind** [2] - 12:15,
33:15
**minute** [2] - 15:23,
27:15
**minutes** [5] - 8:9,
8:16, 12:20, 29:19,
39:9
**moment** [2] - 8:15,
17:2
**money** [9] - 6:12,
15:11, 20:6, 20:7,
20:8, 28:16, 30:18,
38:1, 38:2
**months** [4] - 3:17,
5:24, 27:21, 30:9
**morning** [16] - 2:2,
2:8, 2:19, 3:7, 3:8,
8:4, 8:6, 14:11,
14:20, 17:4, 22:23,
22:24, 24:13, 34:6,
34:24, 39:6
**morphed** [1] - 28:13
**most** [4] - 7:18, 25:12,
25:14, 37:4
**mostly** [1] - 4:17
**mother** [2] - 2:8, 2:23
**motive** [3] - 16:16,
31:16, 35:14
**mouth** [1] - 31:1
**move** [4] - 9:24, 14:17,
20:5, 24:10
**moved** [2] - 24:9,
37:25
**moving** [3] - 20:7,
23:10, 38:2
**MR** [1] - 2:2

**MS** [2] - 17:2, 17:4
**multiple** [5] - 3:21,
10:4, 15:4, 16:13,
32:9
**murder** [6] - 3:1, 3:19,
12:1, 14:1, 27:25,
28:7
**murderer** [1] - 37:4
**murdering** [1] - 32:8
**murders** [25] - 2:22,
3:2, 3:17, 3:20, 3:21,
7:1, 10:10, 15:14,
15:16, 16:4, 16:7,
22:16, 22:18, 24:1,
24:2, 24:18, 27:13,
27:14, 27:20, 28:5,
28:8, 29:12, 29:19,
32:24, 37:20
**Murray** [1] - 1:18
**muttering** [1] - 9:16
**mystery** [1] - 17:17

## N

**nails** [1] - 22:23
**name** [8] - 11:21, 12:2,
17:5, 19:12, 23:5,
23:7, 27:23
**named** [1] - 4:22
**nature** [2] - 26:2,
26:13
**near** [1] - 27:19
**nearly** [1] - 12:20
**necessarily** [1] - 19:10
**need** [1] - 17:12
**needed** [5] - 2:10, 6:1,
8:22, 29:25, 30:3
**needs** [4] - 7:5, 7:6,
7:9, 9:10
**neighbor** [1] - 2:9
**nephew** [4] - 7:4, 7:9,
14:4
**never** [14] - 13:1, 13:9,
13:10, 15:24, 16:7,
16:10, 16:11, 16:12,
24:20, 24:21, 28:7,
28:9, 28:10, 29:1
**new** [1] - 5:8
**newfound** [1] - 33:8
**news** [3] - 19:15,
22:18
**next** [17] - 2:11, 4:2,
4:3, 4:15, 8:4, 9:3,
10:9, 11:4, 14:10,
14:20, 22:4, 22:23,
22:24, 27:5, 33:20,
33:23, 38:20
**nickname** [1] - 5:10
**niece** [3] - 2:24, 6:16,
7:17

**night** [24] - 3:19, 7:1,
7:15, 7:16, 7:20,
7:21, 7:22, 9:22,
13:25, 14:1, 14:10,
15:16, 15:18, 15:19,
15:25, 16:5, 19:12,
20:10, 21:21, 21:24,
24:12, 34:10, 34:24,
35:17
**nightmare** [2] - 27:22,
28:1
**nightmares** [1] - 27:18
**NO** [1] - 1:3
**nobody** [3] - 8:14,
12:23, 13:16
**noise** [1] - 7:25
**none** [3] - 10:16,
10:21
**noon** [1] - 14:13
**NORTHERN** [1] - 1:2
**note** [1] - 36:12
**notes** [1] - 1:21
**nothing** [10] - 2:14,
21:9, 23:15, 28:11,
29:17, 30:5, 30:13,
35:5, 37:1
**notorious** [2] - 32:8,
37:4
**November** [1] - 29:23
**number** [1] - 31:25

## O

**obtain** [1] - 36:11
**obviously** [2] - 10:9,
27:25
**occurred** [2] - 4:14,
17:19
**OF** [3] - 1:1, 1:3, 1:7
**off-again** [1] - 5:6
**offense** [2] - 12:4,
12:8
**officer** [3] - 12:12,
25:1, 30:4
**officers** [1] - 32:14
**Official** [2] - 1:24,
39:21
**officials** [1] - 32:10
**old** [1] - 30:2
**older** [1] - 27:12
**on-again** [1] - 5:6
**once** [2] - 18:5, 36:17
**one** [17] - 6:17, 6:19,
7:13, 11:11, 18:1,
18:16, 18:18, 24:23,
26:8, 26:9, 26:17,
26:19, 27:18, 29:6,
33:20, 33:23, 38:14
**one-third** [1] - 7:13
**ones** [1] - 19:9

opened [1] - 26:21
Opening [1] - 39:13
OPENING [2] - 1:5, 1:6
opportunity [3] - 6:21, 16:17, 38:5
order [3] - 20:8, 33:5, 35:22
ordered [1] - 37:8
ordering [1] - 36:20
orient [1] - 13:22
outcoming [1] - 8:12
outgoing [1] - 8:13
outside [3] - 2:6, 22:22, 32:7
overdose [1] - 29:24
overview [1] - 11:9
owed [1] - 20:6
own [13] - 19:20, 20:18, 20:19, 21:9, 23:11, 25:18, 26:4, 29:20, 29:21, 31:13, 32:12, 32:18, 33:15

**P**

pacing [1] - 9:16
pages [1] - 26:22
paid [4] - 30:16, 30:19, 30:23, 33:24
pants [1] - 2:15
Paralegal [2] - 1:18, 1:19
pardon [1] - 34:18
part [2] - 4:16, 5:25
passed [1] - 17:7
passing [1] - 26:10
past [2] - 22:6, 22:7
Paul [1] - 1:12
paying [1] - 33:1
people [18] - 3:21, 4:18, 5:18, 6:17, 6:19, 6:21, 11:13, 19:1, 19:14, 20:17, 23:8, 25:23, 26:14, 27:8, 29:15, 30:14, 31:25, 33:2
perceived [5] - 27:3, 27:7, 28:12, 29:3, 30:15
percent [1] - 31:11
Percocet [1] - 33:1
Percocets [1] - 19:20
performance [3] - 21:7, 32:11, 32:13
perhaps [2] - 18:18, 25:21
period [3] - 4:14, 5:23, 13:20
Perkins [5] - 20:15,

21:3, 23:2, 23:5
person [13] - 5:3, 6:18, 12:14, 17:16, 17:17, 18:1, 19:2, 19:3, 19:6, 20:24, 23:7, 31:14, 37:10
phone [31] - 2:9, 8:8, 8:16, 8:17, 8:19, 9:8, 9:9, 12:16, 12:21, 13:17, 13:18, 13:19, 13:25, 14:3, 14:9, 14:12, 14:14, 14:17, 20:11, 23:18, 31:17, 31:20, 34:17, 34:18, 34:19, 34:25, 36:10, 38:9, 38:10
phones [2] - 38:11
photo [1] - 31:12
photographs [2] - 4:8, 18:7, 38:9
photos [2] - 17:25
picked [2] - 23:7, 28:3
picture [3] - 13:4, 19:10, 37:15
pictures [1] - 28:18
pieces [1] - 17:18
pill [1] - 33:1
pillow [3] - 9:3, 28:17, 28:18
pinpoint [1] - 38:13
Pittman [5] - 2:9, 2:10, 2:11, 2:13, 2:18
pity [1] - 18:10
place [3] - 19:22, 38:14
places [2] - 23:24, 32:3
Plaintiff [2] - 1:3, 1:10
plan [2] - 15:3, 36:4
planned [1] - 36:2
play [3] - 2:6, 24:15, 24:16
plug [1] - 6:2
plus [1] - 30:3
point [9] - 5:18, 5:25, 20:4, 23:3, 26:14, 34:3, 35:18, 38:7, 38:9
Police [6] - 10:17, 10:23, 10:25, 15:6, 15:13, 19:5
police [10] - 10:19, 12:18, 16:10, 19:4, 29:6, 29:10, 29:17, 34:8, 35:17
Poo [10] - 5:10, 5:16, 7:19, 7:20, 7:24, 19:12, 28:15, 30:9, 30:11
poor [1] - 28:18

portions [1] - 21:15
possession [4] - 11:16, 11:18, 11:21, 11:24
posting [2] - 19:13, 19:14
postings [1] - 19:16
Powell [1] - 31:19
PowerPoints [1] - 28:1
preclude [1] - 35:5
prescription [1] - 19:21
Present [1] - 1:16
present [1] - 4:2
presented [2] - 11:11, 39:7
pressured [1] - 13:7
pretty [1] - 32:6
prevent [1] - 12:11
previous [1] - 20:17
print [1] - 22:4
problems [2] - 22:8, 34:11
proceed [1] - 39:7
PROCEEDINGS [1] - 1:7
proceedings [1] - 39:18
project [1] - 20:16
promises [1] - 13:14
proof [1] - 34:21
prosecuted [1] - 32:9
prosecutors [1] - 32:13
protect [1] - 25:18
prove [3] - 10:9, 38:23, 39:2
provided [1] - 15:20
providing [1] - 6:19
public [1] - 22:17
pull [1] - 33:5
pulled [1] - 34:13
pulls [1] - 34:14
punish [2] - 10:5, 14:23
purchase [1] - 18:22
purchased [1] - 33:1
Purpura [2] - 1:15, 17:6
put [5] - 17:18, 26:4, 28:16, 31:1, 33:12
puts [1] - 9:15
putting [1] - 19:1, 27:2, 34:15

**Q**

questions [3] - 9:18, 28:9, 29:16

quite [1] - 31:25

**R**

rage [1] - 33:11
raging [1] - 34:3
raise [1] - 20:7
rampant [1] - 19:17
ranting [1] - 34:7
raving [1] - 34:7
RDB-20-139 [1] - 1:4
reached [2] - 16:11, 16:12
realized [1] - 19:11
really [7] - 4:22, 5:1, 5:2, 11:17, 11:21, 19:1, 22:10
rear [1] - 24:5
reasonable [1] - 38:23
recess [3] - 39:9, 39:10, 39:12
recognize [2] - 15:4, 18:11
recognized [2] - 37:15, 37:21
record [1] - 39:18
recorded [1] - 7:3
records [3] - 13:17, 36:10
red [2] - 13:23, 14:7
refer [1] - 32:1
referenced [1] - 32:4
reflective [1] - 10:5
regular [1] - 19:15
regularly [3] - 5:21, 13:13, 16:6
relationship [11] - 4:24, 5:6, 6:1, 6:6, 6:8, 18:22, 21:23, 22:13, 22:17, 35:4, 35:21
rely [1] - 25:24
remain [1] - 17:17
remember [4] - 5:22, 14:8, 26:8, 32:20
remembers [1] - 2:18
remind [1] - 11:9, 29:5
Reported [1] - 1:22
Reporter [2] - 1:24, 39:21
represent [2] - 3:24, 17:6
responded [1] - 13:10
response [1] - 13:9
responsibility [1] - 20:5
responsible [1] - 12:14
return [1] - 7:10
returned [2] - 13:14,

22:25
RICARDO [1] - 1:5
Richard [3] - 26:25, 27:2, 27:5
RICHARD [1] - 1:8
ride [5] - 9:11, 9:17, 12:25, 28:21, 36:2
rightly [1] - 19:7
rise [1] - 39:10
rob [7] - 3:5, 5:4, 6:20, 7:7, 15:3, 28:15, 36:4
robbed [1] - 35:19
robbery [7] - 2:21, 10:11, 12:4, 12:6, 12:8, 28:8, 28:9
Robert [2] - 1:19, 17:7
room [4] - 18:2, 22:2, 26:19, 27:1
roommate [1] - 22:3
roughly [2] - 8:3, 13:20
rounded [1] - 29:11
row [1] - 2:12
RPR [2] - 1:23, 39:16
ruckus [1] - 22:22
rudely [1] - 26:15
rudeness [1] - 23:2
rules [3] - 24:15, 24:16
rummaged [1] - 35:20
rumor [2] - 25:3, 31:8
rumors [2] - 19:17, 24:25, 30:6
run [1] - 29:20
running [1] - 35:10
runs [1] - 29:21

**S**

sad [1] - 4:13
sadness [1] - 18:10
save [1] - 32:18
saw [9] - 2:19, 3:14, 6:20, 10:22, 14:25, 19:7, 19:9, 22:3, 24:9
scene [3] - 17:25, 28:16, 28:19
school [3] - 2:7, 2:16, 3:10
screaming [2] - 7:24, 34:7
screen [1] - 14:2
scrutinize [2] - 38:7, 38:16
scrutinizing [1] - 18:14
Sean [2] - 33:18, 36:24

**search** [2] - 26:15, 29:11
**second** [7] - 4:24, 5:14, 13:6, 18:18, 22:14, 26:9, 26:13
**see** [10] - 4:7, 7:19, 13:24, 14:17, 17:21, 17:25, 18:9, 18:11, 34:3, 36:8
**sees** [1] - 7:20
**sell** [1] - 11:19
**selling** [3] - 4:5, 19:19, 19:21
**semen** [1] - 21:25
**semiautomatic** [1] - 7:12
**send** [1] - 13:3
**sense** [6] - 4:11, 4:12, 26:1, 26:16, 36:4, 36:6
**senseless** [1] - 17:11
**sent** [2] - 2:10, 13:8
**serious** [2] - 25:25, 29:24
**set** [4] - 5:13, 17:2, 17:24, 18:12
**seven** [2] - 32:14
**sex** [2] - 4:6, 6:6
**sexual** [5] - 4:24, 21:23, 22:13, 22:17, 35:4
**share** [1] - 26:8
**shirt** [1] - 2:15
**shoes** [1] - 2:15
**shook** [1] - 28:25
**shoot** [1] - 3:15
**shooting** [2] - 37:17, 37:18
**shootout** [2] - 20:1, 36:25
**short** [2] - 4:14, 5:23
**Short** [1] - 39:12
**shot** [6] - 3:9, 3:10, 8:24, 9:5, 12:8, 28:23
**shoulder** [2] - 8:25, 9:5
**show** [7] - 2:23, 13:18, 13:19, 15:22, 16:15, 18:7, 18:8
**showed** [4] - 13:1, 15:25, 28:18, 38:9
**shows** [2] - 9:14, 9:21
**sick** [2] - 2:7, 3:10
**side** [2] - 9:6, 20:16
**sight** [1] - 31:23
**silent** [2] - 8:16, 14:12
**silly** [1] - 26:7
**similar** [1] - 26:5
**simple** [2] - 26:7, 38:9

**simply** [1] - 5:13
**single** [4] - 3:13, 20:23, 24:19, 30:16
**sister** [1] - 2:24
**sisters** [1] - 5:14
**sits** [1] - 24:19
**sitting** [2] - 3:2, 7:7
**situation** [1] - 6:13
**six** [3] - 11:10, 37:7, 37:14
**skin** [2] - 25:18, 32:18
**slide** [1] - 13:22
**small** [1] - 20:23
**small-time** [1] - 20:23
**smart** [1] - 20:2
**smiled** [1] - 25:23
**sneaky** [1] - 26:25
**socks** [1] - 2:15
**sold** [1] - 4:18
**solidified** [1] - 31:9
**someone** [5] - 19:23, 19:24, 26:20, 29:21
**sometimes** [7] - 10:4, 10:6, 10:7, 25:16, 26:4, 26:5, 26:6
**somewhat** [1] - 4:13
**son** [5] - 2:11, 2:22, 17:10, 35:8, 35:18
**sordid** [1] - 4:13
**sorry** [1] - 36:13
**sort** [2] - 26:14, 33:7
**sounds** [1] - 11:17
**source** [1] - 6:3
**southwest** [1] - 2:4
**Special** [6] - 1:16, 1:17, 3:25, 4:1, 23:23, 27:24
**specific** [1] - 38:14
**specifics** [2] - 17:15, 22:9
**speculating** [1] - 30:7
**spending** [2] - 15:18, 24:11
**spends** [2] - 7:15, 7:22
**spent** [3] - 16:5, 24:14, 35:17
**spin** [1] - 26:4
**spit** [1] - 26:5
**spits** [1] - 27:8
**spitting** [1] - 22:23
**spread** [1] - 19:17
**spring** [1] - 2:5
**stands** [2] - 39:9, 39:10
**start** [3] - 19:13, 19:18, 29:15
**started** [4] - 2:3, 4:14, 11:3, 34:22

**starts** [2] - 4:25, 33:11
**state** [1] - 11:25
**STATEMENT** [2] - 1:5, 1:6
**statement** [7] - 21:11, 21:14, 21:15, 24:8, 24:17, 26:10, 39:13
**statements** [10] - 3:20, 12:18, 15:5, 15:7, 15:20, 28:5, 32:14, 32:15, 32:16
**STATES** [3] - 1:1, 1:3, 1:8
**stay** [1] - 29:7
**stayed** [2] - 21:21, 21:24
**steal** [1] - 16:19
**stenographic** [1] - 39:17
**stenotype** [1] - 1:21
**still** [3] - 20:19, 22:25, 37:24
**stole** [4] - 3:11, 9:6, 9:23, 10:13
**stood** [1] - 9:4
**stop** [1] - 21:20
**stopped** [4] - 13:19, 14:5, 15:13, 21:18
**stories** [1] - 25:20
**story** [3] - 4:14, 17:19, 27:1
**straight** [1] - 27:17
**Street** [5] - 1:24, 7:17, 8:5, 13:1, 22:2
**street** [2] - 20:2, 37:20
**stuff** [3] - 22:10, 31:3, 38:2
**submit** [1] - 34:9
**suggest** [1] - 25:23
**summer** [2] - 10:24, 10:25
**sunny** [1] - 2:4
**supplier** [6] - 3:2, 6:3, 6:4, 6:13, 15:10, 15:15
**supplying** [2] - 6:9, 6:10
**suspect** [1] - 25:13
**sweaty** [2] - 9:14, 15:25
**swirling** [1] - 30:6

**T**

**table** [1] - 17:5
**talks** [1] - 24:7
**tampering** [1] - 12:11
**tape** [1] - 31:2
**Tariek** [3] - 31:19, 31:22

**Tariek's** [1] - 31:19
**Tarrell** [3] - 31:19, 31:21, 31:24
**tasked** [1] - 20:5
**teacher** [2] - 26:9, 26:11
**technology** [1] - 38:15
**ten** [3] - 15:23, 26:17, 39:9
**ten-minute** [1] - 15:23
**Teresa** [2] - 1:14, 17:5
**term** [1] - 6:2
**terrible** [2] - 4:7
**Terrill** [1] - 29:1
**test** [2] - 38:8, 38:16
**tested** [2] - 9:22, 10:12
**testify** [1] - 15:2
**testimony** [1] - 38:12
**text** [6] - 8:13, 12:22, 13:4, 13:9, 13:10, 13:14
**texting** [1] - 23:9
**THE** [7] - 1:1, 1:1, 1:8, 16:23, 17:3, 39:5, 39:10
**themselves** [1] - 25:16
**theories** [1] - 38:15
**theorizes** [1] - 21:6
**theory** [4] - 17:20, 17:22, 18:9, 39:3
**third** [4] - 7:13, 8:21, 9:8, 34:5
**thoughts** [1] - 10:1
**three** [2] - 7:5, 14:22
**three-way** [1] - 7:5
**throughout** [2] - 10:24, 26:2
**tie** [2] - 18:20, 18:25
**Tiera** [1] - 35:11
**Tiera's** [1] - 35:11
**ties** [1] - 36:22
**Tiffany** [6] - 9:13, 9:19, 14:3, 14:18, 15:25, 20:18
**Tiffany's** [2] - 9:14, 23:4
**tightly** [1] - 26:19
**Timothy** [4] - 36:18, 36:19, 37:8
**tissues** [2] - 33:16
**today** [2] - 7:18, 12:15
**together** [5] - 4:6, 7:2, 15:17, 17:18, 24:3
**Tone** [39] - 2:5, 2:11, 2:12, 2:13, 2:19, 3:9, 3:11, 3:15, 3:23, 6:15, 7:16, 8:6, 8:18, 9:2, 10:3, 12:8, 12:11, 12:14, 15:4,

16:14, 16:20
**Tony** [7] - 5:16, 5:19, 6:1, 6:5, 6:9, 33:10
**Tonya** [2] - 27:12
**Tonya's** [1] - 29:11
**took** [6] - 5:12, 6:21, 23:8, 26:20, 33:16, 37:5
**top** [1] - 9:4
**totally** [1] - 26:11
**towers** [1] - 14:10
**town** [3] - 9:10, 20:16, 21:3
**Towson** [1] - 20:1
**trade** [1] - 29:7
**traded** [1] - 25:3
**trading** [2] - 30:7, 32:17
**trafficking** [3] - 12:4, 12:5, 12:7
**tragedy** [1] - 18:25
**transcript** [1] - 39:17
**TRANSCRIPT** [1] - 1:7
**transcription** [1] - 1:21
**traveled** [1] - 11:25
**tree** [1] - 5:13
**TRIAL** [1] - 1:5
**trial** [4] - 20:25, 26:2, 27:9, 38:8
**tried** [2] - 30:24, 31:1
**trouble** [1] - 26:24
**true** [5] - 21:22, 21:24, 22:1, 22:23, 24:11
**trustworthy** [1] - 20:13
**truth** [12] - 24:21, 27:3, 27:7, 27:11, 28:13, 29:3, 30:15, 31:10, 32:20, 36:11
**truthful** [1] - 23:11
**try** [1] - 30:20
**trying** [3] - 22:21, 30:22, 31:3
**Tuesday** [2] - 7:1, 7:21
**TUESDAY** [1] - 1:9
**turns** [3] - 14:14, 21:11, 36:7
**TV** [1] - 9:3
**Twain** [1] - 32:19
**two** [21] - 8:9, 8:15, 11:4, 11:13, 12:3, 12:20, 13:17, 13:23, 15:19, 17:6, 18:7, 19:1, 19:25, 22:15, 23:13, 23:17, 30:9, 32:4, 32:15, 34:15, 35:4

## U

**uncle** [3] - 24:24, 28:25
**Uncle** [3] - 24:24, 29:1, 29:4
**under** [1] - 23:25
**understatement** [1] - 22:11
**unfortunately** [1] - 37:5
**UNITED** [3] - 1:1, 1:3, 1:8
**unlawful** [1] - 11:13
**unwilling** [1] - 16:1
**up** [22] - 3:2, 4:13, 5:13, 6:13, 9:14, 9:21, 13:1, 15:10, 15:25, 17:2, 23:8, 24:4, 26:18, 27:18, 28:4, 28:16, 28:20, 29:11, 31:4, 33:4, 33:11, 37:22
**upset** [2] - 32:25, 35:11
**upstairs** [1] - 9:2
**users** [1] - 9:22

## V

**venture** [1] - 18:2
**version** [1] - 27:10
**veteran** [1] - 24:22
**veterans** [1] - 18:3
**victim** [1] - 35:15
**victims'** [1] - 19:14
**videos** [1] - 19:16
**view** [1] - 4:9
**visited** [2] - 5:21, 30:18
**voir** [1] - 17:24
**volunteered** [1] - 21:10
**vs** [1] - 1:4
**vulnerable** [10] - 3:3, 6:17, 6:18, 15:11, 35:16, 36:16, 38:3, 38:4, 38:5, 38:6

## W

**waited** [1] - 14:19
**walk** [2] - 15:23, 34:5
**walked** [5] - 8:20, 8:23, 9:2, 26:25, 35:12
**walks** [1] - 7:13
**Wane** [3] - 6:22, 9:11, 28:3
**wants** [4] - 7:7, 18:2,

24:1, 31:22
**warm** [1] - 2:5
**warrant** [3] - 25:4, 29:11, 30:1
**Watch** [1] - 31:6
**watching** [1] - 9:3
**weapons** [1] - 19:24
**wearing** [1] - 2:14
**Weaver** [5] - 1:16, 4:1, 23:23, 24:7, 27:24
**Wednesday** [2] - 2:7, 3:8
**weeks** [9] - 3:17, 4:3, 4:15, 10:9, 11:4, 16:7, 19:25, 38:21
**west** [1] - 14:5
**WHALEN** [2] - 17:2, 17:4
**Whalen** [5] - 1:14, 16:24, 17:1, 17:5, 39:5
**whereabouts** [1] - 3:19
**whispering** [1] - 26:9
**white** [2] - 21:25, 22:2
**wild** [1] - 34:15
**William** [2] - 1:15, 17:5
**Williams** [7] - 20:6, 20:8, 20:12, 20:20, 36:25, 37:17, 37:23
**Williams'** [2] - 19:22, 23:10
**willingly** [1] - 23:9
**wire** [2] - 30:19, 30:20
**witness** [4] - 12:10, 17:21, 39:7
**witnesses** [10] - 3:6, 10:11, 10:12, 10:13, 10:21, 15:1, 15:2, 16:21, 27:10
**woman** [2] - 7:7, 22:16
**word** [2] - 20:17, 37:13
**words** [2] - 22:1, 31:1
**wore** [2] - 30:19, 30:20
**world** [4] - 17:11, 25:13, 25:22, 38:5
**worried** [2] - 22:16, 22:18
**worse** [2] - 18:18, 33:7
**wound** [2] - 3:11, 9:6
**wrap** [1] - 37:5
**wrist** [1] - 8:25

## Y

**yard** [1] - 2:12
**year** [1] - 22:12
**years** [11] - 23:23,

24:4, 24:13, 25:1, 25:9, 27:16, 27:20, 30:2, 30:22, 37:7, 37:14
**young** [1] - 6:16
**younger** [1] - 6:16
**yourself** [2] - 38:17
**YouTube** [1] - 19:16

## Z

**zeroed** [1] - 37:6